UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Kevin Khottavongsa, as Trustee for the Heirs and Next of Kin of Sinthanouxay Khottavongsa, | Court File No. 16-cv-1031 RHK/DTS |

Plaintiff,

vs.

City of Brooklyn Center, Police Officers
Alan Salvosa, Cody Turner, and Gregg Nordby,
acting in their individual capacities as
City of Brooklyn Center Police Officers,

Defendants.

---

## AFFIDAVIT OF JASON M. HIVELEY

---

Jason M. Hiveley, after being first duly sworn upon an oath, does hereby depose and state that:

1. I am an attorney licensed to practice law in Minnesota and represent Defendants in this matter.

2. Attached hereto and incorporated herein as Exhibit 1 is a true and correct copy of Deposition of Plaintiff Kevin Khottavongsa.

3. Attached hereto and incorporated herein as Exhibit 2 is a true and correct copy of Deposition of Leang Sarin.

4. Attached hereto and incorporated herein as Exhibit 3 is a true and correct copy of Deposition of Taing Hong.

5. Attached hereto and incorporated herein as Exhibit 4 is a true and correct copy of Deposition of Kear Som.

6. Attached hereto and incorporated herein as Exhibit 5 is a true and correct copy of Deposition of Gregg Nordby.

7. Attached hereto and incorporated herein as Exhibit 6 is a true and correct copy of Deposition of Randall Jackson.

8. Attached hereto and incorporated herein as Exhibit 7 is a true and correct copy of Deposition of Mohamed Elmi.

9. Attached hereto and incorporated herein as Exhibit 8 is a true and correct copy of Deposition of Maria Cruz-Martinez.

10. Attached hereto and incorporated herein as Exhibit 9 is a true and correct copy of Deposition of Guadalupe Galarza.

11. Attached hereto and incorporated herein as Exhibit 10 is a true and correct copy of Deposition of Alan Salvosa with Deposition Exhibit #3 (Incident Report).

12. Attached hereto and incorporated herein as Exhibit 11 is a true and correct copy of Deposition of Cody Turner.

13. Attached hereto and incorporated herein as Exhibit 12 is a true and correct copy of Deposition of Michael Coleman Exhibit #5 (CAD).

14. Attached hereto and incorporated herein as Exhibit 13 is a true and correct copy of Deposition of Jose Nochez.

15. Attached hereto and incorporated herein as Exhibit 14 is a true and correct copy of Deposition of Uzma Samadani Exhibit #2 (Expert Report).

16. Attached hereto and incorporated herein as Exhibit 15 is a true and correct copy of Nordby Deposition Exhibit #5 (Turner Squad Car Video), Nordby Deposition Exhibit #6 (Deering Squad Car Video) and Salvosa Deposition Exhibit #6 (Salvosa Squad Car Video).

FURTHER THIS AFFIANT SAYETH NOT.

s/ Jason M. Hiveley
Jason M. Hiveley

STATE OF MINNESOTA  )
                    ):ss.
COUNTY OF HENNEPIN  )

Subscribed and sworn to before me on July 10, 2017, by Jason M. Hiveley.

s/ Rebecca J. Eitreim
Notary Public
My commission expires: 1/31/2020