# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

**PLACEHOLDER FOR AFFIDAVIT OF
JASON M. HIVELEY: EXHIBIT 15**

Kevin Khottavongsa, et al., Plaintiff

v.  Case Number: 16-cv-1031 RHK/DTS

City of Brooklyn Center, et al., Defendants.

This document is a place holder for the following item(s) which are filed in conventional or physical form with the Clerk's Office:

*Exhibit 15 (*Nordby Deposition Exhibit #5 (Turner Squad Car Video), Nordby Deposition Exhibit #6 (Deering Squad Car Video) and Salvosa Deposition Exhibit #6 (Salvosa Squad Car Video)*) to the Affidavit of Jason M. Hiveley*

If you are a participant in this case, this filing will be served upon you in conventional format.

This filing was not e-filed for the following reason(s):

___ Voluminous Document* (Document number of order granting leave to file conventionally: ___ )

___ Unable to Scan Documents (e.g., PDF file size of one page larger than 15MB, illegible when scanned)

___ Physical Object (description):

_x_ Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media

___ Item Under Seal pursuant to a court order* (Doc. number of protective order: ___ )

___ Item Under Seal pursuant to the Fed. R. Civ. P. 5.2 and Fed. R. Crim. P. 49.1
      (Document number of redacted version: ___ )

___ Other (description):

* Filing of these items requires Judicial Approval.

E-file this place holder in ECF in place of the documents filed conventionally. File a copy of this Placeholder and a copy of the NEF with the Clerk's Office along with the conventionally filed item(s).