## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Kevin Khottavongsa,<br>As Trustee for the Heirs<br>and Next of Kin of<br>Sinthanouxay Khottavongsa,<br><br>        Plaintiff,<br><br><br>      v.<br><br>City of Brooklyn Center, Police Officers<br>Alan Salvosa, Cody Turner, and Gregg<br>Nordby, acting in their individual<br>capacities as City of Brooklyn Center<br>police officers,<br><br>        Defendants. | Court File No. 16-cv-1031 RHK/DTS<br><br><br><br>**PLAINTIFF'S MOTION TO<br>EXCLUDE THE TESTIMONY OF<br>MICHAEL BRAVE** |

Pursuant to Federal Rule of Evidence 702, Plaintiff moves this Court to exclude the testimony of Michael Brave. This motion is based upon Plaintiff's memorandum of law in support of this motion, the arguments of counsel, and all of the files, records, and proceedings in this matter.

Dated: July 10, 2017                    Respectfully submitted,

                                             s/Joshua J. Rissman
                                             Daniel E. Gustafson (#202241)
                                             Joshua J. Rissman (#391500)
                                               Riley A. Conlin (#398860)
                                           **Gustafson Gluek PLLC**
                                           120 South Sixth Street, Suite 2600
                                         Minneapolis, MN 55402
                                         Phone: (612) 333-8844

dgustafson@gustafsongluek.com
jrissman@gustafsongluek.com
rconlin@gustafsongluek.com

William A. Gengler (#0210626)
**Lockridge Grindal Nauen P.L.L.P**
100 Washington Ave S, Suite 2200
Minneapolis, MN 55401
Phone: (612) 339-6900
wagengler@locklaw.com

*Attorneys for Plaintiff*