# EXHIBIT 1

**United States District Court**
**District of Minnesota**

| | |
|---|---|
| Kevin Khottavongsa | |
|         Plaintiff, | |
| | |
|       v. | No. 0:16-cv-01031-RHK-BRT |
| | |
| City of Brooklyn Center, et al | |
|         Defendants. | |

## EXPERT REPORT OF MARK KROLL, PhD, FACC, FHRS, FIEEE, FAIMBE

I, Mark Kroll, being of legal age and under the penalties of perjury, state as follows:

1. I am a competent adult and have personal knowledge of the following facts, or believe them to be true based on information and belief. Facts about which I do not have personal knowledge are of the type reasonably relied upon by experts in this field and have probative value to me in rendering my opinions.

2. Attached hereto is a true and accurate copy of my expert report in this litigation.

3. The report summarizes my analysis and findings and includes a statement of my opinions. The report also includes data and other information considered by me in forming my opinions and sets out my qualifications (including my CV).

4. My opinions are expressed to a reasonable, or higher, degree of professional certainty.

5. I affirm under the penalties of perjury that the foregoing statements are true and correct.

Mark Kroll, PhD, FACC, FHRS          7 June 2017

*Table of Contents*

**Figures:** .................................................................................................................... 3

**Tables:** ...................................................................................................................... 3

*Brief Summary of Qualifications* ........................................................................ 4

*Brief Narrative* ...................................................................................................... 6

*Summary of Case Specific Opinions* ................................................................... 7

*A Brief Primer on Benefits and Risks of Electronic Control* ........................... 8

*Details of the Opinion* ........................................................................................ 10

**The Use Of Electronic Control Represented The Safest Force Option** .............. 10

**The Head Impact Criterion Score** .......................................................................... 10

**The Roll** .................................................................................................................... 13

**Effect of the Fall** ..................................................................................................... 14

*Expert Report of Robert Beatty, MD* ............................................................... 15

*Case Specific Materials Reviewed or Considered* ........................................... 16

*Exhibits* ................................................................................................................ 17

*Detailed Background:* ......................................................................................... 18

**Drive-Stun Mode: Skin Rub vs. Injection** ............................................................ 18

**CEW Comparison to TENS Units** .......................................................................... 19

**Misunderstanding the Trigger-pull Download** ..................................................... 19

**Broken Wires or Dislodged Probes** ....................................................................... 20

**Rounding Up to the Next Second** ........................................................................... 20

**Muzzle Contact Canting with Drive-stuns** ........................................................... 20

**Inadvertent Trigger Pulls** ...................................................................................... 21

*Basic Background:* ............................................................................................... 23

**A. The Electrophobia Myth** ................................................................................... 23

**B. CEW Probe Mode** ............................................................................................... 23

**C. CEW Comparison to the Electric Fence** ........................................................... 24

**D. Comparison to General International Safety Standards** .................................. 26

**E. The TASER CEW Has Led to Dramatic Reductions in Injury.** ...................... 27

**F. Importance of the Sound** .................................................................................... 28

*General Comments* .............................................................................................. 30

**Previous Testimony** ................................................................................................. 30

**Fees:** .......................................................................................................................... 30

**Right To Amend:** ................................................................................................ **30**

**Further Development:** ......................................................................................... **30**

**Specific References:** ........................................................................................... **30**

**Opinion Methodology:** ....................................................................................... **31**

***References:*** ....................................................................................................... ***32***

## Figures:

*Figure 1. Risk of skull fracture as a function of HIC* .................................................. *11*
*Figure 2. Risk of severe neurological injury as a function of HIC.* ............................... *11*
*Figure 3. Risk of subdural hematoma as a function of HIC.* ........................................ *12*
*Figure 4. Risk of moderate neurological injury as a function of HIC.* .......................... *12*
*Figure 4. Khottavongsa roll.* ...................................................................................... *13*
*Figure 5. HIC scores for low-velocity contact.* ........................................................... *14*
*Figure 6. The majority of the drive-stun current is confined to the fat and dermis layer.* ........... *18*
*Figure 7. The drive-stun requires that the CEW muzzle be kept nearly perpendicular.* .............. *21*
*Figure 8. The Stafix M63R electric fence energizer.* ................................................... *24*
*Figure 9. The CEW pulse delivers less current and charge than many electric fence units.* ........ *25*
*Figure 10. UL 69 and IEC 60335 electric fence equivalent power safety limit.* ............ *26*

## Tables:

*Table 1. Primary risks from probe-mode and drive-stun applications.* ......................... *8*
*Table 2. Sampling of sound levels from various sources.* ............................................. *28*

# Brief Summary of Qualifications

I am a Biomedical scientist with a primary specialty in bioelectricity or the interaction of electricity and the body. My secondary biomedical specialty is biomechanics with a specific focus on the biomechanics of arrest-related-death (ARD).

The bioelectricity scientific work involves researching, lecturing, and publishing on electric shocks and their effects on the human body. It includes lectures throughout Europe, South America, and Asia (in over 30 countries) as well as at many of the major universities and medical centers of the United States (U.S.). Usually, the typical audience member is a cardiologist electrophysiologist or medical examiner. With 370 issued U. S. patents and numerous pending and international patents, I currently hold the most patents on electrical medical devices of anyone in the world. Over 1 million people have had devices with some of these patented features in their chest, monitoring every heartbeat. http://bme.umn.edu/people/adjunct/kroll.html

In my subspecialty of ARD biomechanics I published the first paper establishing the amount of weight required to crush the human chest.[1] I also published the first paper on fatal head injuries from skull fractures from CEW-induced falls.[2] Other ARD biomechanics papers include an indexed letter and a ResearchGate technical white paper on compression asphyxia.[3,4]

Adjunct full professor of Biomedical Engineering at the University of Minnesota and the California Polytechnic University. In 2010 was awarded the Career Achievement Award by the Engineering in Medicine and Biology Society which is arguably the most prestigious award given internationally in Biomedical Engineering. http://tc-therapeutic-systems.embs.org/whatsnew/index.html

Believed to be the only individual to receive the high "Fellow" honor from both Cardiology and Biomedical societies. To wit:

1.  1997        Fellow, American College of Cardiology
2.  2009        Fellow, Heart Rhythm Society
3.  2011        Fellow, IEEE Engineering in Medicine and Biology Society
4.  2013        Fellow, American Institute for Medical and Biological Engineering

Author of over 200 abstracts, papers, and book chapters and also the co-editor of 4 books including the only 2 scientific books on the CEW:

1.  TASER® Conducted Electrical Weapons: Physiology, Pathology and Law. Springer-Kluwer 2009.
2.  Forensic Atlas of Conducted Electrical Weapons: Springer-Kluwer 2012

Directly relevant paper publications include over 60 papers, books, book chapters, and indexed letters on TASER CEWs as well as numerous scientific meeting abstracts.[2,5-69] For more details please see curriculum vitae at:
https://www.dropbox.com/sh/wju0hu6q3ca62xx/AAAlzTlLbKbxu5m34AsMfCrYa?dl=0

There have also been many presentations on CEWs to scientific and medical audiences. These include:  2007 AAFS (American Academy of Forensic Science) conference major presentation in San Antonio, Texas[14] and the  2007 BEMS (Bio-electromagnetic Society) meeting Plenary Address in Kanazawa, Japan.[12]

1. Major invited lecture at the 2006 NAME (National Association of Medical Examiners) conference in San Antonio, Texas.[70]
2. Advanced Death Investigation Course of St. Louis University (2007) as faculty lecturer to full audience.[71]
3. Faculty lecturer to full audience at Institute for the Prevention of In-Custody Death Conferences (2006 and 2007), Las Vegas, Nevada.
4. Chair of special session on TASER CEW at 2006 Cardiostim meeting in Nice, France.
5. Guest lecture to U.S. Military on CEW in 2006.
6. "Presenting Rhythm in Sudden Custodial Deaths After Use of TASER® Electronic Control Device," was presented at the 2008 scientific conference of the Heart Rhythm Society.[72]
7. "Can Electrical-Conductive Weapons (TASER®) alter the functional integrity of pacemakers and defibrillators and cause rapid myocardial capture?" was presented at the 2008 scientific conference of the Heart Rhythm Society.[19]
8. "Weight-Adjusted Meta-Analysis Of Fibrillation Risk From TASER® Conducted Electrical Weapons" presented at the 2009 AAFS conference.[27]
9. "Meta-Analysis Of Fibrillation Risk From TASER® Conducted Electrical Weapons as a Function of Body Mass" presented at the 2009 scientific conference of the Heart Rhythm Society.[28]
10. Oral presentation at the 2014 NAME (National Association of Medical Examiners) conference in Portland, Oregon.
11. Pathophysiological Aspects of Electroshock Weapons. University of Salzburg Electroshock Weapon Symposium. Salzburg, Austria July 2015.
12. Real and Imagined Risk of Electrical Weapons. University of Salzburg Electroshock Weapon Symposium. Salzburg, Austria. Dec 2016.

In addition to the major addresses above, there have been lectures at the United States Department of Justice (2007), AAFS (2006), and BEMS (2006) regarding the TASER CEW.

I have shot TASER CEWs numerous times and have personally experienced an X26 CEW probe deployment discharge directly to the center of my chest. I have sat on the TASER corporate board since Jan 2003 and their scientific and medical advisory board since Aug 2004. Also sit on the International Electrotechnical Commission (Geneva, Switzerland) TC64 Committee that provides the scientific input to the international electrical safety standards.

Retained expert in over 140 cases involving a CEW. Courtroom testimony in USA, Australia, and Canada.

I also have significant research, publications, and testimony in the areas of resuscitation, arrest-related-death, and prone restraint.[1,3,4,57-59,73-75]

Of particular relevance here, I am the lead author on the only scientific paper on the risks and mechanism of death from head injury with CEW-induced falls.[2]

## Brief Narrative

In the evening of 16 January 2015, Mr. Sinthanouxay Khottavongsa  was in a fight and suffered injuries to his facial bones and top of his skull. Officer Alan Salvosa, of the Brooklyn Park Police Department arrived later and used his department-issued TASER X26 electrical weapon to electronically control Mr. Khottavongsa as he refused to drop a large crowbar. Mr. Khottavongsa fell backward, hitting his head. He later rolled and partially sat up and was again electronically controlled whereupon he returned to his supine position with a low-impact roll from his seated position. Tragically, he later died.

## Summary of Case Specific Opinions

1. The use of electronic control by Ofc. Salvosa represented the safest force option available to control Mr. Khottavongsa. Alternative force techniques triple (3x) the injury rate compared to electronic control. [76-86]

2. The roll from the partial seated position generated a mild contact with an estimated $HIC_{15}$ (15 ms Head Injury Criterion) of only 62.

3. There is no neurological damage expected from a contact with an HIC of only 62.

4. There was no expected cumulative effect from the head contact of the fall and the roll.

# A Brief Primer on Benefits and Risks of Electronic Control

Electronic control benefits are well-established in the peer-reviewed literature and explain why these weapons are so widely adopted throughout the industrialized world (107 countries). Suspect injury rates are cut by ~2/3. In other words, the use of alternative force options tends to triple (3x) the injury rate compared to the CEW. [76-86] The number of law enforcement firearms shootings prevented has been estimated at over 100,000 based on the 3 million field uses.[23,87] In agencies using the CEW with minimal restrictions, the *fatal* officer shooting rate falls by ~2/3.[88]

**Table 1. Primary risks from probe-mode and drive-stun applications.**

|  | Probe Mode | Drive-stun | Notes |
|---|---|---|---|
| **Primary (Direct) Risks** | | | |
| Electrocution | Theoretical possibility with probe directly over heart in subjects under 46 lbs.[38] In general, the electrocution risk in adults is an urban legend.[52,66,89] | Essentially impossible. Even swine do not get VF (ventricular fibrillation) with a drive-stun. [90-93] | Present CEWs satisfy all world electrical safety standards including those for the electric fence. |
| Loss of vision | Demonstrated with probes penetrating the eye.[43,94-99] | Unlikely. Has not been reported. | |
| **Secondary (Indirect) Risks** | | | |
| Head injury from uncontrolled fall. | Fatalities demonstrated.[100] Non-fatal injuries demonstrated.[86,101] | Unlikely. Has not been reported in the literature. | |
| Fume ignition. | Fatalities demonstrated.[38,102,103] | Unlikely. Has not been reported. [102] | |

The primary demonstrated and theoretical risks supported by the existing literature are outlined in Table 1. The most common (yet rare) contribution to fatality is a secondary injury from a head impact from an uncontrolled fall and there have been 16 deaths due to this.[100] This has not been reported with the drive-stun mode as there is no muscle lock-up. This rare cause of death is seen primarily in older individuals. The age of subjects with fatal traumatic brain injury from a standing or walking fall is $53.3 \pm 9.4$ years.

There have been 6 fatal cases of secondary injury fatalities in which flammable fumes were ignited possibly by an electrical spark from the CEW. [38,102,103] This has not been reported with drive-stuns although that remains a very unlikely theoretical possibility.

The most misunderstood and exaggerated theoretical risk is that of electrocution. This is extremely unlikely as the output of existing CEWs satisfy all relevant world electrical safety standards including those for the ubiquitous electric fence. [104-106] The primary driver of this myth appears to be the fundraising material of Amnesty International that lists Arrest-Related Deaths (ARDs) with electronic control along with the innuendo that the electronic control somehow caused the death. Notably, they have never attempted to explain how a CEW — that satisfies all electrical safety standards — could ever electrocute anyone.

Swine are 3 times as sensitive to electrical current as humans.[107] The largest swine electrocuted by an X26 CEW was that of Valentino and it weighed 36 kg (79 lbs).[108] Nanthakumar also electrocuted a *single* 50 kg swine but he used a drug trick which made the swine's weight equivalent to ~ 30 kg.[109] Hence the largest swine ever directly electrocuted by a normal CEW output weighed only 36 kg.

The levels of dangerous electrical current scale with body mass just like any drug dosage. Since Walcott has shown that swine are 3 times as sensitive to electrical current (as humans) we can translate the Valentino 36 kg pig to a 12 kg (26 lb) human.[107] This calculation uses a direct proportion relationship of dangerous current levels to the body mass. Some authorities have published that the danger level scales with the square root of body mass.[110] With such a relationship the Valentino pig is equivalent to a larger 21 kg (46 lb) human. If we take the more conservative calculation, it is clear that the best evidence suggests that the risk of CEW electrocution is limited to humans with a body mass under 46 lbs.

Most authorities agree that electrocution is a theoretical possibility with an extremely thin individual and a fully penetrating CEW probe directly over the heart.[27,39,111] The debate centers on whether or not this has been yet demonstrated in an actual case.[52,89,112]

# Details of the Opinion

### *The Use Of Electronic Control Represented The Safest Force Option*

The 2008 Eastman study found that 5.4% of CEW uses "clearly prevented the use of lethal force by police."[87] The largest epidemiological study was the 2009 MacDonald study of 24,380 uses of force.[78] This US DOJ-sponsored study found that CEW usage dramatically reduced both suspect and officer injury compared to alternative force options.

Other of the numerous epidemiological studies include the papers of Taylor (13,983 subjects), Mesloh (n = 4303), Mumola (n = 2686), Smith (n = 1645), Butler (n = 562), and White (n = 243).[85,113-117] These studies covered a total of 48,228 subjects and none of these studies had any involvement with the TASER company.

Mesloh studied CEW usage in comparison to many other control options.[85]

- Gentle hold
- Handcuff
- Leg restraints
- Pepper spray
- Compliance holds
- Takedown
- Empty hand strike
- FN303/Pepperball
- Impact weapon
- Canine

These studies consistently show an injury rate reduction of about 2/3 with the use of the TASER CEW.

### *The Head Impact Criterion Score*

The $HIC_{15}$ (15 ms Head Injury Criterion Score) is the accepted method for calculating the risk of head injury for an impact.[118-123] This will be abbreviated as "HIC" going forward. The HIC has proven accurate and useful and thus it is written into governmental regulations on motor vehicle safety, helmets, and even playground surfaces. The HIC depends on the impacted surface, the impacted part of the head, the body position at the impact, and the velocity of the impact.

Figure 1 depicts the risk of *skull fracture* as a function of HIC as determined from actual accident data by Marjoux.[121]



**Figure 1. Risk of skull fracture as a function of HIC.**

Figure 2 depicts the risk of *severe neurological injury* as a function of HIC as determined from accident data by Marjoux.[121]  Figure 3 depicts the risk of subdural hematoma as a function of HIC as determined from actual accident data by Marjoux.[121]



**Figure 2. Risk of severe neurological injury as a function of HIC.**



**Figure 3. Risk of subdural hematoma as a function of HIC.**

As seen above, an HIC > 1000 is typically required for a serious head injury. Even a moderate head injury typically requires an HIC > 500 as seen in Figure 4.



**Figure 4. Risk of moderate neurological injury as a function of HIC.**

### *The Roll*

After the fall, Mr. Khottavongsa began to roll up on his right elbow. After warnings were given, electronic control was used on him.  Mr. Khottavongsa then rolled back to his right shoulder, back, and then somewhat to his left shoulder. This is shown in Figure 5 taken from the Deering dash camera.



**Figure 5. Khottavongsa roll.**

The head contact occurs at frame 9 of Figure 5. There is 0.133 s elapsed (from frame 7) and I estimate the head height at frame 7 to be 25 cm (10 inches). This gives an average velocity of 1.9 m/s. The HIC scores for low-velocity contact are shown in Figure 6.



**Figure 6. HIC scores for low-velocity contact.**

The HIC for a 1.9 m/s contact is 62. As shown in the previous plots, there is a 0 risk of neurological injury or skull fracture. This might cause a mild goose bump.

## *Effect of the Fall*

Fixed-hip backward falls can have HIC scores of ~4000.[118]

     Fixed-hip backward falls can, indeed, be fatal and we have published on this in regards to electronic control.[2] We were aware, earlier, of the case of Mr. Khottavongsa and requested his autopsy report multiple times only to be politely told that it was confidential under Minnesota law. The public death certificate listed the cause of death as "blunt force craniocerebral trauma" and his death was ruled a homicide. Media reports mentioned that the fall was caused by a CEW exposure and thus we included this case in our study.

     Had we been provided the autopsy report we would not have included Mr. Khotta-vongsa in our study since his skull fractures were all in the front ½ of the skull.

# Expert Report of Robert Beatty, MD

I read the expert report of Dr. Beatty and wish to comment on those parts that may not comport with the peer-reviewed scientific literature.

Dr. Beatty attempts to conflate the head contact of the roll with the impact of the fall. He opines that the roll contact (with HIC = 62) was "cumulative" with the impact of the fall Since the impact of a fixed-hip backward fall has a typical head injury criterion of about 4000 ( ~70 times that of the roll), this is extremely unlikely.[118] He also does not cite to any scientific literature to support his opinion regarding the cumulative effects of multiple head contacts.

There is no evidence that Dr. Beatty ever calculated the HIC of either the fall or the later roll. Rather, he simply refers to both as falls. He correctly describes the effect of the *fall* as "landing forcefully on the back of his head on the concrete." However, Dr. Beatty refers to the head contact of the *roll* as "… a second forceful blow to the back of his head."

Dr. Beatty opined:

> The blow from the second tase significantly contributed to an already bleeding process. The normal attempt of his body to stop the bleeding was interrupted from the second blow to the head from the second tase. The second blow, in combination with the first blow, more likely than not resulted in an irreversible brain hemorrhage not amenable to surgery, as well as caused Mr. Khottavongsa additional pain. Thus, it is my opinion that these two head injuries were cumulative and ultimately led to his death.

Dr. Beatty cites to no peer-reviewed literature to support his conjecture that a 62 HIC contact can contribute to a bleeding process. Dr. Beatty does not identify the "normal attempt" of the body to stop intracranial bleeding. Dr. Beatty cites to no peer-reviewed literature to support his conjecture that a 62 HIC contact can interfere with this "normal attempt" process. Dr. Beatty's speculation, that the initial fall and roll were cumulative, is not supported by the HIC of the roll which was about 1.5% of the total HIC of the fall and the roll.

## Case Specific Materials Reviewed or Considered

Hennepin County Investigation File
  a. ICR – Hennepin County Incident Reports
  b. Medical Examiner Reports
  c. Brooklyn Center Officer Statements taken by Hennepin County
  d. Laboratory Analysis Request
  e. Officer Salvosa Alcohol and Drug Blood Draw Consent/Results/Supplemental Report
  f. Coin Laundry Search Warrant
  g. Clothing of Sinthanouxy Khottavangsa Search Warrant
  h. Chain of Custody Evidence Form and Property Receipt
  i. HCME Evidence Receipt/HCSO Crime Lab Request for Lab Examination
  j. CAD Report
  k. Taser Evidence Sync
  l. HCSO Laboratory Examination Reports
  m. Letter of Representation for Sinthanouxay Khottavongsa
Coleman Deposition Transcript and Exhibits
Deering Deposition Transcript and Exhibits
Gannon Deposition Transcript and Exhibits
Jackson Deposition Transcript
Nordby Deposition Transcript and Exhibits
Salvosa Deposition Transcript and Exhibits
Turner Deposition Transcript and Exhibits
Whittenburg Deposition Transcript and Exhibits
Cruz-Martinez Deposition Transcript
Elmi Deposition Transcript
Galarza Deposition Transcript
Hong Deposition Transcript
Khottavongsa Deposition Transcript
Sarin Deposition Transcript
Som Deposition Transcript
Autopsy Report
Salvosa Report
Coleman Supplemental Report
Death Certificate
Declaration of Sarin
Deering Supplemental Report
Nordby Supplemental Report
Turner Supplemental Report
Whittenburg Supplemental Report
Interview recordings
North Memorial Medical Records
Report of Resistance
Expert report of Dr. Beatty
Expert Report of Dr. Samadani
Expert report of Dr. Beatty
Brooklyn Center Squad Video Officer Salvosa
Brooklyn Center Squad Video Officer Turner
Brooklyn Center Squad Video Officer Deering

## Exhibits

The exhibits or list of references used as a summary of or support for the information and opinions in this report specifically include each illustration, graphic, chart, and video in this report, referenced in this report, or included in any of the references to this report, as well as any documents, or portions thereof, referenced or cited, or any compilation of documents, are to be considered exhibits to this report and may be utilized as exhibits at deposition and/or trial. These exhibits specifically include, but are not limited to: any document, information, illustration, Microsoft® PowerPoint®, lesson plan, drawing, graphic, video, compilation, etc., that is on, or included in, any of the TASER International, Inc. (TASER) training CDs/DVDs (versions 1 through the current release – which is presently version 19), TASER CEW Research Index, TASER Fact Sheets (TFSs), as well as the TASER* Research Compendium, the Arrest-Related Death (ARD) Research Index and Compendium, TASER ECD Field Data and Risk Benefit PowerPoint presentations and Analyses, Volunteer Exposure Reports, spreadsheets, and analyses, Field Use Reports, data, summaries, and appendices, the TASER website (including updates and additions), the www.ecdlaw.info and www.ipicd.com websites, etc. Exhibits also include an AD-VANCED TASER M26™ (M26) ECD, TASER X26™ ECD (X26), TASER X2™ ECD, TASER X3™ ECD, fully kitted M26 ECD, fully kitted X26 ECD, fully kitted X2 ECD, fully kitted X3 ECD, TASER cartridges, TASER cartridge wire, TASER probes, a Van de Graff generator, 8 AA cells, 2 Duracell® CR123 cells, an X26 Digital Power Magazine (DPM, an X26 ECD eXtended Digital Power Magazine (XDPM), stacks of 10,000, 25,000, 50,000, and 100,000 sheets of copy-type paper, vehicle battery jumper cables, 110 V alternating current (AC) electrical cords/cables, ground fault circuit interrupter (GFCI), a can of Pepsi® or other soft drink, an empty soda can, a Nikon® F6 camera, and other exhibits and demonstrative aids.

Electric fence energizers of various brands

Electroconvulsive therapy (ECT) generator

Transcutaneous electronic nerve stimulators (TENS) of various brands

Sound recordings of CEWs played at both normal and slow speed

---

* AIR TASER, M26, X26, X2, and X3 are trademarks of TASER International, Inc.  TASER® and ADVANCED TASER® are registered trademarks of TASER International, Inc.

## Detailed Background:

### *Drive-Stun Mode: Skin Rub vs. Injection*

As opposed to the typical probe-mode, the CEW may be used in a "drive-stun" mode by pushing the front of the weapon into the skin to function as a higher charge stun gun. With the fixed electrodes only 4 cm (centimeters) or 1.6 inches apart — and the lack of skin penetration — the current flow is primarily through the dermis and fat layer between the electrodes and there is no significant penetration beyond the subdermal (or subcutaneous) fat layer. See Figure 7. Since there is insufficient depth of current flow to capture muscles, the drive-stun mode serves only as a compliance technique.

To make an analogy to medicine, drive-stun is like rubbing an ointment on the skin compared to the probe mode, which is like an injection. They have significantly different effects.

As mentioned above, small swine (30 kg or 65 pounds) can occasionally be put into VF when fully-embedded CEW *probes* are nearly touching the heart.[124,125] *However, it is not possible to fibrillate even small swine with a transcutaneous CEW drive-stun application.*[90-93] The electrical current simply does not penetrate deeply enough to affect any human muscles or organs. In fact, with a CEW drive-stun application directly over the human phrenic nerves (the nerves that control breathing) there is no effect.[126]



**Figure 7. The majority of the drive-stun current is confined to the fat and dermis layer.**

The American Academy of Emergency Medicine (AAEM) has the following guideline on drive-stun applications:[127]

> For patients who have undergone drive stun or touch stun ECD exposure, medical screening should focus on local skin effects at the exposure site, which may include local skin irritation or minor contact burns. This recommendation is based on a literature review in which thousands of volunteers and individuals in police custody have had drive stun ECDs used with no untoward effects beyond local skin effects.

The National Institute of Justice, 5-year study of CEWs, found:[128]

> Risk of ventricular dysrhythmias is exceedingly low in the drive-stun mode of CEDs because the density of the current in the tissue is much lower in this mode.

The Federal Court of Appeals for the 9th Circuit [*Brooks v Seattle*], and others, have concluded:

> The [TASER CEW]'s use in "touch" or "drive-stun" ... involves touching the [TASER CEW] to the body and causes temporary, localized pain only. ... this usage was considered a Level 1 tactic, akin to "pain compliance applied through the use of distraction, counter-joint holds, hair control holds, [and pepper spray]" and used to control passively or actively resisting suspects.

*CEW drive-stun applications have no clinically significant physiological or pathological effects.*

## CEW Comparison to TENS Units

TASER CEWs deliver less current than some models of TENS (Transcutaneous Electronic Nerve Stimulator) units. For example, the popular EMPI® Select™ unit delivers up to 4.5 mA (milliamperes) of average current which is more than the 2.1 mA of the TASER X26 CEW or the 1.2 mA of the X2. It is very popular in Europe to use TENS units for treating angina with the electrodes placed across the cardiac silhouette.[129-131] No deaths or injuries have been reported.

*The X26 and X2 CEW delivers less* average *current than some transcutaneous nerve stimulators, which are often used directly across the heart without problems.*

## Misunderstanding the Trigger-pull Download

A common forensic analysis error is to assume that the "TASER" download represents current delivery to the subject. It does not. It represents only an outer bound on the seconds of current delivery.  The total time given by the download is typically 2-3 times what the actual total duration of current delivery was. This is theoretically harmless as the total duration of current is essentially irrelevant to diagnostics since electricity does not build up like poison. Thus, the most exaggerated figures are the least relevant.

A TASER download printout showing trigger pull times with a total of, say, 100 seconds provides the following information:

1. The times of the trigger pulls (after clock-drift correction).

2. The number of seconds of current delivery is 0-100. I.e. somewhere between 0 and 100 seconds.

As an example, in the tragic death of the methamphetamine addict, Robert Heston, (who attacked his father and father's home) there were a total of 206 seconds of trigger-pulls on the 5 M26™ CEWs and 6 deployed cartridges used to control him.[132] A careful analysis found that the actual duration of current delivery was 5-9 seconds. Here the exaggeration was at least 20:1. In a non-USA case (unnamed here due to confidentially restrictions) there was a total of 154 seconds of trigger-pull duration from 28 trigger pulls. Each CEW had a camera attached and thus the actual duration of current delivery could be determined from an audio analysis.[59] There was a total of only 20 seconds of current delivered.

A US Federal Court ruling included a statement that CEW trigger pull records do not equate to delivered current, quoting the law enforcement defense expert: [133]

> The TASER log shows only device activation; it does not represent that a shock was actually delivered to a body nor does it distinguish between probe deployment and drive stun.

***Causes of Current Delivery Exaggeration:***

1. Broken wires or dislodged probes
2. Rounding up to the next second
3. Muzzle contact canting with drive-stuns
4. Inadvertent trigger pulls

## Broken Wires or Dislodged Probes

A major reason for multiple or prolonged trigger pulls is that the fragile wires are broken early on in the encounter and the officer continues to pull the trigger, hoping for a response.

The tiny wires (36 gauge, 127 microns in diameter) are about the diameter of some human hair and are usually quickly broken during any struggle and are typically broken when a subject turn and falls. The tensile strength, of the wires, is weaker (less than 1 kg) than the weakest fishing line (2 kg or 4 lbs breaking test) and are thus very easily snapped. In fact, in some instances prisoners now teach other inmates that they should roll over if they receive a CEW discharge, in order to break the wires.

## Rounding Up to the Next Second

The reported trigger-pull durations, in the TASER download reports, are rounded up from the first 1/100 of a second. I.e. if the actual duration was 2.01 seconds then it is reported as 3 seconds. Thus the best estimate of the actual trigger pull is ½ second less than what is reported. Automatic duration trigger pulls of 5 seconds are, in fact, 5.00 seconds and thus there is less risk of an interpretation error there. This is irrelevant with the Trilogy logs which give trigger pull and arc-switch durations to the nearest 0.1 second.

## Muzzle Contact Canting with Drive-stuns

As seen in Figure 8, a drive-stun application requires that the CEW muzzle be kept nearly perpendicular to the body surface. This can be difficult to do with a moving subject. The

typical subject will reflexively pull or roll away from the shock. On average, a good contact is only made about 30% of the time. If the muzzle is canted up to 20° away from perpendicular, then an arcing connection can still be made. The typical correction is to subtract 70% from the download times.



**Figure 8. The drive-stun requires that the CEW muzzle be kept nearly perpendicular.**

## *Inadvertent Trigger Pulls*

### *Background:*
The inadvertent trigger pull (ITP) has been well studied for firearms discharges.[134,135] According to Heim there appear to be 3 primary causes:[134]

1. sudden loss of balance;
2. contractions in the hand holding the weapon while other limbs are in use, for example during a struggle with a suspect;
3. startle reaction.

Common to every incident, in addition to the weapon being held in a hand, is that all limbs appear to be involved in the resulting sudden movement.[134] Recent work by the Lewinski group found no cases of firearm ITPs involving startle.[136] We have also not seen situations where a startle reaction led to a CEW ITP and thus we will focus on #1 and #2 above. Another potential cause is the *fist* reflex which is natural from birth and can be reinforced by training with closed-hand strikes; this can occur in a high stress confrontational situation.[137,138] The fist reflex may not apply to CEW ITPs and will not be discussed further here.

### *Physiology:*
It has been recognized for over 100 years that muscle contractions in any limb can lead to increased activity in other limbs.[139] This has generally been referred to as *motor overflow* or *overflow activity*.[140,141] This is especially seen in opposite (contralateral) limbs where the phenomenon is referred to as *mirror movement*.[142-145]

When we contract a *single* hand firmly we also *invariably* contract the opposite hand somewhat.[146] Typical male grip strength is $130 \pm 16$ pounds where 25- 42% is exerted by the index finger.[147] Overflow activity can reach a maximum of 25% of the maximum

voluntary force of the individual limb.[148] Thus, forces of up to 14 pounds (= 25% • 42% • 130 lbs.) can be involuntarily exerted by the index finger.[134] This is sufficient to overcome the trigger pull (8-12 lbs.) for the 1st round of an uncocked pistol. Even when warned to keep their fingers off of the trigger — and knowing that they were being studied — 21% of officers contacted the trigger for > 1 second in stress simulations.[134] When studied with their index finger already on the trigger, 28% (=7/25) of volunteers gave involuntary trigger pulls of > 14 lbs. when they either pulled with their opposite arm or lost their balance.[134]

The combination of involuntary muscle contraction activity and a finger on the trigger (which was either unconsciously pre-positioned or moved with the involuntary activity) is responsible for many inadvertent firearm discharges by law enforcement officers.[135,136,149]

### Electrical Weapons:

With the conducted electrical weapon (CEW), the incidence of ITPs is far greater — than with firearms — for 2 primary reasons:

1. The trigger pull is far less at only 2 lbs. for the popular X26 (X26E) and 3 lbs for the X2. The trigger is thus 3-6 times more sensitive than that of an uncocked pistol.
2. Officers commonly hold the CEW in their dominant hand and try to assist with subject control or lifting with the other hand. They would never do this with a firearm as it is forbidden by weapon retention training.

We have investigated many incidents in which the *majority* of trigger pulls appear to be ITPs. In the typical case the officer is maintaining his grip on the weapon while trying to restrain the subject with the free hand and possibly also the CEW-constrained hand. This can also occur while holstering the weapon if the opposite hand is being engaged in the struggle. Thus, during a physical struggle with the CEW in an officer's hand, most of the CEW discharges tend to be mirror movement ITPs which then run the full standard default 5 seconds or until the officer realizes what is happening (from the arcing sound) and turns the weapon OFF (safety ON). In many cases, the arcing sound is not noticed because of the yelling or the focus on a struggle.

Ironically, the situation is both far worse but also far better for the CEW compared to the firearm. While a CEW operator will have far more ITPs, the results are almost always harmless compared to the often-fatal consequences of a firearm ITP. Most of the ITPs occur with drive-stuns which are well established as having no deleterious effects outside of short-term minor contact burns.[58,68,150] Moreover, the inadvertent drive-stun trigger pull is almost always with the weapon far away from the subject as the officer's opposite hand is the one in contact with the subject. For the minority of cases that began as a probe-mode deployment, the connection has usually been broken by the ground struggle. If a full probe connection was still existing, then there would be far less need for manual control and hence a low likelihood of an ITP.

# Basic Background:

## *A. The Electrophobia Myth*

Many people, both lay and professional, have an illogical emotional fear of electricity, *electrophobia*. From an early age in life it is drilled into young children that 110 V (volt) electrical outlets cause death, Thus, most people have deeply absorbed the urban myths that voltage itself is dangerous and 110 V causes death. While this is scientifically incorrect most people, including most media, hold these myths to be undeniable truths.

Some people subscribe to a myth that since the human body is 97% water and since water transmits electricity that electricity delivered anywhere on the body is carried by the water to the heart and thus causes electrocution. This too is scientifically silly for many reasons. Life itself could not exist without electricity. Trying to say that all electricity is dangerous is equivalent to saying that all balls are dangerous. There are marked differences in the effects of being struck a ping-pong ball, baseball, bowling ball, and wrecking ball. Getting hit with a ping-pong ball is not equivalent to getting hit by a wrecking ball. In this analogy the electrical impact from a CEW is approximately equivalent to a tennis ball while a 110 V wall outlet would be a bowling ball and a high-power transmission line or lightning strike would be a wrecking ball.

## *B. CEW Probe Mode*

In probe mode, the TASER handheld CEW uses compressed nitrogen to fire 2 small probes at typical distances of up to 7.7 m (meters) or 25 feet.[117,151] (Other TASER cartridge models can reach a distance of 11 m or 35 feet.)  When the CEW trigger is pulled, the high voltage first serves to open the nitrogen cartridges to release the nitrogen to propel the probes as directed. These probes themselves are designed to pierce or become lodged in most light clothing (which is usually overcome by the 50,000 V-arcing capability). The sharp portion of the probe is typically 9-13 mm (millimeters) long and will typically penetrate the epidermis and dermis to a depth of ~6 mm for a good electrical connection.

Even as a strong static electrical shock will temporarily incapacitate someone, a series of 19 very short duration shocks per second can cause temporary muscle incapacitation. The ultra-short duration electrical pulses applied by TASER CEWs are intended to stimulate Type A-α motor neurons, which are the nerves that control skeletal muscle contraction, but without a high-risk of stimulating cardiac muscle. This typically leads to a loss of regional muscle control and a fall to the ground to end a violent confrontation or suicide attempt.

Small swine of 30 kilograms (65 pounds) can occasionally, but rarely, be put into VF when the CEW probes are put within a few  mm of the heart.[108] One study used a custom long plunging probe to deliver the CEW current almost directly (within 6 mm or ¼ inch) to the heart of a pig in order to induce VF.[152] Pigs are extremely sensitive to electrical currents due to their hearts being literally wired "outside-in" compared to a human's (being wired "inside-out").[153-158] The swine heart needs 2/3 less current to go to VF (ventricular fibrillation) comparison to the human heart from external stimulation. I.e. the swine is 3 times as sensitive to electrocution as is the human.[63] There are numerous problems with

the swine model that significantly exaggerate the electrocution risk.[55] This CEW-electrocution effect is also confined to *small* swine.[27] In stark contrast, human studies consistently show no demonstrated risk of VF with a CEW application.[159-167]

This is clearly the consensus of the scientific and medical community as shown by various position papers. For example: the June 2009 American Medical Association White (Position) Paper concluded:[168]

> Furthermore, no evidence of dysrhythmia or myocardial ischemia is apparent, even when the barbs are positioned on the thorax and cardiac apex.

On May 24, 2011, the National Institute of Justice, after a 5-year study, concluded:[128]

> Current research does not support a substantially increased risk of cardiac arrhythmia in field situations, even if the CED darts strike the front of the chest. There is currently no medical evidence that CEDs pose a significant risk for induced cardiac dysrhythmia in humans when deployed reasonably.

Finally, in June 2012, Bozeman stated:[169]

> The risk of such dysrhythmias, even in the presence of a transcardiac CEW discharge, is low, and suggest that policies restricting anterior thoracic discharges of CEWs based on cardiac safety concerns are unnecessary.

*No danger or harm has been associated with the CEW probe-mode application, in human studies.*

## C. CEW Comparison to the Electric Fence

It is helpful to discuss the most common and longest existing electronic control device — which controls humans and other mammals by giving short painful electrical stimuli — namely the electric fence.

The IEC (International Electrotechnical Commission), the Au/NZS (Australian/New Zealand Standards), European Norm (EN), British Standards, and UL (Underwriters Laboratories) have long had standards for electric fences.[170,171] These are the Particular Requirements for Electric Fence Energizers. IEC 60335-2-76, edn 2.1, AU/NZS 60479.1:2010, and the UL Standard for Electric-Fence Controllers in: Laboratories U, ed. UL 69. Independent testing has verified that the TASER X26 CEW satisfies both the IEC, AU/NZS, and UL electric fence standards.[104]



**Figure 9. The Stafix M63R electric fence energizer.**

The X26 CEW satisfies the electric fence standards by a very wide margin.[104] Another comparison can be made between the outputs of the TASER X26 CEW and the Stafix electric fence energizer shown in Figure 9 which delivers 7 watts with a peak current of 17.2 A. Most electric fence energizers deliver higher charges and peak currents than do the TASER CEWs as seen in Figure 10.

Electric fences normally operate on a pulse rate of <1 PPS (pulse per second). This is because they are primarily designed to stop livestock walking slowly toward them. Obviously, this slow pulse rate is insufficient to quickly stop a resisting suspect as they can move too far in 1 second. This is why the TASER CEWs operate at a rate at 18-19 PPS. However, the electric fence standards do allow operations at higher pulse rates for a period of up to 3 minutes and have safety standards for those higher pulse rates. (Note that this 3-minute time limit is significantly higher than the total CEW application times alleged in this case.)



**Figure 10. The CEW pulse delivers less current and charge than many electric fence units.**

The conservative IEC standard allows up to 2.5 watts for an electric fence and all present TASER CEWs deliver less than 2 watts. The UL high-rate limits are found in section in 23.2.4 of the UL standard 69.[171] It gives a pulse current limit of:

$$I = 20 \cdot D^{-0.7} / \sqrt{f}$$

Which is more easily understood in terms of a power limit as shown in Figure 11.



**Figure 11. UL 69 and IEC 60335 electric fence equivalent power safety limit.**

This limit is shown in Figure 11 which allows 5 watts for the wider-pulse X26 and 6 watts for the narrow-pulse X2. The electric fence standards have evolved from almost 100 years of experience with documented fatalities from earlier high-powered devices. The UL carefully collected data on these units to find out what was a safe limit. The typical accidental exposure to an electric fence is based on someone walking into it and thus is a frontal exposure. Depending upon the relative heights of the fence and the individual this exposure could be anywhere from the face to the thighs and could include skin penetration from barbs on barbed wire. These limits are very stringent and now fatalities from electric fences are almost unheard of in spite of there being on the order of 100,000 miles of electric fence in the United States alone.

*The TASER CEWs satisfies the International and UL electric fence standards by a wide margin and can be thus deemed very safe.*

## D. Comparison to General International Safety Standards

The IEC has set 35 mA as a safe level of utility (50/60 Hz) electrical current for avoiding the risk of VF induction (electrocution).[170] Rapid short-pulse stimulation has the same risk of VF induction as does utility power frequencies at a current of 7.4 times higher than the average current of the rapid pulses. The *TASER X26 CEW* delivers about 19 pulses per second at a charge of about 100 μC (microcoulombs) per pulse.[36] This gives an average current of 1.9 mA which corresponds to a utility power current of 14 mA = 1.9 mA • 7.4. This is seen to be less than 1/2 of the IEC VF safety level.

The *TASER X2 CEW* delivers about 19 pulses per second at a charge of about 62 µC (microcoulombs) per pulse.[36] This gives an average current of 1.18 mA which corresponds to a utility power current of 8.7 mA = 1.18 mA • 7.4. This is seen to be less than 1/4 of the IEC VF safety level. The TASER X26 and X2 CEWs satisfy all relevant international electrical safety standards.[105]

*The available TASER CEWs satisfy all relevant electrical safety standards.*

### E. The TASER CEW Has Led to Dramatic Reductions in Injury.

Numerous published studies have now clearly demonstrated substantial injury reductions from the use of TASER CEWs compared to alternative control techniques.[76-86]

A partial list of these studies includes:

1. MacDonald which compared the CEW to pepper spray and "physical force."[78]
2. Taylor which compared the CEW to pepper spray, baton strikes, and "hands-on."[77]
3. Mesloh who studied CEW usage in comparison to many control options.[85]
   a. Gentle hold
   b. Handcuff
   c. Leg restraints
   d. Pepper spray
   e. Compliance holds
   f. Takedown
   g. Empty hand strike
   h. FN303/Pepperball
   i. Impact weapon
   j. Canine

The largest epidemiological study was the 2009 MacDonald study of 24,380 uses of force.[78] This study found that CEW usage dramatically reduced both suspect and officer injury compared to alternative force options. Additional studies demonstrating injury reduction are memorialized in the papers of Taylor (13,983 subjects), Mesloh (n = 4303), Smith (n = 1645), Butler (n = 562), and White (n = 243).[77,78,85,115-117]

On average, the use of the CEW reduces suspect injuries by about 2/3. To put it another way, the use of alternative control techniques triples (3x) the risk of injury to subjects. Fatal suspect shootings are also reduced by 2/3 when electronic control is used without excessive restriction.[88]

a. The deployment and use of TASER CEWs has been shown to reduce injuries to officers and suspects over other force options, including physical force.
b. The deployment and use of TASER CEWs has been shown to reduce use-of-force citizen complaints and law enforcement internal affairs complaints against law enforcement officers.[172]
c. The deployment and use of TASER CEWs has resulted in the reduced need to use of deadly lethal force.

d. Rates of injury from TASER CEWs is comparable to, or less than, some collegiate contact and exertion sports.
e. Rates of injury from TASER CEWs is less than several other common law enforcement force options, including, but not limited to: physical force, batons, impact tools, canines, rubber bullets, and bean bags.
f. TASER CEWs are a safer alternative than other comparable law enforcement force options tools or techniques.
g. TASER CEWs are shown to reduce suspect injuries when compared to physical force options.
h. TASER CEWs have greater accountability features than any other force option.
i. TASER CEWs are the most studied force option available to law enforcement.
j. TASER CEWs are the most effective force option in accomplishing intended effects for U.S. law enforcement.
k. According to peer-reviewed literature, the TASER CEW causes less-severe physiologic and metabolic effects than other force options.
l. According to peer-reviewed literature, the TASER CEW is the safest force option available to law enforcement.

*The TASER CEW reduces suspect injuries and fatalities.*

## F. Importance of the Sound

The TASER X26 weapon is fairly quiet at 51 dBA @ 1 meter, when it is making a completed circuit connection. The X26 is significantly louder when it is *not* completing a circuit (79 dBA @ 1 m). This is like many types of equipment that are quiet when they are working properly and loud when they are not. This can be put into context with the sound levels from a sampling of ordinary sources as seen in Table 2. All examples are given with a 1-meter distance from the source to the listener except for the train whistle.

The scientific basis of the crackling sound emitted from an electrical arc has been well studied and understood.[173-175]

Table 2. Sampling of sound levels from various sources.

| Sound level (dBA @ 1 m) | Source |
|---|---|
| 90 | Train whistle (@ 150 m) |
| 79 | X26 ECD open-circuit crackling |
| 70 | vacuum cleaner |
| 60 | polite conversational speech |
| 51 | X26 ECD closed-circuit clicking |
| 50 | average home volume, normal refrigerator |
| 40 | quiet library |
| 30 | quiet bedroom at night |

There is indeed a dramatic difference between the open circuit and intact circuit sound level from an X26 electrical weapon. When the X26 is deployed with a completed intact circuit (such as contacting a body) it makes a relatively soft clicking noise which is softer than

normal conversation and on the order of the sound from a well operating refrigerator. This clicking sound is only heard in the immediate vicinity.  However, in the open-circuit mode — such as when a wire is broken, a probe misses, there is a clothing disconnect, or a probe is dislodged — the sound level is 79 dBA which is well above that of a vacuum cleaner. The difference between 51 dBA and 79 dBA is logarithmic and actually corresponds to a ratio of:

$$\begin{aligned} \text{Ratio} \quad &= 10^{((79-51)/10)} \\ &= 10^{2.8} \\ &= 631 \end{aligned}$$

Thus, the X26 in arcing (open circuit, no completed circuit) mode has 631 times the sound intensity in W/m$^2$ (watts per meter squared). This is the same arcing sound heard when a law enforcement officer performs a spark test on the X26. With a closed circuit (good connection) the sound cannot be heard over loud conversation and generally not over yelling and shouting.

The arcing (open-circuit) sound is not only much louder but has a *different* sound. It is often described as a "crackling" sound. At a distance, the crackling sound is much softer and then it is sometimes described as a clicking.

# General Comments

## *Previous Testimony*

I have testified as an expert at trial or by deposition within the preceding 4 years in:

1. Patent case of *Philips v Zoll (Boston, MA)* (April and Dec 2013)
2. Coroner's inquest for *Firman (Barrie, Ontario)* (Jul 2013)
3. Wrongful death case of Downen v Columbia Falls, MT (Feb 2014)
4. Excessive force case of Pennington v Seward, AK (Feb 2014)
5. Criminal case of Crown v. Eric Lim, Damian Ralph, Scott Edmondson and Daniel Barling, Sydney, Australia (Nov 2014)
6. Excessive force case of van Raden v Mankato, MN (Jul 2015)
7. Excessive force case of Brossart v Nelson County, ND (Dec 2015)
8. Coroner's inquest in the death of Michael Langan, Manitoba (Jan 2016)
9. Criminal case of Illinois v. Brad McCaslin, Rockford, IL (May 2016)
10. Wrongful death case of Darden v Ft. Worth. Tarrant County, TX. (Jul 2016)
11. Criminal case of South Carolina v Michael Slager. Charleston, SC (Nov 2016)
12. Criminal case of Georgia v Eberhart & Weems. Atlanta, GA (Dec 2016)
13. Criminal case of Texas v Murray, Angleton, TX (Apr 2017)

## *Fees:*

My fees for this expert witness report are $400 per hour for the research and preparation. My fees for testimony are $400 and are due prior to the commencement of a deposition.

## *Right To Amend:*

The opinions in this report are living opinions. Should additional discovery material be received, or additional research be completed, and then reviewed, these opinions may be altered or reinforced depending upon what information is obtained, reviewed, or studied. If new issues are opined, identified, or developed subsequent to submission of this report, I reserve the right to supplement, or further supplement, this report. *I especially reserve the right to amend my report after receiving Plaintiff's expert reports or new forensic evidence.*

## *Further Development:*

Further, the opinions, which are expressed in this report, are not necessarily fully developed. Rather, they are listed to comply with current report requests. Each opinion may be further developed through research, investigation, during deposition or trial testimony.

## *Specific References:*

Some of the opinions in this report may list specific references to some of the case specific documents reviewed or considered. These listings are not intended to be all-inclusive. I

specifically reserve the right to supplement the support for each of the opinions in this report.

### *Opinion Methodology:*

The enclosed opinions were developed using the disciplines of bioelectricity, electrophysiology, biomedical science, cardiovascular physiology, scientific methods, mathematics, and physics and are to a reasonable degree of professional, scientific, or medical certainty.

Additionally, the opinions provided in this case were developed using one or more qualitative and quantitative research methodologies, in addition to my education, training, experience, and literature review.

# References:

1. Kroll M, Still G, Neuman T, Graham M, Griffin L. Acute Forces Required for Fatal Compression Asphyxia: A Biomechanical Model and Historical Comparisons. *Medicine, Science and the Law.* 2017:in press.

2. Kroll MW, Adamec J, Wetli CV, Williams HE. Fatal traumatic brain injury with electrical weapon falls. *Journal of forensic and legal medicine.* 2016;43:12-19.

3. Kroll M. Positional, Compression, and Restraint Asphyxia: A Brief Review. *ResearchGate* [Technical Report]. 2017; Feb 2017:1-9. Available at: https://www.researchgate.net/publication/313205063_Positional_Compression_and_Restraint_Asphyxia_A_Brief_Review.

4. Karch SB, Brave MA, Kroll MW. On positional asphyxia and death in custody. *Med Sci Law.* 2016;56(1):74-75.

5. Kroll M, Panescu D. Theoretical Considerations Regarding The Safety of Law Enforcement Electronic Control Devices. Paper presented at: Bioelectromagnetic Society Annual Conference; June, 2006; Cancun, Mexico.

6. Kroll M, Swerdlow C, Sweeney J. Scientific Basis for the Cardiac Safety of the TASER Electronic Control Device. *Proceedings of the American Academy of Forensic Science.* 2006;XII:139-140.

7. Panescu D, Kroll MW, Efimov IR, Sweeney JD. Finite element modeling of electric field effects of TASER devices on nerve and muscle. *Conf Proc IEEE EMBC.* 2006;28:1277-1279.

8. Stratbucker RA, Kroll MW, McDaniel W, Panescu D. Cardiac current density distribution by electrical pulses from TASER devices. *Conf Proc IEEE EMBC.* 2006;28:6305-6307.

9. Sweeney J, Kroll M, Panescu D. Analysis of Electrical Activation of Nerve and Muscle by TASERs. *Proceedings of the American Academy of Forensic Science.* 2006;XII:142-143.

10. Kroll M. Crafting the Perfect Shock. *IEEE Spectrum.* 2007;44(12):27-30.

11. Kroll M. Potential Autopsy Errors With In-Custody-Deaths: The Ronald Hasse Case Study *Institute for the Prevention of In-Custody-Death:* . 2007:http://ipicd.com/Files/Articles/Panel14/Hasse_Case_Study.pdf.

12. Kroll M. Designing the Waveform of the Electronic Control Device to Replace the Police Club. The Bioelectromagnetics Society 29th Annual Meeting; June 10-15, 2007; Kanazawa, Japan.

13. Kroll M, Luceri RM, Calkins H. A very interesting case study involving a TASER Conducted Electrical Weapon (CEW) used on a patient with a pacemaker. *J Cardiovasc Electrophysiol.* 2007;18(12):E29-30; author reply E31.

14. Kroll M, Panescu D, Ho J, et al. Potential Errors in Autopsy Reports of Custodial Deaths Temporally Associated With Electronic Control Devices: A Cardiovascular Prospective. *Proceedings of the American Academy of Forensic Science.* 2007;XIII:284-285.

15. Kroll MW, Calkins H, Luceri RM. Electronic control devices and the clinical milieu. *Journal of the American College of Cardiology.* 2007;49(6):732; author reply 732-733.

16. Kroll MW, Calkins H, Luceri RM, Graham MA, Heegaard WG. Electronic control devices (Response to Editorial). *Can Med Assoc J.* 2008;179(4):342-343.

17. Kroll MW, Calkins H, Luceri RM, Graham MA, Heegaard WG. TASER safety (Review of a review). *Can Med Assoc J.* 2008;179(7):677-678.

18. Kroll MW, Calkins H, Luceri RM, Graham MA, Heegaard WG. Sensitive swine and TASER electronic control devices. *Acad Emerg Med.* 2008;15(7):695-696; author reply 696-698.

19. Lakkireddy D, Biria M, Baryun E, et al. Can Electrical-Conductive Weapons (TASER®) alter the functional integrity of pacemakers and defibrillators and cause rapid myocardial capture? . *Heart Rhythm.* 2008;5(5):S97.

20. Lakkireddy D, Kroll M, Swerdlow C, Tchou P. Cardiovascular Effects of Conductive Electrical Weapons (TASER®): Is Drive Stun worse than the Barbed Application? . *Europace Cardiostim Abstract Issue.* 2008.

21. Lakkireddy D, Kroll M, Swerdlow C, Tchou P. Effect of inter-electrode distance on cardiac capture by conductive electrical weapon. *Europace.* 2008(8).

22. Panescu D, Kroll MW, Stratbucker RA. Theoretical possibility of ventricular fibrillation during use of TASER neuromuscular incapacitation devices. *Conf Proc IEEE EMBC.* 2008;30:5671-5674.

23. Brewer J, Kroll M. Field Statistics Overview. In: Kroll M, Ho J, eds. *TASER Conducted Electrical Weapons: Physiology, Pathology, and Law.* New York City: Springer-Kluwer; 2009.

24. Dawes D, Kroll M. Neuroendocrine Effects of CEWs. In: Kroll M, Ho J, eds. *TASER Conducted Electrical Weapons: Physiology, Pathology, and Law.* New York City: Springer-Kluwer; 2009.

25. Kroll M. TASER® Electronic Control Devices. In: Fish R, Geddes L, eds. *Electrical Injuries: Medical and Bioengineering Aspects.* 2 ed.

Tucson, AZ: Lawyers and Judges Publishing Company, Inc.; 2009:455-491.

26. Kroll M, Luceri R, Calkins H, Lakkireddy D, Ho J. Electrocution Diagnosis Checklist. In: Kroll M, Ho J, eds. *TASER Conducted Electrical Weapons: Physiology, Pathology, and Law*. New York City: Springer-Kluwer; 2009.

27. Kroll M, Panescu D, Brewer J, Lakkireddy D, Graham M. Weight Adjusted Meta-Analysis of Fibrillation Risk From TASER Conducted Electrical Weapons. *Proceedings of the American Academy of Forensic Science*. 2009:177-177.

28. Kroll M, Panescu D, Brewer J, Lakkireddy D, Graham M. Meta-Analysis Of Fibrillation Risk From TASER Conducted Electrical Weapons as a Function of Body Mass. *Heart Rhythm*. 2009;6:AB20-21.

29. Kroll M, Wetli CV, Mash D, Karch S, Graham M, Ho J. Excited Delirium Syndrome Checklist. In: Kroll M, Ho J, eds. *TASER Conducted Electrical Weapons: Physiology, Pathology, and Law*. New York City: Springer-Kluwer; 2009.

30. Kroll MW. Physiology and pathology of TASER electronic control devices. *Journal of forensic and legal medicine*. 2009;16(4):173-177.

31. Kroll MW, Panescu D, Carver M, Kroll RM, Hinz AF. Cardiac effects of varying pulse charge and polarity of TASER conducted electrical weapons. *Conf Proc IEEE EMBC*. 2009;31:3195-3198.

32. Panescu D, Kroll MW, Stratbucker RA. Medical safety of TASER conducted energy weapon in a hybrid 3-point deployment mode. *Conf Proc IEEE EMBC*. 2009;31:3191-3194.

33. Vanga SR, Bommana S, Kroll MW, Swerdlow C, Lakkireddy D. TASER conducted electrical weapons and implanted pacemakers and defibrillators. *Conf Proc IEEE EMBC*. 2009;31:3199-3204.

34. Kroll M, Ho J. *TASER® Electronic Control Devices: Physiology, Pathology, and Law*. New York: Springer; 2009

35. Biria M, Bommana S, Kroll M, Lakkireddy D. Multi-System Interactions of Conducted Electrical Weapons (CEW) – A Review. *Engineering in Medicine and Biology Society Proceedings*. 2010:1266-1270.

36. Dawes DM, Ho JD, Kroll MW, Miner JR. Electrical characteristics of an electronic control device under a physiologic load: a brief report. *Pacing and clinical electrophysiology : PACE*. 2010;33(3):330-336.

37. Kroll MW, Panescu D, Hinz AF, Lakkireddy D. A novel mechanism for electrical currents inducing ventricular fibrillation: The three-fold way to fibrillation. *Conf Proc IEEE EMBC*. 2010;32:1990-1996.

38. Kroll M. *TASER® Conducted Electrical Weapons: Clinical Forensic Medicine: A Physician's Guide*. In: Stark M, ed. *Clinical Forensic Medicine: A Physician's Guide*. New York: Springer; 2011:233-276.

39. Kroll MW, Lakkireddy D, Rahko PS, Panescu D. Ventricular fibrillation risk estimation for conducted electrical weapons: critical convolutions. *Conf Proc IEEE EMBC*. 2011;33:271-277.

40. Walcott GP, Kroll MW, Ideker RE. Ventricular fibrillation threshold of rapid short pulses. *Conf Proc IEEE EMBC*. 2011;33:255-258.

41. Ho J, Dawes D, Kroll M. *Atlas of Conducted Electrical Weapons and Forensic Analysis*. New York City: Springer; 2012.

42. Kroll M. Realities of biomedical product liability suits and the role of junk science: from breast implants to TASER weapons. *IEEE Pulse*. 2012;3(5):27-32.

43. Kroll MW, Dawes DM, Heegaard WG. TASER electronic control devices and eye injuries. *Doc Ophthalmol*. 2012;124(2):157-159.

44. Kroll MW, Fish RM, Calkins H, Halperin H, Lakkireddy D, Panescu D. Defibrillation success rates for electrically-induced fibrillation: hair of the dog. *Conf Proc IEEE EMBC*. 2012;34:689-693.

45. Kroll MW, Fish RM, Lakkireddy D, Luceri RM, Panescu D. Essentials of low-power electrocution: established and speculated mechanisms. *Conf Proc IEEE EMBC*. 2012;34:5734-5740.

46. Kroll MW, Panescu D. Physics of Electrical Injury. In: Ho D, Kroll, ed. *Atlas of conducted electrical weapon wounds and forensic analysis*.: Springer; 2012:25-45.

47. Kroll MW, Walcott GP, Ideker RE, et al. The stability of electrically induced ventricular fibrillation. *Conf Proc IEEE EMBC*. 2012;34:6377-6381.

48. Panescu D, Nerheim M, Kroll M. Electrical safety of conducted electrical weapons relative to requirements of relevant electrical standards. *Conf Proc IEEE EMBS*. 2013;35:5342-5347.

49. Criscione JC, Kroll MW. Incapacitation recovery times from a conductive electrical weapon exposure. *Forensic science, medicine, and pathology*. 2014;10(2):203-207.

50. Graham M, Karch S, Wetli C, Kroll M, Brave M. Medical Examiner Collection of Comprehensive, Objective Medical Evidence for Conducted Electrical Weapons and Their Temporal Relationship to Sudden Arrest. . *NAME Annual Conference*. 2014.

51. Kroll MW, Lakkireddy DR, Stone JR, Luceri RM. TASER electronic control devices and cardiac arrests: coincidental or causal? *Circulation*. 2014;129(1):93-100.

52. Kroll MW, Lakkireddy DR, Stone JR, Luceri RM. TASER electronic control devices and cardiac arrests: coincidental or causal? Supplement. *Circulation*. 2014;129(1):On Line Supplement.

53. Kroll MW, Lakkireddy DR, Stone JR, Luceri RM. Response to letter regarding article, "TASER electronic control devices and cardiac arrests: coincidental or causal?". *Circulation.* 2014;130(19):e168.

54. Panescu D, Kroll M, Brave M. Transthoracic cardiac stimulation thresholds for short pulses. *Conf Proc IEEE EMBC.* 2014;36:4471-4474.

55. Panescu D, Kroll M, Brave M. Limitations of animal electrical cardiac safety models. *Conf Proc IEEE EMBC.* 2014;36:6483-6486.

56. Panescu D, Kroll M, Iverson C, Brave M. The sternum as an electrical shield. *Conf Proc IEEE EMBC.* 2014;36:4464-4470.

57. Kroll M. Baseball, Poison, and Soup Recipes: The TASER Trio of Popular Myths. *Technical Note: ResearchGate.net* [Technical Report]. 2015; 16 April 2015:1-3. Available at: https://www.researchgate.net/publication/275034594_Baseball_Poison_and_Soup_Recipes_The_TASER_Trio_of_Popular_Myths.

58. Kroll M. Conducted Electrical Weapon Drive-Stun Mode: Skin Rub vs. Injection. *Technical Note: ResearchGate.net* [Technical Report]. 2015; 16 April 2015:https://www.researchgate.net/publication/275035976_Conducted_Electrical_Weapon_Drive-Stun_Mode_Skin_Rub_vs_Injection.

59. Kroll M. Significance of Sound During CEW Application. *Technical Note: ResearchGate.net* [Technical Report]. 2015; 15 April 2015:https://www.researchgate.net/publication/275024090_Significance_of_Sound_During_CEW_Application.

60. Kroll M, Perkins P, Panescu D. Electric Fence Standards Comport with Human Data and AC Limits. . *Conf Proc IEEE EMBC.* 2015;37:1343-1348.

61. Panescu D, Kroll M, Andrews C, Pratt H. Transthoracic Ventricular Fibrillation Charge Thresholds. *Conf Proc IEEE EMBC.* 2015;37:7208-7213.

62. Panescu D, Kroll M, Brave M. Cardiac fibrillation risks with TASER conducted electrical weapons. *Conf Proc IEEE EMBC.* 2015;37:323-329.

63. Walcott GP, Kroll MW, Ideker RE. Ventricular fibrillation: are swine a sensitive species? *J Interv Card Electrophys.* 2015;42(2):83-89.

64. Kroll M. Arrest Related Death Investigation Checklist. In: Vilke Ra, ed. *Protocols for Investigating Officer Involved Shootings, Arrest-Related Deaths, and In-Custody Deaths.* New York: Taylor and Francis; 2017:in press.

65. Kroll M, Brave M. Conducted Electrical Weapons, CEW Temporal Deaths. In: Vilke Ra, ed. *Protocols for Investigating Officer Involved Shootings, Arrest-Related Deaths, and In-Custody Deaths.* New York: Taylor and Francis; 2017:in press.

66. Kroll MW, Luceri RM, Lakireddy D, Calkins H. Do TASER Electrical Weapons Actually Electrocute? *The Canadian journal of cardiology.* 2016;32(10):1261 e1211.

67. Kroll MW, Ritter MB, Guilbault RA, Panescu D. Infection Risk From Conducted Electrical Weapon Probes: What Do We Know? *Journal of forensic sciences.* 2016;61(6):1556-1562.

68. Panescu D, Kroll M, Brave M. Current Distribution in Tissues with Conducted Electrical Weapons Operated in Drive-Stun Mode. *Conf Proc IEEE EMBC.* 2016;38.

69. Brave M, Kroll M, Karch S, et al. Medical Examiner Collection of Comprehensive, Objective Medical Evidence for Conducted Electrical Weapons and Their Temporal Relationship to Sudden Arrest *International Conference on Forensic Science and Crime.* 2017.

70. Kroll M. In-Custody Death with TASER Electronic Control Device Involvement National Association of Medical Examiners; Oct 16, 2006; San Antonio, TX.

71. Kroll M. Physiology and Pathology of Electronic Control Devices. Masters Conference; July 24, 2007; St. Louis University, St. Louis, MO.

72. Swerdlow C, Kroll M, Williams H, Biria M, Lakkireddy D, Tchou P. Presenting Rhythm in Sudden Custodial Deaths After Use of TASER® Electronic Control Device. *Heart Rhythm* 2008;5(5):S44.

73. Kroll M. Arrest-Related Death: Evidence Collection. *ResearchGate* [Technical Report]. 2013; 18 May 2013:1-9. Available at: https://www.researchgate.net/publication/262639672_Arrest-Related_Death_Evidence_Collection.

74. Kroll M. A Brief Primer on Cardiac Arrest Rhythms *ResearchGate* [Technical Report]. 2015; 30 May 2015:1-9. Available at: https://www.researchgate.net/publication/316524318_A_Brief_Primer_on_Cardiac_Arrest_Rhythms.

75. Griffin L, Kroll M. Rib-cage strength calculator. 2016; https://www.researchgate.net/publication/311518699_Rib-cage_strength_calculator.

76. Rosenbaum S, Vilke G, Chan T, Bozeman W. Clinical Practice Statement: What Evaluations Are Needed in Emergency Department Patients after a TASER Device Activation?

*American Academy Emergency Medicine.* 2010.

77. Taylor B, Woods D, Kubu B, et al. Comparing safety outcomes in police use-of-force cases for law enforcement agencies that have deployed conducted energy devices and a matched comparison group that have not: A quasi-experimental evaluation. *Police Executive Research Forum.* 2009.

78. MacDonald JM, Kaminski RJ, Smith MR. The effect of less-lethal weapons on injuries in police use-of-force events. *Am J Public Health.* 2009;99(12):2268-2274.

79. Bovbjerg V, Kenny J, Heal C, Murray W. Field-based Evaluation of Non-lethal Weapons: Conducted Energy Weapons. *Office of Naval Research Monograph.* 2007.

80. Ho JD, Clinton JE, Lappe MA, Heegaard WG, Williams MF, Miner JR. Introduction of the conducted electrical weapon into a hospital setting. *The Journal of emergency medicine.* 2010.

81. Jenkinson E, Neeson C, Bleetman A. The relative risk of police use-of-force options: evaluating the potential for deployment of electronic weaponry. *J Clin Forensic Med.* 2006;13(5):229-241.

82. Bozeman WP, Hauda WE, 2nd, Heck JJ, Graham DD, Jr., Martin BP, Winslow JE. Safety and Injury Profile of Conducted Electrical Weapons Used by Law Enforcement Officers Against Criminal Suspects. *Ann Emerg Med.* 2009.

83. Bartlett R. Stun guns credited for fewer injuries, less firearm use. *Palatka Daily News.* March 22, 2008.

84. Strote J, Verzemnieks E, Walsh M, Hutson HR. Use of force by law enforcement: an evaluation of safety and injury. *The Journal of trauma.* 2010;69(5):1288-1293.

85. Mesloh C, Henych M, Wolf R. Less Lethal Weapon Effectiveness, Use of Force, and Suspect & Officer Injuries: A Four-Year Analysis. *Report to the National Institute of Justice.* 2008;224081:1-103.

86. Haileyesus T, Annest JL, Mercy JA. Non-fatal conductive energy device-related injuries treated in US emergency departments, 2005-2008. *Inj Prev.* 2011.

87. Eastman AL, Metzger JC, Pepe PE, et al. Conductive electrical devices: a prospective, population-based study of the medical safety of law enforcement use. *The Journal of trauma.* 2008;64(6):1567-1572.

88. Ferdik FV, Kaminski RJ, Cooney MD, Sevigny EL. The Influence of Agency Policies on Conducted Energy Device Use and Police Use of Lethal Force. *Police Quarterly.* 2014:1098611114548098.

89. Goudge S. The health effects of conducted energy weapons: The Expert Panel on the Medical and Physiological Impacts of Conducted Energy Weapons. *Council of Canadian Academies.* 2013:http://www.scienceadvice.ca/en/assessments/completed/cew.aspx.

90. Lakkireddy D, Wallick D, Verma A, et al. Cardiac effects of electrical stun guns: does position of barbs contact make a difference? *Pacing and clinical electrophysiology : PACE.* 2008;31(4):398-408.

91. Valentino DJ, Walter RJ, Dennis AJ, et al. Acute effects of MK63 stun device discharges in miniature swine. *Mil Med.* 2008;173(2):167-173.

92. Valentino DJ, Walter RJ, Nagy K, et al. Repeated thoracic discharges from a stun device. *The Journal of trauma.* 2007;62(5):1134-1142.

93. Valentino DJ, Walter RJ, Dennis AJ, et al. Neuromuscular effects of stun device discharges. *J Surg Res.* 2007;143(1):78-87.

94. Li JY, Hamill MB. Catastrophic Globe Disruption as a Result of a TASER Injury. *The Journal of emergency medicine.* 2011.

95. Teymoorian S, San Filippo AN, Poulose AK, Lyon DB. Perforating globe injury from Taser trauma. *Ophthal Plast Reconstr Surg.* 2010;26(4):306-308.

96. Witherspoon SR, Lauer AK, Marinaro JL. Eye and Head Injuries. 2009:201-209.

97. Han JS, Chopra A, Carr D. Ophthalmic injuries from a TASER. *Cjem.* 2009;11(1):90-93.

98. Chen SL, Richard CK, Murthy RC, Lauer AK. Perforating ocular injury by TASER®. *Clin Experiment Ophthalmol.* 2006;34(4):378-380.

99. Kroll M, Ritter M, Kennedy E, et al. Eye Injury from Electrical Weapon Probes: Biomechanics, Risks, and Treatment 2017:under review.

100. Kroll M, Adamec J, Wetli C, Williams H. Fatal Fall Injuries with Electrical Weapons. *J Forensic Legal Medicine.* 2016;43:12-19.

101. Mangus BE, Shen LY, Helmer SD, Maher J, Smith RS. Taser and Taser associated injuries: a case series. *Am Surg.* 2008;74(9):862-865.

102. Clarke C, Andrews S. The ignitability of petrol vapours and potential for vapour phase explosion by use of TASER® law enforcement electronic control device. *Science & Justice.* 2014.

103. Kroll M, Ritter M, Williams H. Fatal and Non-fatal Burn Injuries with Electrical Weapons and Explosive Fumes. 2016:under review.

104. Nimunkar AJ, Webster JG. Safety of pulsed electric devices. *Physiol Meas.* 2009;30(1):101-114.

105. Panescu D, Nerheim M, Kroll M. Electrical Safety of Conducted Electrical Weapons Relative to Requirements of

Relevant Electrical Standards. *Conf Proc IEEE Eng Med Biol Soc.* 2013;35:5342-5347.

106.    Panescu C, Nerheim M, Kroll MW, Brave M. New Conducted Electrical Weapons: Electrical Safety Relative to Relevant Standards. . *Conf Proc IEEE EMBC.* 2017;39.

107.    Walcott GP, Kroll MW, Ideker RE. Ventricular fibrillation: are swine a sensitive species? *Journal of interventional cardiac electrophysiology : an international journal of arrhythmias and pacing.* 2015.

108.    Valentino DJ, Walter RJ, Dennis AJ, et al. Taser X26 discharges in swine: ventricular rhythm capture is dependent on discharge vector. *The Journal of trauma.* 2008;65(6):1478-1485; discussion 1485-1477.

109.    Nanthakumar K, Billingsley IM, Masse S, et al. Cardiac electrophysiological consequences of neuromuscular incapacitating device discharges. *Journal of the American College of Cardiology.* 2006;48(4):798-804.

110.    Geddes LA, Cabler P, Moore AG, Rosborough J, Tacker WA. Threshold 60-Hz current required for ventricular fibrillation in subjects of various body weights. *IEEE transactions on bio-medical engineering.* 1973;20(6):465-468.

111.    Rahko PS. Evaluation of the skin-to-heart distance in the standing adult by two-dimensional echocardiography. *J Am Soc Echocardiogr.* 2008;21(6):761-764.

112.    Zipes DP. TASER Electronic Control Devices Can Cause Cardiac Arrest in Humans. *Circulation.* 2014;129(1):101-111.

113.    Taylor B, Woods D, Kubu B, et al. Comparing safety outcomes in police use-of-force cases for law enforcement agencies that have deployed conducted energy devices and a matched comparison group that have not: A quasi-experimental evaluation*. *Police Executive Research Forum.* 2009.

114.    Mumola C. Arrest-Related Deaths in the United States, 2003-2006. *Bureau of Justice Statistics Special Report* 2011.

115.    Smith M, Kaminski R, Rojek J, Alpert G, Mathis J. The impact of conducted energy devices and other types of force and resistance on officer and suspect injuries. *Policing: An International Journal of Police Strategies & Management.* 2007;30(3):423-446.

116.    Butler C, Hall C. Police/Public Interaction: Arrests, Use of Force by Police, and Resulting Injuries to Subjects and Officers—A Description of Risk in One Major Canadian City *Law Enforcement Executive Forum.* 2008;8(6):139-155.

117.    White M, Ready J. The TASER as a Less Lethal Force Alternative. Findings on Use and Effectiveness in a Large Metropolitan Police Agency. *Police Quarterly.* 2006.

118.    Hajiaghamemar M, Seidi M, Ferguson JR, Caccese V. Measurement of head impact due to standing fall in adults using anthropomorphic test dummies. *Annals of biomedical engineering.* 2015:1-10.

119.    Freeman MD, Eriksson A, Leith W. Head and neck injury patterns in fatal falls: epidemiologic and biomechanical considerations. *Journal of forensic and legal medicine.* 2014;21:64-70.

120.    Mallory A. Head injury and aging: the importance of bleeding injuries. *Ann Adv Automot Med.* 2010;54:51-60.

121.    Marjoux D, Baumgartner D, Deck C, Willinger R. Head injury prediction capability of the HIC, HIP, SIMon and ULP criteria. *Accid Anal Prev.* 2008;40(3):1135-1148.

122.    Warden D. Military TBI during the Iraq and Afghanistan wars. *J Head Trauma Rehabil.* 2006;21(5):398-402.

123.    Yoganandan N, Pintar FA. Biomechanics of temporo-parietal skull fracture. *Clin Biomech (Bristol, Avon).* 2004;19(3):225-239.

124.    Dennis AJ, Valentino DJ, Walter RJ, et al. Acute effects of TASER X26 discharges in a swine model. *The Journal of trauma.* 2007;63(3):581-590.

125.    Walter RJ, Dennis AJ, Valentino DJ, et al. TASER X26 discharges in swine produce potentially fatal ventricular arrhythmias. *Acad Emerg Med.* 2008;15(1):66-73.

126.    Ho J, Lapine A, Joing S, Reardon R, Dawes D. Confirmation of respiration during trapezial conducted electrical weapon application. *Acad Emerg Med.* 2008;15(4):398.

127.    Vilke GM, Bozeman WP, Chan TC. Emergency Department Evaluation after Conducted Energy Weapon Use: Review of the Literature for the Clinician. *The Journal of emergency medicine.* 2011.

128.    Morgan J. Study of Deaths Following Electro Muscular Disruption. *National Institute of Justice: US Department of Justice.* 2011:1-74.

129.    Stanik-Hutt JA. Management options for angina refractory to maximal medical and surgical interventions. *AACN Clin Issues.* 2005;16(3):320-332.

130.    Gowda RM, Khan IA, Punukollu G, Vasavada BC, Nair CK. Treatment of refractory angina pectoris. *Int J Cardiol.* 2005;101(1):1-7.

131.    Jessurun GA, Hautvast RW, Tio RA, DeJongste MJ. Electrical neuromodulation improves myocardial perfusion and ameliorates refractory angina pectoris in patients with syndrome X: fad or future? *Eur J Pain.* 2003;7(6):507-512.

132.    *Betty Lou Heston, et al Vs. City Of Salinas et al.,* Case No. C 05-03658 JW (United States District Court Northern District Of California 2007).

133.    *Skelly v. Okaloosa County, Fla. Bd. of County Commissioners* (2010).

134.    Heim C, Schmidtbleicher D, Niebergall E. The risk of involuntary firearms discharge. *Human Factors: The Journal of the Human Factors and Ergonomics Society.* 2006;48(3):413-421.

135.    Heim C, Schmidtbleicher D, Niebergall E. Towards an understanding of involuntary firearms discharges: Possible risks and implications for training. *Policing: An International Journal of Police Strategies & Management.* 2006;29(3):434-450.

136.    O'Neill J, O'Neill DA, Lewinski WJ. Toward a taxonomy of the unintentional discharge of firearms in law enforcement. *Applied Ergonomics.* 2017;59:283-292.

137.    Demetriou G. To punch or not to punch, That is the question. *The ASLET Journal.* 1994;2(10):46-49.

138.    Messina P. Ready when your gun goes "bang". *American Police Beat.* 2000;7(8):35.

139.    Sherrington C. *The integrative action of the nervous system.* Yale University Press; 1906.

140.    Archontides C, Fazey JA. Inter-limb interactions and constraints in the expression of maximum force: a review, some implications and suggested underlying mechanisms. *J Sports Sci.* 1993;11(2):145-158.

141.    Corna S, Galante M, Grasso M, Nardone A, Schieppati M. Unilateral displacement of lower limb evokes bilateral EMG responses in leg and foot muscles in standing humans. *Exp Brain Res.* 1996;109(1):83-91.

142.    Armatas CA, Summers JJ, Bradshaw JL. Mirror movements in normal adult subjects. *J Clin Exp Neuropsychol.* 1994;16(3):405-413.

143.    Aranyi Z, Rosler KM. Effort-induced mirror movements. A study of transcallosal inhibition in humans. *Exp Brain Res.* 2002;145(1):76-82.

144.    Ferbert A, Priori A, Rothwell JC, Day BL, Colebatch JG, Marsden CD. Interhemispheric inhibition of the human motor cortex. *J Physiol.* 1992;453:525-546.

145.    Farmer SF, Ingram DA, Stephens JA. Mirror movements studied in a patient with Klippel-Feil syndrome. *J Physiol.* 1990;428:467-484.

146.    Shinohara M, Keenan KG, Enoka RM. Contralateral activity in a homologous hand muscle during voluntary contractions is greater in old adults. *J Appl Physiol (1985).* 2003;94(3):966-974.

147.    Li ZM, Latash ML, Newell KM, Zatsiorsky VM. Motor redundancy during maximal voluntary contraction in four-finger tasks. *Exp Brain Res.* 1998;122(1):71-78.

148.    Kearney RE, Chan CW. Interlimb reflexes evoked in human arm muscles by ankle displacement. *Electroencephalogr Clin Neurophysiol.* 1981;52(1):65-71.

149.    Enoka R. Involuntary muscle contractions and the unintentional discharge of a firearm. *Law Enforcement Executive Forum.* 2003;3(2):27-39.

150.    Ho J, Dawes D. Conducted Electrical Weapon Drive-Stun Wounds. In: Ho J, Dawes D, Kroll M, eds. *Atlas of Conducted Electrical Weapons and Forensic Analysis.* New York City: Springer; 2012.

151.    Vilke GM, Chan TC. Less lethal technology: medical issues. *Policing.* 2007;30(3):341-357.

152.    Wu J, Sun H, O'Rourke A, et al. Taser blunt dart-to-heart distance causing ventricular fbrillation in pigs. *IEEE Transactions on Biomedical Engineering.* 2008:in press.

153.    Sedmera D, Gourdie RG. Why do we have Purkinje fibers deep in our heart? *Physiol Res.* 2014;63 Suppl 1:S9-S18.

154.    Huang J, Dosdall DJ, Cheng KA, Li L, Rogers JM, Ideker RE. The importance of purkinje activation in long duration ventricular fibrillation. *J Am Heart Assoc.* 2014;3(1):e000495.

155.    Dosdall DJ, Osorio J, Robichaux RP, Huang J, Li L, Ideker RE. Purkinje activation precedes myocardial activation following defibrillation after long-duration ventricular fibrillation. *Heart Rhythm.* 2010;7(3):405-412.

156.    Ono N, Yamaguchi T, Ishikawa H, et al. Morphological varieties of the Purkinje fiber network in mammalian hearts, as revealed by light and electron microscopy. *Arch Histol Cytol.* 2009;72(3):139-149.

157.    Pak H-N, Kim GI, Lim HE, et al. Both Purkinje cells and left ventricular posteroseptal reentry contribute to the maintenance of ventricular fibrillation in open-chest dogs and swine: effects of catheter ablation and the ventricular cut-and-sew operation. *Circulation journal: official journal of the Japanese Circulation Society.* 2008;72(7):1185.

158.    Dosdall DJ, Cheng KA, Huang J, et al. Transmural and endocardial Purkinje activation in pigs before local myocardial activation after defibrillation shocks. *Heart Rhythm.* 2007;4(6):758-765.

159.    Vilke GM, Sloane C, Levine S, Neuman T, Castillo E, Chan TC. Twelve-lead electrocardiogram monitoring of subjects before and after voluntary exposure to the Taser X26. *Am J Emerg Med.* 2008;26(1):1-4.

160.    Panescu D, Kroll M, Stratbucker R. Finite Element Modeling of Fibrillation Risk from TASER Conducted Electrical Weapons. *IEEE Trans Biomed Eng.* 2008.

161.    Ho JD, Dawes DM, Reardon RF, et al. Echocardiographic Evaluation of a TASER-X26 Application in the Ideal Human Cardiac Axis. *Acad Emerg Med.* 2008.

162.     Vilke GM, Sloane CM, Bouton KD, et al. Physiological effects of a conducted electrical weapon on human subjects. *Ann Emerg Med.* 2007;50(5):569-575.

163.     Vilke G, Sloane C, Levine S, Neuman T, Castillo E, Chan T. Does the Taser Cause Electrical Changes in Twelve Lead ECG Monitoring of Human Subjects. *J Acad Emerg Med.* 2007;Abstracts:257.

164.     Vilke G, Sloane C, Bouton K, et al. Cardiovascular and Metabolic Effects of the TASER on Human Subjects. *J Acad Emerg Med.* 2007;14(5 (suppl)):104.

165.     Ideker RE, Dosdall DJ. Can the direct cardiac effects of the electric pulses generated by the TASER X26 cause immediate or delayed sudden cardiac arrest in normal adults? *The American journal of forensic medicine and pathology.* 2007;28(3):195-201.

166.     Holden SJ, Sheridan RD, Coffey TJ, Scaramuzza RA, Diamantopoulos P. Electromagnetic modelling of current flow in the heart from TASER devices and the risk of cardiac dysrhythmias. *Phys Med Biol.* 2007;52(24):7193-7209.

167.     Dawes DM, Ho JD, Reardon RF, Miner JR. Echocardiographic evaluation of TASER X26 probe deployment into the chests of human volunteers. *Am J Emerg Med.* 2010;28(1):49-55.

168.     American Medical Association. Use of Tasers by Law Enforcement Agencies (Resolution 401, A-08). *Resolutions of the 2009 AMA National Convention.* 2009.

169.     Bozeman WP, Teacher E, Winslow JE. Transcardiac Conducted Electrical Weapon (TASER) Probe Deployments: Incidence and Outcomes. *J Emerg Med.* 2012.

170.

        International_Electrotechnical_Commiss ion. *Household and similar electrical appliances – Safety – IEC 60335-2-76: Particular requirements for electric fence energizers.* 2.1 ed: IEC, Geneva, Switzerland; 2006.

171.     Underwriters_Laboratories. UL 69: Electric fence controllers. 2003.

172.     Brandl S. An Analysis Of 2010 Use Of Force Incidents In The Milwaukee Police Department2011:21, Milwaukee.

173.     Robson RE, Paranjape BV. Acoustoelectric effects in a gaseous medium. *Phys Rev A.* 1992;45(12):8972-8974.

174.     Bayle P, Vacquie J, Bailey M. Cathode region of a transitory discharge in CO2. I. Theory of the cathode region. *Phys Rev A.* 1986;34(1):360-371.

175.     Bequin P, Herzog P. Model of acoustic sources related to negative point-to-plane discharges in ambient air. *acta acustica.* 1997;83:359-366.