# EXHIBIT T

1                  UNITED STATES DISTRICT COURT

2                     DISTRICT OF MINNESOTA

3    ─────────────────────────────────────────────────────

4    Kevin Khottavongsa,
     As Trustee for the Heirs
5    and Next of Kin of
     Sinthanouxay Khottavongsa,
6
                           Plaintiff,
7
             vs.                  Case No. 16-cv-1031-RHK-KMM
8

9    City of Brooklyn Center Police Officers
     Alan Salvosa, Cody Turner, and Gregg
10   Nordby, acting in their individual
     capacities as City of Brooklyn Center
11   police officers,

12                         Defendants.

13
     ─────────────────────────────────────────────────────
14

15

16

17                         Deposition of

18                         Cody Turner

19                   Wednesday, March 29, 2017

20                         9:00 a.m.

21

22

23

24

25

1              UNITED STATES DISTRICT COURT

2                DISTRICT OF MINNESOTA

3    ─────────────────────────────────────────────

4   Kevin Khottavongsa,
     As Trustee for the Heirs
5    and Next of Kin of
     Sinthanouxay Khottavongsa,
6
              Plaintiff,
7
         vs.        Case No. 16-cv-1031-RHK-KMM
8

9   City of Brooklyn Center Police Officers
     Alan Salvosa, Cody Turner, and Gregg
10   Nordby, acting in their individual
     capacities as City of Brooklyn Center
11   police officers,

12              Defendants.

13

14   ─────────────────────────────────────────────

15

16

17              Deposition of

18              Cody Turner

19         Wednesday, March 29, 2017

20              9:00 a.m.

21

22

23

24

25

CODY TURNER - 03/29/2017          Pages 2..5

**Page 2**

1                  * * *
2
3          Deposition Testimony of Cody Turner at
4    the law offices of Gustafson Gluek, PLLC, 2600 Canadian
5    Pacific Plaza, 120 South Sixth Street, Minneapolis,
6    Minnesota, on Wednesday, March 29, 2017, commencing at
7    9:00 a.m. before Barbara J. Carey, a Registered
8    Professional Reporter.
9
10
11
12
13
14
15
16
17                  * * *
18
19
20
21
22
23
24
25

**Page 4**

1              I N D E X
2    EXAMINATION OF MARIA CRUZ-MARTINEZ:
3        By Mr. Rissman - Page 5
4
5              EXHIBITS
     NUMBER    DESCRIPTION              PAGE:
6
     Exhibit 1 ......................................  21
7        Supplemental Narrative Bates Stamped
         Brooklyn Ctr 6005 to 6007
8
     Exhibit 2.....................................  27
9        Supplemental Report Bates Stamped
         Brooklyn Ctr 0043 to 0051
10
     Exhibit 3 ....................................  38
11       Photo of Northway Drive (1 page)
12   Exhibit 4.......................................  51
         Legend (1 page)
13
     Exhibit 5.....................................  52
14       Legend (1 page)
15
16
17              * * * * *
18
19
20
21
22
23
24
25

**Page 3**

1    APPEARANCES:
2
3    ATTORNEY FOR PLAINTIFFS:
4        Mr. Joshua J. Rissman
             Attorney at Law
5        GUSTAFSON GLUEK, PLLC
         120 South Sixth Street, Suite 2600
6        Minneapolis, Minnesota 55402
         jrissman@gustafsongluek.com
7        612.333.8844
8        Also Present: Mr. Riley Conlin, Law Clerk
9
     ATTORNEY FOR DEFENDANTS:
10
         Mr. Jason M. Hiveley
11           Attorney at Law
         IVERSON REUVERS CONDON
12       9321 Ensign Avenue South
         Bloomington, Minnesota 55438
13       jasonh@irc-law.com
         952.548.7200
14
15
16
17
18
19
20
21
22
23
24
25

**Page 5**

1            WHEREUPON, the following proceedings
2    were duly had:
3            THE REPORTER: Raise your right hand and
4    I'll swear you in.
5            (The oath was administered by the court
6    reporter.)
7            WITNESS RESPONSE: I do.
8            THE REPORTER: Thank you.
9            CODY TURNER,
10   After having been first duly sworn, was called as a
11   witness and testified as follows:
12           EXAMINATION
13   BY MR. RISSMAN:
14       Q. Would you please state your name for the
15   record?
16       A. First name is Cody, C-O-D-Y, last name Turner,
17   T-U-R-N-E-R.
18       Q. My name is Josh Rissman. I'm the attorney for
19   the plaintiff in this case.
20           You understand that?
21       A. I'm sorry?
22       Q. Do you understand that?
23       A. Yes.
24       Q. Okay. And are you represented by counsel
25   today?

Page 6

1    A. Yes.
2    Q. Is that Mr. Hiveley?
3    A. Yes.
4    Q. Are you represented by anybody else?
5    A. No.
6    Q. Have you had your deposition taken before?
7    A. No.
8    Q. I'll just go over a couple of ground rules.
9  The court reporter is going to be taking down everything
10  we say, and so it's important that we don't interrupt each
11  other. In the normal course of conversation, people tend
12  to talk over each other a little bit or talk at the same
13  time, so it's important that we give each other a chance
14  to finish, although I'm sure, at some point throughout the
15  day, we'll interrupt each other. So we'll do our best not
16  to do that.
17        Your counsel may object, and unless he
18  instructs you not to answer, you may answer the question
19  after he finishes his objection.
20        Please give verbal answers; "yes" or "no" is
21  much better than "uh-huh" or "huh-huh" so the court
22  reporter can take down, or if you nod your head or shake
23  your head, it's important to say "yes" or "no."
24        If you need to take a break, let us know. We
25  just ask that if there's a question pending, that you

Page 7

1  answer the question and then we take a break.
2        If you don't understand a question, please let
3  me know, but if you answer a question, we'll assume that
4  you understood it; okay?
5        What did you do to prepare for today's
6  deposition?
7    A. Met with my attorney.
8    Q. And when was that?
9    A. Jason Hiveley.
10    Q. I'm sorry, when was that?
11    A. Oh, when? Over the course of the last year.
12    Q. How many times?
13    A. Two, I believe.
14    Q. When was the most recent?
15    A. Approximately two weeks ago.
16    Q. Do you recall how long that meeting was?
17    A. I do not.
18    Q. Did you review any documents to prepare for
19  today's deposition?
20    A. Yes, I did.
21    Q. Did any of those documents refresh your memory
22  of past events?
23    A. Yes.
24    Q. What documents did you look at?
25    A. I reviewed a copy of the statement that I gave

Page 8

1  to the sheriff's office.
2    Q. Anything else?
3    A. And a copy of the original report.
4    Q. Your police report?
5    A. Yes.
6    Q. Did you review anyone else's police report?
7    A. I did not.
8    Q. Did you review anyone else's statement?
9    A. No.
10    Q. Have you reviewed any of the – we've had some
11  depositions in this case, other witnesses.
12        Have you reviewed any transcripts?
13    A. No.
14    Q. Have you reviewed any transcripts at all?
15    A. No.
16    Q. Have you reviewed any videos?
17    A. Yes.
18    Q. What videos did you review?
19    A. I have reviewed the squad video from
20  Officer Salvosa's squad, as well as mine.
21    Q. Any other ones?
22    A. I believe it would be Officer Deering's.
23    Q. Okay. Officer Turner, how old are you?
24    A. I'm 31.
25    Q. 31. So on January 15, 2015, you would have

Page 9

1  been 29?
2    A. Yes.
3    Q. How tall are you?
4    A. I am 6-3.
5    Q. How much do you weigh?
6    A. 190.
7    Q. Was that your similar profile in –
8  January 15th of 2016?
9    A. It was not.
10    Q. What – were you the same height?
11    A. Yes.
12    Q. How much did you weigh then?
13    A. 170.
14    Q. 170? What do you do for exercise?
15    A. I work out daily before work.
16    Q. What kind of – do you weight training?
17    A. Yes.
18    Q. What kind of weight training?
19    A. Basic core, bench press, squats.
20    Q. How much can – do you know how much you can
21  bench press?
22    A. Not off the top of my head, no.
23    Q. Do you have a range?
24    A. About 225.
25    Q. Do you know how much you can squat, like a

CODY TURNER - 03/29/2017                Pages 10..13

Page 10

1  one-rep max?
2      A.  I do not.
3      Q.  Do you have a ballpark?
4      A.  200.
5      Q.  Are you trained in any type of combat,
6  hand-to-hand combat?
7      A.  No.
8      Q.  Any martial arts?
9      A.  No.
10     Q.  Are you given training on how to go hands-on
11 with a suspect?
12     A.  Yes.
13     Q.  And what does that training consist of?
14     A.  We recently adopted a new training topic or
15 category that basically teaches us basic ground escorting
16 and handcuffing techniques.
17     Q.  And that's new?
18     A.  Yes.
19     Q.  When did that -- when did that start?
20     A.  Approximately eight months ago.
21     Q.  Did you have any of that type of training in
22 January 15, 2016?
23     A.  No.
24     Q.  Did you have any training on how to subdue
25 suspects at that time?

Page 11

1      A.  Yes.
2      Q.  What was the training?
3      A.  It would be basic defensive tactics.
4      Q.  Can you describe what that means?
5      A.  Basically, we're taught how to escort people
6  to the ground and prepare them for handcuffing.
7      Q.  Were you given any training at that time of,
8  let's say, someone was coming at you, how you would fight
9  that person?
10     A.  It would depend on what type of approach they
11 were making towards me.
12     Q.  But were you given general training on that
13 subject?
14     A.  It would depend if they had a weapon or if
15 they were empty-handed, that would -- that would change my
16 approach to what I would do.
17     Q.  Okay.  So if they had a weapon, what would you
18 do?
19     A.  If they had a weapon, depending what the
20 weapon was, I would make a decision about what type of
21 approach that I would give them back.
22     Q.  And what types of approaches are available to
23 you?
24     A.  We have a taser, we have a baton, we have
25 pepper spray, and a firearm.

Page 12

1      Q.  And if a person was empty-handed, what options
2  would you consider?
3      A.  If they were approaching me in preparation to
4  try and fight me and they were empty-handed, I would
5  probably choose taser first.
6      Q.  What is your highest level of education?
7      A.  Two-year degree, college.
8      Q.  Where is that?
9      A.  Alexandria Technical.
10     Q.  Is that in Minnesota?
11     A.  Yes.
12     Q.  You're currently a Brooklyn Center police
13 officer?
14     A.  Yes, I am.
15     Q.  How long have you been a police officer there?
16     A.  Approximately seven and a half years.
17     Q.  Were you a police officer anywhere else before
18 that?
19     A.  Yes.
20     Q.  Where is that?
21     A.  The Upper Sioux Police Department.
22     Q.  And where is that?
23     A.  Granite Falls.
24     Q.  How long were you there?
25     A.  Six months.

Page 13

1      Q.  Anywhere before that?
2      A.  No.
3      Q.  Did you have to go through some sort of
4  specialized police training?
5      A.  Yes.
6      Q.  And did you do that at the Upper Sioux Police
7  Department?
8      A.  No, that would be done through my college
9  process.
10     Q.  So the two-year degree is -- is it in law
11 enforcement?
12     A.  Yes.
13     Q.  Okay.  Are you currently in the Patrol
14 Division?
15     A.  I am not.
16     Q.  What division are you in?
17     A.  I am part of the Street Crimes Unit.
18     Q.  With Officer Deering?
19     A.  Yes.
20     Q.  And January 15, 2016, you were in the Patrol
21 Division?
22     A.  Yes.
23     Q.  And was your supervisor Sergeant Coleman?
24     A.  Yes, it was.
25     Q.  Is your current supervisor Sergeant Coleman?

CODY TURNER - 03/29/2017          Pages 14..17

**Page 14**

1   A. Technically, yes.
2   Q. What do you mean by that?
3   A. We are kind of in-between supervisors at this
4 time.
5   Q. Oh, so you're going to get a new supervisor?
6   A. Possibly, yes.
7   Q. You don't know who that is?
8   A. No.
9   Q. And so when I say "the incident," I'm
10 referring to the night of January 16, 2015.
11      Do you understand that?
12   A. Yes.
13   Q. Okay. So on the night of the incident,
14 Sergeant Coleman was your immediate supervisor, and your
15 commander was Commander Peters, or someone else?
16   A. Sergeant Coleman was my direct supervisor at
17 the time. I don't remember who the patrol commander was
18 at the time.
19   Q. Are you given Use of Force training?
20   A. Yes.
21   Q. Are you familiar with the Brooklyn Center
22 Use of Force training policies?
23   A. I am.
24   Q. I should ask you, did you review any policies
25 or trainings in preparation for this deposition?

**Page 15**

1   A. I reviewed partial policy, yes.
2   Q. Partial policy?
3   A. Yes.
4   Q. What was that?
5   A. I reviewed a summary of the Use of Force
6 policy.
7   Q. Okay. And in the Use of Force policy, are
8 there -- are you given factors that you're supposed to
9 consider to determine the reasonableness of the force?
10   A. Yes.
11   Q. Do you recall some of those factors?
12   A. I do.
13   Q. And what are they?
14   A. Age, body size, climate, environment, how many
15 people there are, and my physical ability versus their
16 potential.
17   Q. Should their -- the suspect's injury play a
18 role?
19   A. Depends.
20   Q. So there's times when someone could be injured
21 but you wouldn't consider that?
22   A. Correct.
23   Q. Or would it be fair to say that you would
24 consider it, but some other factor may be more important
25 than their injury?

**Page 16**

1   A. Correct.
2   Q. But there are times when you should consider
3 someone's physical injury in determining what use of force
4 to use; correct?
5   A. Every scenario's different, so it's always
6 going to depend on the scenario.
7   Q. But there could be scenarios where physical
8 injury plays a role?
9   A. It always depends.
10   Q. So are there -- well, if it depends, there
11 are -- there's a possibility that you would consider their
12 injury in using force?
13   A. Yeah.
14   Q. Are you familiar with the duty to intercede?
15   A. Yes.
16   Q. What is that?
17   A. It's when I believe that either the public or
18 someone else is going to be injured and I need to stop
19 whatever is happening.
20   Q. Are you familiar with a duty to intercede
21 regarding the use of force by another officer?
22   A. Not as much, no.
23   Q. Are you familiar that there is a duty to
24 intercede to stop an officer who you believe is using
25 excessive force?

**Page 17**

1   A. Yes.
2   Q. Are you familiar with that policy?
3   A. Yes, vaguely.
4   Q. Are you familiar with the medical
5 consideration portion of the Use of Force policy?
6   A. Not as much, no.
7   Q. Are you given taser training?
8   A. Yes.
9   Q. What does your training consist of?
10   A. A PowerPoint and a taser deployment into a
11 cardboard target.
12   Q. And do you, yourself, get tased?
13   A. Yes.
14   Q. You have someone spotting you?
15   A. No.
16   Q. Is there a mat that you fall on?
17   A. Yes.
18   Q. Is that so you don't get injured?
19   A. Correct.
20   Q. Are you trained that multiple applications of
21 the taser device against a single individual are generally
22 not recommended?
23   A. Yes.
24   Q. And that multiple applications of a taser pose
25 increased risk of injury to the subject of the taser?

CODY TURNER - 03/29/2017          Pages 18..21

Page 18

1     A. Yes.
2     Q. And do you know what neuromuscular
3 incapacitation is?
4     A. Somewhat, yes.
5     Q. Is that commonly known as body lockup?
6     A. Yeah.
7     Q. And when someone's body locks up, are you
8 trained that they are likely to fall?
9     A. It is a decent likelihood, yes.
10     Q. And are you trained that there may be
11 fall-related injuries?
12     A. There might be, yes.
13     Q. Well, I'm asking if you've been given training
14 on that?
15     A. Yes.
16     Q. Okay. And you're trained that several people
17 , have suffered serious injuries and death as a result of
18 fall-related injuries?
19     A. Yes.
20     Q. And that those falls could even be from ground
21 level -- or the injuries from those falls could even be
22 from ground level?
23     A. I don't recall anything that specific.
24     Q. And are you trained to consider the surface --
25 well, I'll back up.

Page 19

1         Are you trained to consider the environment in
2 which the person is and who you are tasering?
3     A. Depending on the type of situation we're in,
4 yes.
5     Q. And that includes the ground surface?
6     A. Correct.
7     Q. Meaning how hard the ground is?
8     A. Correct.
9     Q. Are you a trained first responder?
10     A. Yes.
11     Q. Are you trained to watch for injuries?
12     A. No.
13     Q. Are you trained to recognize symptoms of
14 injuries?
15     A. Yes.
16     Q. If you believe someone to have a head injury,
17 are you given any training as to what to do or not to do
18 to that person?
19     A. We are not.
20     Q. You are not?
21     A. No.
22     Q. Are you trained that an altered mental state
23 could be a symptom of an injury?
24     A. No.
25     Q. How about if someone is incapable of answering

Page 20

1 questions; is that -- are you trained that that could be a
2 symptom of an injury?
3     A. No.
4     Q. How about if they seem dazed?
5     A. No.
6     Q. How about if they're moaning and groaning?
7     A. Yes.
8     Q. How about if they cannot walk?
9     A. No.
10     Q. How about if someone is rubbing their head?
11     A. No.
12     Q. How about if someone is rubbing their head
13 after they fell?
14     A. No.
15     Q. How about if someone has urinated on
16 themselves?
17     A. No.
18     Q. Are you trained to recognize when someone may
19 not be understanding the command?
20     A. No.
21     Q. Are you trained to recognize when someone has
22 diminished mental capacity?
23     A. Yes.
24     Q. What training did you attend regarding that?
25     A. We've gone through emotionally-disturbed

Page 21

1 persons training.
2     Q. And do you recall the date of that training?
3     A. I do not.
4     Q. Was it after January 16, 2015?
5     A. Yes.
6     Q. You didn't have one prior?
7     A. Not that I remember, no.
8     Q. Did you attend the Cultural Competency and
9 Conflict Resolution Training in April of 2015?
10     A. I believe so.
11     Q. Did you ever attend anything like that before?
12     A. I don't remember.
13     Q. No reason to believe you did?
14     A. I don't remember. I've been to a lot of
15 training.
16     Q. Did you find it difficult to remember all the
17 things that you've been trained on?
18     A. Sometimes, yes.
19     Q. I believe you said you filled out a police
20 report in this case?
21     A. I did.
22         (Whereupon, Exhibit 1 was marked.)
23 BY MR. RISSMAN:
24     Q. You've been handed -- Officer Turner, you've
25 been handed Exhibit 1, Brooklyn Ctr 6005 through 6007.

**Page 22**

1 And when I say that number, that's the number on the
2 bottom right. There's a Bates Stamp. So throughout the
3 day, if we're referring to documents, there's a little
4 Brooklyn Cir section.
5    A. Okay.
6    Q. What is this document?
7    A. This would be my supplemental narrative.
8    Q. And does this appear to be a true and accurate
9 copy of your supplemental narrative?
10    A. It does.
11    Q. And this is – when you say "supplemental
12 narrative," it's your police report, correct?
13    A. Correct.
14    Q. And when did you write this police report?
15    A. It says January 17, 2015 at 03:12 hours.
16    Q. And so that would have been 3:12 in the
17 morning, the night of the incident; correct?
18    A. Correct.
19    Q. Did someone instruct you to write this police
20 report?
21    A. They did.
22    Q. Who is they?
23    A. I don't recall.
24    Q. Had you already learned that Mr. Khottavongsa
25 was facing life-threatening injuries when you wrote this

**Page 23**

1 report?
2    A. Yes.
3    Q. So you had a meeting with other officers who
4 were at the scene prior to writing this report?
5    A. I did not, no.
6    Q. Was there some kind of briefing or anything?
7    A. No.
8    Q. How did you first learn that Mr. Khottavongsa
9 was facing critical injuries?
10    A. I believe Sergeant Coleman received a phone
11 call from the hospital.
12    Q. And did he relay that to you?
13    A. Yes.
14    Q. Or were you with him at the time?
15    A. He relayed it to me.
16    Q. And what did he tell you?
17    A. I don't recall.
18    Q. Did he ask you to come into the police
19 department?
20    A. I was already in the building.
21    Q. Did he give you any instructions?
22    A. I don't recall.
23    Q. Were you told not to speak to anybody about
24 the incident?
25    A. I don't remember specific instructions.

**Page 24**

1    Q. Were you told to – did you meet with the
2 union, a police union representative?
3    A. Yes.
4    Q. Was it that evening?
5    A. I believe so, yes.
6    Q. Who did you meet with?
7    A. I believe his name was Tom Kelly.
8    Q. Okay. Are you trained on how to fill out
9 police reports?
10    A. Yes.
11    Q. Are you trained to include in the police
12 reports any threats to officer safety you witness?
13    A. Yes.
14    Q. And are you trained to include any actions –
15 any use of force that you used?
16    A. Correct.
17    Q. Are you trained to include any use of force
18 that you witness other officers using?
19    A. Yes.
20    Q. And – and you make the police report near the
21 time of the incident so events are fresh in your mind?
22    A. Correct.
23    Q. And you agree that all reports shall
24 accurately reflect the identity of persons involved, all
25 the pertinent information seen, heard, or assimilated by

**Page 25**

1 any other sense and any actions taken?
2    A. Correct.
3    Q. And you agree that employees shall not
4 suppress, conceal, or distort the facts of any reported
5 incident, nor shall any employee make a false report,
6 orally or in writing?
7    A. Correct.
8    Q. And did you tell the truth in this police
9 report?
10    A. I did.
11    Q. In other cases, have you had anybody ask you
12 questions about your police report?
13    A. Oh, yes.
14    Q. And does anyone ever point out they thought
15 something was inaccurate?
16    A. I don't recall.
17    Q. What types of questions do you get?
18    A. It depends on the report.
19    Q. Okay. What is – if someone filled out a
20 report and it wasn't accurate and a sergeant knew that,
21 what's your understanding of what the procedure would be
22 to either amend that report, or what would happen?
23    A. There would be a requested amendment.
24    Q. A requested amendment, okay.
25       How does that work?

Page 26

1    A. They would ask me to write a supplemental
2 report.
3    Q. And you would say – you would say what in
4 your supplemental report? Would you – strike the
5 question.
6        Would you reference the fact that you are
7 making a correction in the supplemental report?
8    A. Yes.
9    Q. And have you done that on occasion before?
10   A. On rare occasions, yes.
11   Q. And I assume you did not do that in this case?
12   A. I did not.
13   Q. Sitting here today, is there anything in your
14 police report you do not think is accurate?
15   A. No.
16   Q. And so, are you trained – is there anything
17 in here that you – you believe you omitted that should
18 have been in the report?
19   A. No.
20   Q. Put that one aside. If you want to just put
21 that to the side, we're going to probably keep a stack of
22 exhibits here.
23        You gave a statement to Hennepin County
24 Sheriff's Office in this case?
25   A. I did.

Page 27

1    Q. And was that about six days after the
2 incident?
3    A. Approximately, yes.
4        (Whereupon, Exhibit 2 was marked.)
5 BY MR. RISSMAN:
6    Q. You've been handed what's been marked as
7 Exhibit 2.
8        Do you recognize this document?
9    A. I do.
10   Q. What is this document?
11   A. This would be the statement that I gave to the
12 sheriff's office during the initial investigation.
13   Q. And for the record, this is Brooklyn Ctr 0043
14 through Brooklyn Ctr 0051.
15        And so, did they take your statement orally?
16   A. Yes.
17   Q. And then they typed it up?
18   A. I believe so, yes.
19   Q. And did you get a chance to review the
20 transcript of that?
21   A. Yes.
22   Q. Okay. And if you look to the page 8 of 8,
23 Brooklyn Ctr 0051, and the last question is:
24        "After reading this statement and finding it
25 to be true and correct, are you willing to sign it?"

Page 28

1        That answer is: "Yes."
2        Do you see that?
3    A. Yes.
4    Q. And is that your signature?
5    A. It is.
6    Q. And you also say that this statement is true
7 and correct to the best of your knowledge.
8        Do you see that, two questions up?
9    A. Yes.
10   Q. I assume that was accurate?
11   A. Yes.
12   Q. And there's also – three questions up,
13 there's a question: "Is there anything else you
14 can of –" excuse me. "Is there anything else you
15 think of that we need to know about this incident?"
16        And the answer is: "Not at this time."
17        Do you see that?
18   A. Yes.
19   Q. So that's kind of – would you agree that's a
20 catchall question that if they didn't ask you a specific
21 question but you thought there was something important to
22 add, you could answer it there?
23   A. Correct.
24   Q. And you did not add any details; correct?
25   A. That is correct.

Page 29

1    Q. Sitting here today, is there anything in this
2 statement that you believe to be incorrect?
3    A. No.
4    Q. Do you believe there's any – anything that
5 you omitted that you think should have been in the
6 statement?
7    A. No.
8    Q. Put that aside for the moment.
9        You were on duty the night of the incident?
10   A. Yes.
11   Q. What shift were you working?
12   A. The overnight shift.
13   Q. Is that the 6:00 p.m. to 6:00 a.m. shift?
14   A. Yes.
15   Q. And did you have a partner that evening?
16   A. No.
17   Q. Do you recall responding to the incident
18 involving Mr. Khottavongsa?
19   A. I was responding to a fight call, yes.
20   Q. Do you remember that? Do you remember
21 responding?
22   A. Yes.
23   Q. What was the first thing you learned over
24 the – over the radio or from dispatch?
25   A. I recall hearing them say that there was a

CODY TURNER - 03/29/2017                    Pages 30..33

Page 30

1  fight in front of the Pizza Hut and one was armed with a
2  bat.
3      Q.  Do you recall anything else?
4      A.  There were several people that were calling in
5  saying that it was very chaotic and that there were
6  several groups of people fighting.
7      Q.  And who -- did you actually hear the callers,
8  or did somebody relay that information to you?
9      A.  It was relayed.
10     Q.  By dispatch?
11     A.  Correct.
12     Q.  Anything else?
13     A.  Nothing specific.
14     Q.  Okay.  What direction did you approach from?
15     A.  I would have come in from the west, driving
16  east.
17     Q.  Okay.  And would that have been -- it would
18  have been on -- what is that, Northway?
19     A.  Yes.
20     Q.  As you approached the scene, what did you --
21  what was the first thing you saw?
22     A.  When I got to the intersection of Xerxes and
23  Northway Drive, I saw a large group of people that
24  appeared to be fighting in front of the coin laundry.
25     Q.  Why did you think they were fighting?

Page 31

1      A.  They were all in close proximity to each
2  other, people were flailing their arms around, and I could
3  see somebody holding some type of long object.
4      Q.  You said "flailing their arms"?
5      A.  Yes.
6      Q.  Like they were throwing punches?
7      A.  Yes.
8      Q.  Did you see anybody wrestling with each other?
9      A.  Partially, yes.
10     Q.  And where were they?
11     A.  They were in-between the coin laundry and the
12  Pizza Hut.
13     Q.  How many people were flailing their arms?
14     A.  I'm not sure how many.
15     Q.  How many people did you observe in the group?
16     A.  I'm sorry?
17     Q.  How many people did you observe in the group?
18     A.  I don't recall the exact number.
19     Q.  Was it more than 10?
20     A.  It would have been around 10.
21     Q.  Maybe less?
22     A.  Probably would have been around 10.
23     Q.  And was everybody throwing punches?
24     A.  I don't recall.
25     Q.  And so, was there -- was it -- was it in -- so

Page 32

1  there's a sidewalk in front of the coin laundry and the
2  Pizza Hut; right?
3      A.  Correct.
4      Q.  And there's also a Quick Shop right there;
5  right?
6      A.  Yes.
7      Q.  So isn't the Quick Shop in-between the coin
8  laundry and the Pizza Hut?
9      A.  Yes.
10     Q.  So were they in front of the Quick Shop?
11     A.  They were in-between the coin laundry and the
12  Pizza Hut.
13     Q.  Okay.  So that would be in front of the Quick
14  Shop?
15     A.  The entire fight and all the people that were
16  involved were spread between the coin laundry and the
17  Pizza Hut.
18     Q.  They were spread.  And so the people you saw
19  flailing their arms, where were they located?
20     A.  They would have been directly in front of the
21  coin laundry.
22     Q.  Did you see anybody flailing their arms
23  directly in front of the Pizza Hut?
24     A.  No.
25     Q.  Can you take a look at your police report,

Page 33

1  Exhibit 1?
2      A few sentences in, do you see the sentence
3  that starts, "As I arrived on scene"?
4      A.  Yes.
5      Q.  So it says, "As I arrived on scene, I
6  approached from the west and saw a squad car parked on
7  Northway Drive facing west."
8      First of all, would that be Officer Salvosa's
9  squad car?
10     A.  Yes.
11     Q.  And then you say, "I did see a large group of
12  people standing and arguing in front of the coin laundry."
13  Then you say, "I then saw a middle-aged Asian male walking
14  amongst the group of people and holding what appeared to
15  be a metal rod or bat-type item in the air like a sword.
16  The male was walking around waving it at certain people in
17  the group."
18     In the section I just read, or anywhere on the
19  report, I don't see a mention of anybody flailing their
20  arms or throwing punches.
21     Is that accurate?
22     A.  Yes.
23     Q.  And you would agree that flailing -- someone
24  throwing punches would be a threat to other people's
25  safety; correct?

Page 34

1    A. Yes.
2    Q. And you are trained to document any threats to
3 other people's safety that you witness; correct?
4    A. Incorrect.
5    Q. Incorrect? You are not trained to do that?
6    A. Correct.
7    Q. So did you not think it to be pertinent
8 information that people were fighting?
9    A. At the time, I prioritized the person with the
10 most dangerous weapon.
11    Q. So were some people standing and arguing and
12 not fighting?
13    A. Yes.
14    Q. So you observed that it was a metal rod or
15 bat-type item in the air like a sword; is that correct?
16    A. He was holding it in the air like a sword,
17 yes.
18    Q. But it looked to you like a metal rod or
19 bat-type item?
20    A. Yes.
21    Q. So it did not look like a sword?
22    A. Correct.
23    Q. If you want to pull up your statement,
24 Exhibit 2. If you go to page 3 of 8, I think it's
25 Brooklyn Ctr 0046. Are you on that page?

Page 35

1    Do you see the question, second from the
2 bottom, "What were your initial observations?"
3    A. Yes.
4    Q. Question: "What were your initial
5 observations as you neared the scene?"
6    Answer: "As I was arriving, I looked to my
7 right and saw there was a large group in front of the coin
8 laundry and they appeared to be fighting. I saw a lone
9 male holding a long, metallic object that looked like a
10 sword, and he was walking among the group and waved it in
11 the air."
12    Do you see that?
13    A. Yes.
14    Q. So in your statement, you say it looked like a
15 sword; correct?
16    A. Uh-huh.
17    MR. HIVELEY: Is that a "yes"? You have
18 to say "yes."
19    THE WITNESS: Yes, sorry.
20 BY MR. RISSMAN:
21    Q. Do you believe that statement to be
22 inaccurate?
23    A. What was the question?
24    Q. Do you believe your statement that it looked
25 like – this statement that we're looking at right now,

Page 36

1 that the long, metallic object looked like a sword, do you
2 believe that to be inaccurate?
3    A. From what I recall at the time during the
4 statement, I remembered it looking like a sword.
5    Q. And you made a statement on February 3rd,
6 2015, is that what you can see on the first page – I'm
7 sorry, the Brooklyn Ctr 0044?
8    A. Yes.
9    Q. And that would have been approximately two
10 weeks – a little over two weeks after of the incident?
11    A. Approximately, yes.
12    Q. So did you remember it differently than when
13 you described it in your police report?
14    A. Slightly, yes.
15    Q. Which one do you think is accurate?
16    A. Both.
17    Q. They're both accurate as to your memory?
18    A. Yes.
19    Q. You just remembered it differently?
20    A. Correct.
21    Q. Is there anything else you remember
22 differently between the two – between the time that you
23 gave your report and you gave your statement?
24    A. Not that I recall, no.
25    Q. Would you agree that a sword is more dangerous

Page 37

1 than a metal rod?
2    A. No.
3    Q. Is a sword sharper than a metal rod?
4    A. Yes.
5    Q. You can stab someone with a sword; right?
6    A. Correct.
7    Q. Can you stab someone with a crow bar?
8    A. Yes.
9    MR. HIVELEY: You obviously haven't seen
10 the Walking Dead.
11    MR. RISSMAN: I've avoided that one.
12 BY MR. RISSMAN:
13    Q. Have you handled a crowbar before?
14    A. I have.
15    Q. To wield a crowbar, do you need to get it away
16 from your body?
17    A. Yes.
18    Q. To stab someone with a sword, can it be close
19 to your body?
20    A. No.
21    Q. You need to get it away from your body, as
22 well?
23    A. Yes.
24    Q. And so, going back to the scene, you – the
25 observations you've described today, you were at the –

CODY TURNER - 03/29/2017                    Pages 38..41

Page 38

1    were you at the stop sign on Xerxes and Northway?
2        A.  Yes.
3            (Whereupon, Exhibit 3 was marked.)
4    BY MR. RISSMAN:
5        Q.  Officer Turner, you've been handed what's been
6    marked as Exhibit 3.  For the record, this is a Google
7    Images or Google Map printoff of the intersection of
8    Northway and Xerxes taken in the daytime, what appears to
9    be not winter.
10            Does this -- Officer Turner, does this appear
11   to approximately capture your vantage point?
12       A.  It does.
13       Q.  And at the time, it was dark; correct?
14       A.  It was.
15       Q.  Okay.  And there is a -- is that a bus stop
16   in-between where you were and the area between the coin
17   laundry and the Pizza Hut?
18       A.  That is a small rain shelter, yes.
19       Q.  Rain shelter.  And is that partially
20   obstructing the view?
21       A.  I believe, at the time, that rain shelter was
22   not there.
23       Q.  Okay.  All right.  And you can see some -- if
24   you look at the coin laundry, you can see some -- kind of
25   see some people standing there.

Page 39

1        A.  I do.
2        Q.  Is that, more or less, the size of the people
3    that you saw on the night of January 16, 2015?
4        A.  I have no idea from this image.
5        Q.  Do you -- do you believe it to be inaccurate?
6        A.  That would be the approximate location of
7    where they were standing, but I can't tell how tall or
8    short these people are in this photo.
9        Q.  So if they were taller, do you think they
10   would appear to be significantly larger in this image?
11       A.  That's possible, yeah.
12       Q.  Okay.  You can put that one aside.
13           The person who you saw holding the object,
14   where was he positioned when you were -- I'm sorry, when
15   you were at the stop sign?
16       A.  He appeared to be in the middle of the group.
17       Q.  And would that have been on the sidewalk just
18   in front of the businesses there?
19       A.  In front of the coin laundry, yes.
20       Q.  He was in -- and there is a -- I don't know if
21   you call it an awning or kind of a metal slab that kind of
22   juts out from the sidewalk?
23       A.  Yes.
24       Q.  Are you familiar with that?
25       A.  Yes.

Page 40

1        Q.  If I say "cement slab," you know what I mean
2    when I say that?
3        A.  Yes.
4        Q.  He was standing on that cement slab?
5        A.  Yes.
6        Q.  Did you see him move off of that cement slab?
7        A.  I did not.
8        Q.  Did you see anyone fleeing the scene?
9        A.  Not that I recall, no.
10       Q.  Did you see anyone walking away?
11       A.  Yes.
12       Q.  How many people did you see walking away?
13       A.  I don't remember the exact number.
14       Q.  Was it more than 10?
15       A.  I don't recall.
16       Q.  You couldn't tell me if it was more than --
17   could you tell me if it was less than five?
18       A.  No.
19       Q.  And was the -- was the person you observed
20   with the object, was he holding it with one hand or two
21   hands?
22       A.  One.
23       Q.  Okay.  And how was it positioned?
24       A.  He was holding it in the air like a sword.
25       Q.  What does that mean?

Page 41

1        A.  One-handed grip, how the Statue of Liberty is
2    holding a torch.
3        Q.  So your arm is at a right angle?
4        A.  I don't remember what his elbow was doing.
5        Q.  Can you show me right now?
6        A.  Holding it in the air like a sword
7    (indicating).
8        Q.  Okay.  So like his arm is all the way
9    extended?
10       A.  From what I recall, yes.
11       Q.  Did you see him swing it at anybody?
12       A.  Yes.
13       Q.  Who did he swing it at?
14       A.  I don't remember who it was.
15       Q.  Did he make -- did he appear to make contact
16   with others?
17       A.  I don't believe so, no.
18       Q.  So did they -- did they -- did they dodge the
19   swing?
20       A.  I believe so, yes.
21       Q.  And where was that person who you saw swing it
22   at, where were they located?
23       A.  On the cement slab.
24       Q.  And what did they do after that?
25       A.  I don't recall.

CODY TURNER - 03/29/2017                    Pages 42..45

Page 42

1    Q. Can you describe the person that he swung it
2    at?
3    A. No.
4    Q. Do you know if they were male or female?
5    A. I don't remember.
6    Q. Is there anything you can tell me about this
7    person?
8    A. They were standing close to him.
9    Q. So describe the swing.
10   A. It would have been like you're swinging a
11   sword downward at an angle (indicating).
12   Q. So full swing?
13   A. Yes.
14   Q. Did you believe that presented a threat to the
15   safety of others?
16   A. Yes.
17   Q. And I believe you mentioned that – I believe
18   you mentioned you were focused on that individual?
19   A. Yes, I was.
20   Q. Do you understand swinging and waving to be
21   the same thing?
22   A. It depends.
23   Q. If you look at your police report, Exhibit 1.
24   Do you see the sentence that says, "The male was walking
25   around waving it at certain people in the group"?

Page 43

1    A. Yes.
2    Q. Did you see him attempt to strike more than
3    one person?
4    A. I don't recall.
5    Q. Do you believe your report here fully
6    describes what you just described today?
7    A. No.
8    Q. Do you believe the term "waving it at certain
9    people" is the same thing as swinging it in a downward
10   motion like a sword?
11   A. Yes.
12   Q. Did you see what the person was doing who you
13   say that he waved or swung it at?
14   A. I don't remember.
15   Q. Okay. When you see someone with a weapon, are
16   you trained to radio other officers?
17   A. Not necessarily, no.
18   Q. Did you advise other responding officers of
19   the fact that he had a weapon?
20   A. I don't remember.
21   Q. Is that something you think other officers
22   would want to know?
23   A. Dispatch had already advised all the officers
24   responding that he had a weapon, so taking up valuable
25   radio time to say that would have been a waste.

Page 44

1    Q. Did they say who had the weapon?
2    A. No.
3    Q. And did you know there was a weapon, or were
4    you told that it was possible he had a weapon, from
5    dispatch?
6    A. Told first, then saw it.
7    Q. You were told there was, for sure, a bat?
8    A. Dispatch advised us that someone had a weapon
9    that resembled a bat, and then I saw it at the
10   intersection of Xerxes and Northway.
11   Q. And then you approached in your car?
12   A. Yes.
13   Q. And how did you do that? Can you describe
14   that?
15   A. I drove into the parking lot.
16   Q. So you would have crossed the intersection of
17   Xerxes and then made a right-hand turn into the parking
18   lot?
19   A. Correct.
20   Q. And were you – what were you looking at
21   during that time?
22   A. I was looking at the male holding the metal
23   object.
24   Q. Were you looking at the road at all?
25   A. No.

Page 45

1    Q. Were you glancing back and forth?
2    A. Between what?
3    Q. Between – so the road would be directly in
4    front of you; correct?
5    A. Correct.
6    Q. And you'd have to look over to your right –
7    look to the right to see the scene; correct?
8    A. It would have been diagonal out my front
9    windshield.
10   Q. So were you – were you not looking at the
11   road at all?
12   A. I could see it out of my peripheral.
13   Q. Okay. So you were – you were looking at him
14   the whole time?
15   A. Pretty much, yes.
16   Q. Okay. You saw him swing the crowbar in a
17   downward motion.
18      What did you see him do next?
19   A. After that is when I was pulling in the
20   parking lot. I then saw him look directly at
21   Officer Salvosa and turn and start walking away from him.
22   Q. Where was he positioned when he looked at
23   Officer Salvosa?
24   A. On the cement slab.
25   Q. Was he – let's see.

CODY TURNER - 03/29/2017        Pages 46..49

Page 46

1       Was he – so that comes out from the coin
2 laundry; right?
3       A.  Yes.
4       Q.  Was he closer to the coin laundry or closer to
5 the end of the slab?
6       A.  Somewhere in the middle.
7       Q.  Somewhere in the middle?
8       When you say started walking away, how many
9 steps did he take?
10      A.  I don't remember.
11      Q.  Did he walk 10, 20 steps?
12      A.  No.
13      Q.  Was it is less than five?
14      A.  Probably would have been less than five.
15      Q.  Was it less than two?
16      A.  It might have been.
17      Q.  Did he take any steps at all?
18      A.  Yes.
19      Q.  So one or two steps?
20      A.  It's possible, yes.
21      Q.  Okay.  And then what did you see?
22      A.  After he turned away and walked away from
23 Officer Salvosa, I then watched as he was tased.
24      Q.  So the time between when he – well, let me
25 ask you.

Page 47

1       So after you saw him swing the crowbar the
2 first time, did you see him swing at anybody else?
3       A.  No.
4       Q.  When he was facing Officer Salvosa, what
5 position was the crowbar in?
6       A.  Up in the air, like a sword.
7       Q.  So the same as before?
8       A.  Correct.
9       Q.  Okay.  And then when he turned, what position
10 was the crowbar in?
11      A.  About midway down as he was starting to lower
12 it.
13      Q.  So he was starting to lower it –
14      A.  Yes.
15      Q.  – when he turned?
16      A.  Yep.
17      Q.  So where was – could you show me where his
18 hand was?
19      A.  It would have been midway on his torso.
20      Q.  And was the crowbar up or down?
21      A.  Still up.
22      Q.  Did you believe that was a position as if to
23 strike someone?
24      A.  I'm not sure.
25      Q.  Holding that – so it would be – was it still

Page 48

1 in his right hand?
2       A.  Yes.
3       Q.  And that was mid torso?
4       A.  Approximately, yes.
5       Q.  Do you believe – was it away from his body?
6       A.  Yes.
7       Q.  So his arm was out?
8       A.  Partially, yes.
9       Q.  Partially.  You can't say one way or another
10 whether you think he could have struck someone from that
11 position?
12      A.  He could have, yes.
13      Q.  Where were you – and so, were you still
14 driving when you saw him turn away from the officer, as
15 you say?
16      A.  Yes.
17      Q.  And were you still driving when he was
18 tasered?
19      A.  Yes.
20      Q.  If you'd go to page 4 of your statement,
21 Brooklyn Ctr 0047.
22      Do you see the first question:  "What did you
23 do when you arrived on the scene?"
24      A.  Yes.
25      Q.  You say:  "As I arrived on scene, I pulled

Page 49

1 directly in front of the coin laundry and made sure that
2 my video recording device was activated."
3       Did you do that when you were parked or when
4 you were still driving?
5       A.  Still driving.
6       Q.  You made sure your video was on?
7       A.  Yes.
8       Q.  And you say:  "I then exited my squad car and
9 drew my firearm, keeping it a low level, and began
10 ordering people to the ground."
11      Is that an accurate statement?
12      A.  Yes.
13      Q.  So I assume the car was parked at this point?
14      A.  Yes.
15      Q.  Did you see the male – and then the next
16 question is:  "Did you see the male with the metallic
17 object when you exited your car?"
18      And you answered:  "Yes, I did."
19      Then the question was:  "Where was he at the
20 time?"
21      Answer.  "He was in the middle of the group."
22      Next question:  "What did you observe?"
23      Answer.  "As I was exiting my squad car, I saw
24 Officer Salvosa yelling and giving him commands, and I see
25 that Officer Salvosa had a taser on him and was pointing

CODY TURNER - 03/29/2017                Pages 50..53

Page 50

1  it at him, and the male ignored his directions and was
2  walking away from him while still holding the object."
3          Question:  "At some point, did you see
4  Officer Salvosa deploy his taser at the male who was
5  holding the metal object?"
6          Answer:  "Yes, he did."
7          Question:  "What was the man's reaction?"
8          Answer:  "The male got struck with a taser,
9  and then I watched his body go rigid.  I then remember him
10 rotating around facing back towards Officer Salvosa as the
11 taser was being cycled, and then he fell backwards on the
12 cement."
13         Is all of that accurate?
14     A.  Yes.
15     Q.  Were you exiting your squad car when you saw
16 Mr. Khottavongsa walking away from him while still holding
17 the object?
18     A.  Yes.
19     Q.  Earlier, I believe you testified that you were
20 still driving when you saw that.
21     A.  Correct.
22     Q.  Which one is accurate?
23     A.  Both.
24     Q.  How are they both accurate?
25     A.  On a situation like this where we're

Page 51

1  approaching a hot scene or a scene where someone's
2  fighting and there's an officer involved, we are trained
3  to start deploying from our squad car while it is still
4  mobile.
5          So as I was driving, my driver's side door was
6  open, and I was already partially exiting the squad car
7  before it completely came to a stop.
8      Q.  So how far away would you have been when you
9  initiated that?
10     A.  I would have been entering the parking lot.
11     Q.  So as you were entering the parking lot,
12 that's when you opened your car door?
13     A.  Correct; started opening it.
14         (Whereupon, Exhibit 4 was marked.)
15 BY MR. RISSMAN:
16     Q.  Okay.  Officer Turner, you've been handed
17 what's been marked as Exhibit 4.
18         Have you ever seen this document before?
19     A.  I have not.
20     Q.  For the record, this is a document created in
21 the -- I believe by the Hennepin County Sheriff's Office.
22 There's marking on the bottom right that says, "Death
23 Investigation - Officer Involved 1/16/15," and gives the
24 address, "Hennepin County Investigations, Case
25 Number 15-001018," and the drawing was made by

Page 52

1  Investigator Rucker, and it says, "Approximate Scale."
2          And it's a -- it shows -- do you see the scale
3  that has 0 to 50 feet?
4      A.  I do.
5          (Whereupon, Exhibit 5 was marked.)
6  BY MR. RISSMAN:
7      Q.  Officer Turner, you've been handed what's been
8  marked as Exhibit 5.  It's the same diagram as you have in
9  Exhibit 4, only this one has some markings.  And I'll
10 represent that I made those markings.  Using the scale
11 that was provided, I marked off 50 feet and 75 feet as
12 someone would approach -- well, from the corner of the
13 entrance to the parking lot to the middle of the slab in
14 front of the coin laundry.
15         Do you see that?
16     A.  Yes.
17     Q.  Do you have any reason -- you can get your
18 ruler and feel free to measure, but do you have any reason
19 to doubt the accuracy of those measurements?
20     A.  It looks approximate.
21     Q.  Approximately correct, okay.
22         And so, would you put yourself at about 50 to
23 75 feet away when you witnessed Mr. Khottavongsa turn his
24 back to Officer Salvosa?
25     A.  I don't remember when he turned his back or

Page 53

1  what position I was in.
2      Q.  You don't remember where you were?
3      A.  Correct.
4      Q.  Could you have been further away?
5      A.  It's possible, yes.
6      Q.  So there's a marking that says 112 feet --
7  112.5 feet away.
8          Do you see that?
9      A.  Yes.
10     Q.  And that's about midway between the entrance
11 to the parking lot and the intersection of Xerxes and
12 Northway.
13         Do you see that?
14     A.  Yes.
15     Q.  Could you have been that far away?
16     A.  It is possible, yes.
17     Q.  And do you see that, on the corner, there is
18 one that says 150 feet away, and that's just sort of
19 starting to cross the intersection of Xerxes and -- of
20 Xerxes and Northway.
21         Do you think you were that far away?
22     A.  No.
23     Q.  So closer than 150 feet?
24     A.  Yes.
25     Q.  So I believe you testified that the position

CODY TURNER - 03/29/2017                Pages 54..57

Page 54

1  Mr. Khottavongsa was holding the crowbar in after he
2  turned around, he could have struck someone in that
3  position; correct?
4      A.  Yes.
5      Q.  Did it appear that he was -- did it appear to
6  you that he was going to strike someone with it?
7      A.  At the time as he was turning around, no.
8      Q.  Why do you say that?
9      A.  Because he was walking in the opposite
10  direction.
11      Q.  Of the person that you had seen him swing it
12  at?
13      A.  Of Officer Salvosa.
14      Q.  If you go to your police report, Exhibit 1.
15      Do you see the part that says, "As I pulled
16  into the parking lot, I then saw Officer Salvosa yelling
17  at the man to drop the item.  However, the man turned away
18  from him and began walking away while still holding the
19  long metal object.  I then saw Officer Salvosa deploy his
20  taser making contact with the Asian male with the weapon."
21      It's correct that there is no mention of how
22  he was holding the crowbar in your police report; is that
23  correct?
24      A.  That is correct.
25      Q.  And you made your police report some hours

Page 55

1  after the incident?
2      A.  That is correct.
3      Q.  And events were still fresh in your mind when
4  you made your police report?
5      A.  They were.
6      Q.  And if you go to Exhibit 2, your statement,
7  if you go to Brooklyn Ctr 0047, page 4 of 8, there's
8  a series of questions that we've already read out
9  loud.
10      But is it correct to say that there is no
11  mention of how he was holding the crowbar after he turned
12  away from Officer Salvosa?
13      A.  Correct.
14      Q.  And do you believe the events were still fresh
15  in your mind on February 3rd, 2015?
16      A.  Relatively, yes.
17      Q.  Pull up your statement again, Exhibit 2,
18  excuse me.  Actually, I think I'll -- I think we're good
19  on that, actually.
20      We've been going for a bit.  Do you want to
21  take a break?
22      A.  I'm good.  If you guys want to take a break --
23      Q.  Actually, I could use the restroom, if you
24  don't mind.
25      A.  All right.

Page 56

1      (Whereupon, a recess was taken
2      from 10:19 a.m. to 10:29 a.m.)
3  BY MR. RISSMAN:
4      Q.  Take a look at Exhibit 5.  You described the
5  process of exiting your car while it was still driving.
6      Would you have done that before you started to
7  pull in the parking lot?
8      A.  Yes.
9      Q.  So when you were at 112 feet, or may have been
10  112 feet, you would have already started that process?
11      A.  It would have been when I'm pulling into the
12  parking lot.
13      Q.  So a little closer than the 112.5-foot mark?
14      A.  It's possible.
15      Q.  Would it be more like the 75-foot mark?
16      A.  It's possible, yeah.
17      Q.  You witnessed the officer getting tasered --
18  excuse me, you witnessed Officer Salvosa tasering
19  Mr. Khottavongsa?
20      A.  I did, yes.
21      Q.  And what did you see?
22      A.  I saw him get tased in the back and spin
23  around and fall onto the ground.
24      Q.  Can you -- did he spin -- was that clockwise?
25      A.  I don't recall.

Page 57

1      Q.  Was his back -- was his -- was he -- was his
2  back completely towards you and Officer Salvosa, or was it
3  partially turned?
4      A.  Officer Salvosa was in a different direction
5  than me, so it wouldn't have been able to be to both of us
6  at the same time.
7      Q.  Okay.  How about to Officer Salvosa?
8      A.  I don't recall.
9      Q.  So you don't know whether it was -- his back
10  was completely to him or whether he was partially to the
11  side of Officer Salvosa?
12      A.  I don't recall.
13      Q.  Okay.  But you saw him get tasered in the
14  back?
15      A.  Yes.
16      Q.  How do you know he was tasered in the back at
17  that time?
18      A.  Because of where the probes were located on
19  him.
20      Q.  You could see the probes going in?
21      A.  Uh-huh.
22      Q.  And then you say he spun around.
23      What do you mean by that?
24      A.  Turned back the direction towards
25  Officer Salvosa.

CODY TURNER - 03/29/2017          Pages 58..61

Page 58

1    Q. And that was as a result of being tasered?
2    A. I'm not sure.
3    Q. And then did you see him fall?
4    A. I did.
5    Q. How long – was he upright for very long
6  before he fell?
7    A. I guess that's a relative term. I'm not sure
8  for –
9    Q. Well, as soon as he was tased, did he go down,
10  or was he still standing for a second or two?
11    A. He would have been standing for some time.
12    Q. For how long?
13    A. I'm not sure how long.
14    Q. Was it – you think at least one or two
15  seconds?
16    A. I'm not sure.
17    Q. But you did see – he didn't immediately fall?
18    A. Correct.
19    Q. I believe you said you viewed your dash cam
20  video before?
21    A. I have.
22    Q. I'm going to show you a clip of it. It's a
23  little awkward. If you don't mind, I'm going to come
24  around and just hit play there. So this is the Turner
25  Dash Cam Video, started at 21:16:25 – starting at

Page 59

1  21:16:15.
2       (Video playing.)
3  BY MR. RISSMAN:
4    Q. Stopping at 9:16:36.
5       Does that appear to accurately describe –
6  does the clip that we just played describe your approach
7  to the scene?
8    A. Yes.
9    Q. Got freeze-frame here at 9:16:31.
10       Can you see Mr. Khottavongsa in this screen
11  shot?
12    A. I do.
13    Q. Do you see him starting to fall?
14    A. Yes.
15    Q. Does that indicate to you he's already been
16  tasered at this point?
17    A. Yes.
18    Q. Stopping at 9:21:16:30.
19       It's a little unclear to me, but do you think,
20  at this point, he would have already been tasered?
21    A. No.
22    Q. So it would have been right around 9:16:30 or
23  9:16:31?
24    A. Approximately, yes.
25    Q. And so, I guess, that would put you just

Page 60

1  entering the parking lot when he's tasered; is that
2  correct?
3    A. Yes.
4    Q. So what you would have witnessed prior to him
5  being tasered, would you have still been on Northway at
6  that point?
7    A. Yes.
8    Q. Why don't you describe to us what you did
9  next?
10    A. After what?
11    Q. Well, after you saw Officer Salvosa taser
12  Mr. Khottavongsa, what happened next from your point of
13  view?
14    A. I exited the squad car and drew my firearm and
15  started ordering people to the ground.
16    Q. At that point, did you see anybody fighting?
17    A. I don't recall.
18    Q. Okay. And what command did you give for
19  people to get on the ground?
20    A. "On the ground."
21    Q. And did anyone comply with the command?
22    A. Initially, no.
23    Q. Did you have to yell it a few times?
24    A. Yes.
25    Q. Did you point your firearm at anyone?

Page 61

1    A. I did not.
2    Q. Did you view their non-compliance as an
3  immediate threat to your safety?
4    A. Yes.
5    Q. Why is that?
6    A. At that time, we didn't know who, minus the
7  person with the crowbar, were the primary aggressors, and
8  so, in order to be safe, we were ordering everybody in the
9  area onto the ground.
10    Q. So do you believe – did you believe
11  Mr. Khottavongsa to be the primary aggressor?
12    A. Yes.
13    Q. But you believe there could have been others?
14    A. Yes.
15    Q. Backing up to Mr. Khottavongsa's fall, you
16  observed Mr. Khottavongsa hitting his head; correct?
17    A. I watched him fall backwards, yes.
18    Q. Did he hit – did you see him hit his head?
19    A. From what I recall, yes.
20    Q. Would you agree that he "bonked his head" on
21  the concrete pretty good?
22    A. Yes.
23    Q. And so you were telling people to get on the
24  ground; correct?
25    A. Correct.

CODY TURNER - 03/29/2017          Pages 62..65

Page 62

1    Q.  And Mr. Khottavongsa was on the ground at that
2  point; correct?
3    A.  Correct.
4    Q.  And so, from your perspective, he did not defy
5  that command; correct?
6    A.  Correct.
7    Q.  And then what -- what happened after that?
8    A.  I continued to order people onto the ground.
9    Q.  And did people start to comply?
10   A.  Eventually, yes.
11   Q.  Were some more compliant than others?
12   A.  Specifically, as I pointed my flashlight at
13  each person, then they complied.
14   Q.  Is pointing your flashlight a way to get
15  someone's attention in a crowd?
16   A.  Correct.
17   Q.  Who did you observe at the scene other than
18  Officer Salvosa and Mr. Khottavongsa?
19   A.  There was a group of people that were in the
20  area.
21   Q.  Do you recall how many people you observed?
22   A.  No.
23   Q.  Do you recall what they looked like?
24   A.  No.
25   Q.  You don't recall if they were actively

Page 63

1  fighting; correct?
2    A.  Yes.
3    Q.  Yes, you do recall?
4    A.  Yes.
5    Q.  Okay.  Were they actively fighting?
6    A.  When I was at Northway Drive and Xerxes, they
7  were actively fighting.
8    Q.  When you pulled into the parking lot, were
9  they actively fighting?
10   A.  No.
11   Q.  At any point after that point, did you see
12  anyone actively fighting?
13   A.  I don't recall.
14   Q.  Did you have any reason to believe that people
15  were still actively fighting?
16   A.  Yes.
17   Q.  What is that reason?
18   A.  There was a significant amount of people in
19  the parking lot in the area and we weren't sure if the
20  fight had splintered off and gone to different locations.
21   Q.  So at the time, you were suspicious that
22  fighting could still be occurring?
23   A.  That is correct.
24   Q.  But you don't recall, one way or another,
25  whether you witnessed any additional fighting?

Page 64

1    A.  Correct.
2    Q.  Okay.  What happened after that?
3    A.  More officers arrived on scene, and myself,
4  along with Officer Nordby, then returned our focus to
5  Mr. Khottavongsa.
6    Q.  Just you and Officer Nordby?
7    A.  From what I remember, yes.
8    Q.  What was Officer Salvosa doing?
9    A.  I believe still giving Khottavongsa commands.
10   Q.  So it was -- so was it you and Nordby and
11  Officer Salvosa?
12   A.  Yes.
13   Q.  Was anybody else there?
14   A.  Yes.
15   Q.  Who else was there?
16   A.  Officer Deering, Officer Josh Whittenburg, and
17  Sergeant Mike Coleman, and Cadet Jose Nochez.
18   Q.  Was Officer Deering giving commands to
19  Mr. Khottavongsa, as well?
20   A.  I'm not sure who she was giving commands to.
21   Q.  Okay.  And what did you observe
22  Mr. Khottavongsa doing?
23   A.  He was laying on the ground facing up and was
24  holding the crowbar up off the ground.
25   Q.  He was holding it up off the ground?

Page 65

1    A.  That is correct.
2    Q.  So his arms were extended?
3    A.  His right arm was still holding the crowbar,
4  and it was up holding the crowbar parallel with his body.
5    Q.  Was his arm lifted above the ground?
6    A.  I'm not sure what he was doing.
7    Q.  So the crowbar was laying on his chest?
8    A.  No.
9    Q.  Where was the crowbar?
10   A.  Up in the air.
11   Q.  It was in the air?  The entire time?
12   A.  I'm not sure if it was the entire time.
13   Q.  So just so we can kind of pinpoint, at some
14  point you go and remove the crowbar; right?
15   A.  Yes.
16   Q.  So prior to that moment but after you get out
17  of the car, did you -- so this crowbar -- holding the
18  crowbar in the air, was that more than -- was that more
19  than a split second?
20   A.  I have no idea on the timing.
21   Q.  I guess what I'm asking is, did you see it --
22  did you see it move, and at some point in the movement,
23  was it held in the air?
24     MR. HIVELEY:  I'm going to object.  I
25  don't understand the question.

CODY TURNER - 03/29/2017                    Pages 66..69

Page 66

1  BY MR. RISSMAN:
2      Q.  Well, did -- I guess was the point at which
3  you saw it held in the air, was that -- was that as part
4  of a continuous movement of the crowbar?
5      A.  Like, did the crowbar teleport to a different
6  position?  I don't under -- I guess I'm not following what
7  you're asking.
8      Q.  Yeah, so if I were to move the crowbar, if I
9  was laying down and I had the crowbar in my right hand and
10  I moved it all the way across my body --
11      A.  Uh-huh.
12      Q.  -- at some point in that movement, it would be
13  in the air; correct?
14      A.  Yes.
15      Q.  Okay.  So that's why I'm asking.
16          Was it part of some type of movement that it
17  was in the air, or was it held in the air for a continuous
18  amount of time?
19      A.  From what I recall, it would have been
20  continuous.
21      Q.  And it was -- was the crowbar pointing
22  straight up?
23      A.  No.
24      Q.  How was the crowbar pointing?
25      A.  Parallel with his body.

Page 67

1      Q.  But it was not resting on his chest?
2      A.  That is correct.
3      Q.  Was it a few inches above his chest?
4      A.  I didn't take a tape measure out at the time.
5      Q.  Approximately?  Was it approximately a few
6  inched above his chest?
7      A.  It was above his body, parallel with it.
8      Q.  You can't say, one way or another, what his
9  arms were doing?
10      A.  No, besides holding the crowbar.
11      Q.  Did you see him attempt to get up with the
12  crowbar?
13      A.  I'm sorry?
14      Q.  Did you see him, at that point in time,
15  attempt to get up with the crowbar?
16      A.  To get up with the crowbar?
17      Q.  Yes.
18      A.  Yes.
19      Q.  What made you think that?
20      A.  He sat up.
21      Q.  He sat up with the crowbar?
22      A.  I'm sorry, no.  When he had the crowbar, he
23  stayed laying down until I removed it, and then he sat up
24  afterwards.
25      Q.  So while he was holding the crowbar, you did

Page 68

1  not see him attempt to get up?
2      A.  Correct.
3      Q.  Prior to you removing the crowbar and prior to
4  you approaching Mr. Khottavongsa, did you view him at that
5  point as an immediate threat to your safety?
6      A.  We were far enough away, so his immediate
7  threat would be to the people on the ground.
8      Q.  And you believed that threat to the other
9  people to be immediate or potential?
10      A.  Immediate.
11      Q.  And you removed the crowbar from
12  Mr. Khottavongsa; correct?
13      A.  I did.
14      Q.  Okay.  And you clearly announced to the group
15  that you were going to go get it?
16      A.  Yes.
17      Q.  Did you -- did you believe that he was going
18  to hit you with the crowbar when you approached?
19      A.  Yes.
20      Q.  Why did you approach if you thought he was
21  going to hit you with it?
22      A.  At that time, he was not listening to commands
23  to drop it.
24      Q.  Could you have been injured if he swung it at
25  you?

Page 69

1      A.  Yes.
2      Q.  Is that consistent with your training to
3  remove a weapon from someone who you think is going to use
4  that weapon against you?
5      A.  No.
6      Q.  And you were under the cover of
7  Officer Nordby?
8      A.  I was.
9      Q.  And you had your firearm?
10      A.  I put it in the holster when I approached him.
11      Q.  You put it in the holster?
12      A.  From what I recall, yes.
13      Q.  But Officer Nordby had his firearm?
14      A.  Yes, I believe so.
15      Q.  And from what you -- from what you could tell,
16  were the probes still connected?
17      A.  I'm not sure.
18      Q.  You didn't see them disconnected?
19      A.  No.
20      Q.  So there's also the possibility that
21  Officer Salvosa could taser him again, if necessary?
22      A.  Yes.
23      Q.  And you removed the crowbar with one arm?
24      A.  Yes.
25      Q.  Did you find it difficult to remove the

CODY TURNER - 03/29/2017          Pages 70..73

Page 70

1  crowbar?
2      A.  I did.
3      Q.  Did you have to sort of tug more than once?
4      A.  I believe so, yes.
5      Q.  How many times?
6      A.  No idea.
7      Q.  Did you have to kind of twist your arm and
8  twist his arm?
9      A.  I'm not sure.
10      Q.  And what did you do with the crowbar once you
11  got it?
12      A.  I threw it over towards the officers that were
13  standing by the squad.
14      Q.  And I believe you said that you approached the
15  individual -- approached Mr. Khottavongsa because he was
16  not following your commands.
17      A.  He was not following Officer Salvosa's
18  commands.
19      Q.  Okay.  Did you also give him commands to drop
20  it?
21      A.  I don't remember.
22      Q.  And prior to removing the crowbar from him,
23  you determined that Mr. Khottavongsa did not understand
24  what the officers were saying to him?
25      A.  Yes.

Page 71

1      Q.  And what -- was the fact that -- strike the
2  question.
3          And did you believe he had been stunned by the
4  taser at that point?
5      A.  Did I believe he what?
6      Q.  Did you believe he had been stunned by the
7  taser and that was the reason why he wasn't listening to
8  commands?
9      A.  I believe he was intoxicated.
10      Q.  Intoxicated?
11      A.  Yes.
12      Q.  At that time you believed he did not
13  understand commands because he did not speak English;
14  correct?
15      A.  No.
16      Q.  You had no opinion as to whether he spoke
17  English or not?
18      A.  I did.
19      Q.  What was your opinion?
20      A.  I was not sure if he did or not.
21      Q.  You suspected that he did not speak English?
22      A.  Correct.
23      Q.  And you say to other officers, after the
24  incident, "That's why he wasn't listening to our commands.
25  I figured it was probably English-related.  That's why I

Page 72

1  figured, okay, he's going to be there all fucking night,
2  so I might as well go grab the goddamn thing while Al has
3  him on the probes."
4          Does that sound accurate to you?
5      A.  Yes.
6      Q.  And that's a description of why you went and
7  got the crowbar?
8      A.  Yes.
9      Q.  You also say later, "He didn't have a fucking
10  clue what we were saying," is that correct?
11      A.  Correct.
12      Q.  And that's a description of your observations
13  prior to removing the crowbar, correct?
14      A.  Correct.
15      Q.  What was the first thing you observed that
16  made you believe that he didn't understand your commands?
17      A.  I don't recall giving him commands.
18      Q.  What was the first thing you observed that
19  made you believe he did not understand other officers'
20  commands?
21      A.  He did not listen.
22      Q.  And do you recall a specific command that he
23  did not listen to?
24      A.  Yes.
25      Q.  What was that?

Page 73

1      A.  "Drop the crowbar."
2      Q.  And did you come to the conclusion that he did
3  not understand your commands immediately prior to
4  announcing to the officers that you were going to remove
5  the crowbar?
6      A.  Say it again.
7      Q.  Sure.  Did you come to the conclusion that he
8  did not understand your commands immediately prior to
9  announcing to the other officers that you were going to go
10  get the crowbar?
11      A.  Yes.
12      Q.  I'm going to show you the Turner video again.
13  I just want to pinpoint some timing here.  Starting Turner
14  Video, 21:16:35.
15          (Video playing.)
16  BY MR. RISSMAN:
17      Q.  Do you hear, at 21:16:52, Officer Salvosa say,
18  "Drop the crowbar"?
19      A.  I do.
20      Q.  Is that the command -- the first command you
21  heard Officer Salvosa give directly to Mr. Khottavongsa?
22      A.  I don't recall.
23      Q.  Would that have been the first time you
24  suspected he did not speak English?
25      A.  I don't recall if that would have been the

CODY TURNER - 03/29/2017          Pages 74..77

Page 74

1  timing or not.
2      Q.  Would it have been before that?
3      A.  I'm guessing no because I'd be focusing on
4  other people still.
5          (Video playing.)
6  BY MR. RISSMAN:
7      Q.  So 21:17:00/01 you're going to go up and grab
8  it?
9      A.  Uh-huh.  Yes.
10     Q.  So it would have been sometime in-between when
11 Officer Salvosa gave his first command to drop it and then
12 when you say you're going to go up and grab it that you
13 formed the opinion that he did not understand what you
14 were saying?
15     A.  Yes.
16     Q.  Was it when you heard repeat -- so in that
17 video clip we just heard, you heard repeated commands to
18 drop -- drop the crowbar; correct?
19     A.  Yes.
20     Q.  Wouldn't it have been when you heard repeated
21 commands that he did not follow when you started to
22 suspect that he did not understand you?
23     A.  At the time when I was hearing the repeated
24 commands, I wasn't sure if I had made the assumption that
25 it was based off language, but I knew that he wasn't

Page 75

1  listening.
2      Q.  You knew he wasn't listening, but you believe
3  he did not understand?
4      A.  At that time, I just knew he wasn't listening.
5  Later on, when I mentioned to my other officers that I
6  believed it was language-based, that opinion could have
7  formed afterwards, after I had time to process it.
8      Q.  But you knew -- but you had some reason to
9  believe that he did not understand you when you said, "I'm
10 going to go up and get the crowbar"?
11     A.  Not necessarily, no.
12     Q.  So the reason -- so -- okay.
13         So the reason that you got the crowbar was
14 just that he was not following commands; is that correct?
15     A.  Correct.
16     Q.  You had an opinion as to whether -- as to what
17 he understood at that time?
18     A.  Correct.
19     Q.  Pull up your police report.
20         Do you see the sentence about halfway down
21 through the report starting with, "The male refused to do
22 so."
23     A.  "After the male refused to do so."
24     Q.  Do you see that?
25     A.  Yes, "The male lying --" yep, I got it.

Page 76

1      Q.  Yep.  "The male refused to do so, despite the
2  shock from the taser.  After commanding the male several
3  more times to release the crowbar, I then determined that
4  he did not understand what I was saying at the time, and
5  as there were several more officers on scene at that time
6  giving good protective cover of all parties, I advised
7  them that I was going to remove the crowbar from his grip
8  while he lay on the sidewalk."
9          Do you see that?
10     A.  Yes.
11     Q.  Is that an accurate statement?
12     A.  Yes.
13     Q.  It was accurate when you made it; correct?
14     A.  Yes.
15     Q.  And is it accurate today?
16     A.  Yep.
17     Q.  Put that aside.  I'll play a portion of --
18 there's nothing really to see on the video.  I can show it
19 to you if you want but I'm going to play you a portion of
20 the audio.  That's all I have a question about.
21         (Video audio playing.)
22 BY MR. RISSMAN:
23     Q.  Do you recognize the sound of your own voice
24 there?
25     A.  Yes, I do.

Page 77

1      Q.  And who else -- who -- who are you talking to?
2      A.  I believe it's a group.  I'm not sure who's in
3  it.
4      Q.  You don't recognize the sound of the other
5  person talking?
6      A.  No.
7      Q.  Do you recognize it to be Officer Nordby?
8      A.  No.
9          MR. HIVELEY:  I'm sorry, I can't hear
10 you sometimes.
11 BY MR. RISSMAN:
12     Q.  Do you recognize that to be Officer Nordby?
13     A.  No.
14     Q.  Okay.  So when you say, "That's why he wasn't
15 listening to our commands, I figured it was probably
16 English-related.  That's why I figured, okay, he's going
17 to be there all fucking night, so I might as well grab the
18 goddamn thing while Al has the probes on."
19         You said that; correct?
20     A.  Yes.
21     Q.  And so, it's your testimony today that that
22 was not your conclusion at the time that your conclusion
23 was made -- that that was made over a -- the course of the
24 incident; is that correct?
25     A.  Correct.

CODY TURNER - 03/29/2017          Pages 78..81

Page 78

1    Q.  Okay.  And there's a reference to everyone
2  having their guns out in the clip I just played you?
3    A.  Yes.
4    Q.  And was there a – was there – is that
5  referencing when you went and removed the crowbar?
6    A.  Yes.
7    Q.  Was that referencing a different point in the
8  incident?  Was it referencing anything else, people
9  having – I'll strike the question.
10       The reference to people having their guns out?
11       MR. HIVELEY:  What about it?  Are you
12  asking a time question?
13  BY MR. RISSMAN:
14    Q.  Let me just – I – I'm – I'll – I'll back
15  up here.
16       So in the clip, that I just played you,
17  there's a reference to people having their guns out;
18  correct?
19    A.  Yes.
20    Q.  Okay.  That reference is to the point in time
21  at which you removed the crowbar; correct?
22    A.  Correct.
23    Q.  So – so is your testimony that it did not
24  occur to you in any way, shape, or form, that
25  Mr. Khottavongsa did not speak English when you removed

Page 79

1  the crowbar from him?
2    A.  I don't recall specifically besides the fact
3  that I needed to remove the crowbar.
4    Q.  So you can't say one way or the other what you
5  were thinking?
6    A.  Correct.
7    Q.  Does the statement I just played for you
8  refresh your memory as to what you were thinking?
9    A.  No.
10    Q.  Okay.  Playing Turner audio 9:34:57.
11       (Video audio playing.)
12  BY MR. RISSMAN:
13    Q.  Stopping at 21:35:25.
14       Are you the one that says, "He doesn't speak
15  English, that's why he was walking around 'eh'," something
16  like that?
17    A.  No.
18    Q.  Who – who do you believe said that?
19    A.  I have no idea.
20    Q.  I'm going to play the clip at 9:35:01.
21       (Video audio playing.)
22  BY MR. RISSMAN:
23    Q.  So the person that says he doesn't speak
24  English, that was not you?
25    A.  There's two people speaking right there; me

Page 80

1  saying, "He doesn't speak English."
2       That other sound is a different person.
3    Q.  The "eh" sound?
4    A.  Correct.
5    Q.  Do you know who that person is?
6    A.  No idea, but it's not my voice, and it sounds
7  like an "oh" more than a sound, like an understanding,
8  "oh," like "oh."  And you can compare me just doing that
9  to that sound and it's not me.
10    Q.  Let's play it again.  9:21:35.01.
11       (Video audio playing.)
12    A.  See, I'm still – I'm still talking through
13  that sound.
14  BY MR. RISSMAN:
15    Q.  You think someone else went "eh"?
16    A.  I'm not sure what they were saying.  It
17  sounded to me like an "oh" but it wasn't me saying it; I
18  was still talking.
19    Q.  You don't – it's your testimony that your
20  observation of that sound is – that it's someone
21  expressing their understanding of what you were saying?
22    A.  Correct.
23       (Video audio playing.)
24  BY MR. RISSMAN:
25    Q.  So I just played it from 21:35:12 to 21:35:15

Page 81

1  there's a voice that said, "He doesn't have a fucking clue
2  what we are saying."
3       Was that you?
4    A.  It was.
5    Q.  Do you believe you're speaking to
6  Sergeant Coleman at this time?
7    A.  I have no idea who I was speaking to.
8    Q.  You don't recognize any of the other voices
9  you heard?
10    A.  No.
11    Q.  And the statement:  "He doesn't have a fucking
12  clue what we were saying," doesn't refresh your memory as
13  to what you were thinking at the time when you removed the
14  crowbar; is that correct?
15    A.  Correct.
16    Q.  I believe you testified earlier that you
17  formed the opinion, at the time, prior to removing the
18  crowbar, that he was intoxicated; is that correct?
19    A.  I believed it was a possibility, yes.
20    Q.  A possibility?  Why did you believe it was a
21  possibility?
22    A.  We encounter an enormous amount of people on a
23  nightly basis, in Brooklyn Center, and a large portion of
24  them are under the influence.
25    Q.  A large portion of the people you encounter

CODY TURNER - 03/29/2017          Pages 82..85

Page 82

1  are under the influence?
2      A.  Correct.
3      Q.  You don't believe, at that time, that he was
4  stunned by the taser?
5      A.  No.
6      Q.  Did you assume that he had been stunned by the
7  taser at that time?
8      A.  You're probably going to have to clarify what
9  you mean by "stunned by" it.
10     Q.  Strike the question.
11         Can you take a look at Exhibit 2 -- your
12  statement?  You got it in front of you, Brooklyn Ctr 0048,
13  page 5 of 8.
14         Can you go to that page, please?  Second
15  question from the top: "When he did not release the
16  crowbar, what action did you take?"
17         Answer:  "I believe he had been ordered
18  several times to drop the crowbar.  Because he wasn't
19  following directions, I assumed that he had been stunned
20  by the taser and wasn't listening to the commands, or was
21  intoxicated and not understanding."
22         Do you see that?
23     A.  Yes.
24     Q.  Was that -- was that statement accurate when
25  you gave it?

Page 83

1      A.  Yes.
2      Q.  Is it accurate today?
3      A.  Yes.
4      Q.  Does that indicate to you that you believed
5  either he was stunned by the taser or he was intoxicated?
6      A.  Repeat the question?
7      Q.  Does this statement refresh your memory that
8  you assumed that he had either been stunned by the taser
9  or was intoxicated?
10     A.  Yes.
11     Q.  Do you understand what "stunned by the taser"
12  means in this sentence?
13     A.  I have my own opinion of it.  That's why I was
14  asking yours.
15     Q.  Is your opinion -- well, at this point in
16  time, there -- he was no longer being shocked by the
17  taser; correct?
18     A.  That is correct.
19     Q.  What would "stunned by the taser" mean to you?
20     A.  To me, it would mean disoriented.
21     Q.  Disoriented.  In your experience in taser
22  training and -- well, let me ask you, have you ever used a
23  taser on someone before?
24     A.  I have.
25     Q.  How many times?

Page 84

1      A.  I'm not sure how many times.
2      Q.  Like 100?
3      A.  No.
4      Q.  Ten?
5      A.  Approximately.
6      Q.  In your experience, are people disoriented
7  after being tasered?
8      A.  Typically, no.
9      Q.  Prior to removing the crowbar, did you see him
10  touch his head with his hand?
11     A.  No.
12     Q.  You don't believe that happened or you don't
13  recall?
14     A.  I never saw it.
15     Q.  I'll play for you the same clip starting at
16  Turner Video 21:16.31.
17         (Video playing.)
18
19  BY MR. RISSMAN:
20     Q.  Stopping at 21:17:05.
21         In the portion that we just viewed,
22  earlier you -- well, I'll start over here.
23         So you -- earlier, you talked about how he was
24  holding the crowbar in the air?
25     A.  Yes.

Page 85

1      Q.  In the clip that we just viewed, did you see
2  him holding the crowbar in the air?
3      A.  I can't see in the video.
4      Q.  So do you want me to play it again or did you
5  just -- the video doesn't have good enough -- not enough
6  resolution to be able to see it?
7      A.  Not enough resolution.
8      Q.  Okay.  Prior to removing the crowbar, did you
9  observe Mr. Khottavongsa's face?
10     A.  No.
11     Q.  You just looked -- were you focused only on
12  the crowbar?
13     A.  Correct.
14     Q.  Do you know if he was conscious?
15     A.  I believe he was, yes.
16     Q.  Why do you believe that?
17     A.  Because he was moving around.
18     Q.  Did you ever see him lose consciousness at
19  that point?
20     A.  No.
21     Q.  Prior to removing the crowbar, did you --
22  strike the question.
23         Did the combination of seeing him hit his head
24  and either being stunned or intoxicated make you think he
25  was injured?

CODY TURNER - 03/29/2017                    Pages 86..89

Page 86

1    A.  No.
2    Q.  Did your training related to fall -- did your
3  training, related to fall-related injuries from being
4  tasered, indicate to you that he might be injured?
5    A.  No.
6    Q.  Once you pull the crowbar from him, what did
7  you do with it?
8    A.  Threw it on the ground near another officer.
9    Q.  Did you see someone pick it up?
10    A.  No.
11    Q.  Was it still within reaching distance of
12  Mr. Khottavongsa at that point?
13    A.  No.
14    Q.  I believe you testified that you -- that
15  pulling the crowbar from Mr. Khottavongsa was difficult,
16  you said?
17    A.  No.
18    Q.  It was not difficult?
19    A.  I didn't say difficult.
20    Q.  What did you say?
21    A.  That he had a solid grip on it.
22    Q.  He had a solid grip on it?
23    A.  Yes.
24    Q.  But you did not have difficulty removing it
25  from him?

Page 87

1    A.  I'm not -- I don't recall.  I remember
2  removing it with my left hand and throwing it off to the
3  side.
4    Q.  And was that -- did you testify earlier that
5  you sort of had to pull more than once?
6    A.  I'm not sure if I gave it a number or not.
7    Q.  What do you recall?
8    A.  That I wasn't sure how many times I had to
9  pull.
10    Q.  That's your recollection of the event?
11    A.  Correct, and what was asked earlier.
12    Q.  After the crowbar was removed from
13  Mr. Khottavongsa, did you -- did you view him, at that
14  point, as an immediate threat to your safety?
15    A.  Yes.
16    Q.  Why is that?
17    A.  Because at that time, once the crowbar was
18  removed, myself, along with whoever was going to assist
19  me, was preparing to approach him in order to place
20  handcuffs on him and there's always a strong chance,
21  especially after someone's been tased, that they're going
22  to begin fighting again.
23    Q.  So there's a potential for that?
24    A.  Yes.
25    Q.  So would that make him a potential threat or

Page 88

1  an immediate threat?
2    A.  Immediate.
3    Q.  Did you know that he was going to do that?
4    A.  I unfortunately do not possess that type of
5  ability or power, so I have to assume that he will in
6  order to make sure that myself and my partners are safe.
7    Q.  So you're on the lookout for it?
8    A.  I'm not sure what "on the lookout" means.
9        MR. HIVELEY:  On what?
10  BY MR. RISSMAN:
11    Q.  You're on the lookout for it?  You're on the
12  lookout for him fighting you when you're trying to
13  handcuff him?  You're watching for it?
14    A.  I have prepared mentally for him to start
15  fighting with me when I attempt to put handcuffs on him.
16    Q.  Did he fight you?
17    A.  Yes.
18    Q.  How did he fight you?
19    A.  He did not want to roll over on to his stomach
20  and his arms were tense.
21    Q.  Was he violent with you?
22    A.  No, he did not try and strike us.
23    Q.  Did he kick you?
24    A.  I was up near his torso.
25    Q.  Sorry?

Page 89

1    A.  I was up here his torso.
2    Q.  Did you see him kick anybody else?
3    A.  I don't remember.
4    Q.  Did you see him swing his arms?
5    A.  No.
6    Q.  So his violence was tensing his arms and not
7  rolling over?
8    A.  His fighting.
9    Q.  Yeah, I'm sorry.  Fair enough.  I'll strike
10  the question.
11        The reason you say he was fighting you was
12  that he tensed his arms and did not roll over?
13    A.  Correct.
14    Q.  After the crowbar was removed from
15  Mr. Khottavongsa, what did you do next?
16    A.  Myself and Officer Nordby approached him up
17  near his torso area and tried to put him in handcuffs.
18    Q.  Was that right afterwards?
19    A.  Within a few seconds, I would imagine.
20    Q.  Did you do anything else in between removing
21  the crowbar and approaching him to put him in handcuffs?
22    A.  Not that I recall, no.
23    Q.  Starting Turner Video at 21:17 -- huh-huh.  Is
24  the brightness okay?
25    A.  Glare from the lights.

CODY TURNER - 03/29/2017                Pages 90..93

Page 90

1        (Video playing.)
2  BY MR. RISSMAN:
3      Q.  First of all, stopping at 21:17:06; can you
4  identify yourself in the video?
5      A.  How would you like me – you want me to point?
6      Q.  Yeah, that will be good.
7      A.  Okay, right here (pointing).
8      Q.  So you were the person that went and just
9  removed the crowbar; right?
10     A.  Yes.
11     Q.  Okay.
12        (Video playing.)
13  BY MR. RISSMAN:
14     Q.  Stopping at 21:17:37, are you to the far
15  right?
16     A.  Yeah.
17     Q.  And this is prior to you handcuffing
18  Mr. Khottavongsa?
19     A.  Yes.
20     Q.  What were you doing at that time?
21     A.  Assisting Officer Deering and putting him in
22  handcuffs or at least watching.
23     Q.  Is your flashlight out?
24     A.  Yes.
25     Q.  And so prior to walking to the sidewalk, you

Page 91

1  walk away from Mr. Khottavongsa; is that correct?
2      A.  Yes.
3      Q.  In the clip we just played, did you witness
4  Mr. Khottavongsa being tasered a second time?
5      A.  No.  I saw it on the clip.
6      Q.  Okay.
7      A.  I don't recall it when I was on scene.
8      Q.  Okay.  You saw it on the clip?
9      A.  Yes.
10     Q.  Did you – do you recall hearing the sound of
11  the taser cycling again?
12     A.  On the video or when I was there?
13     Q.  When you were there?
14     A.  I don't recall.
15     Q.  Does – did you hear it on the video?
16     A.  I did, yes.
17     Q.  Did hearing it on the video refresh your
18  recollection of Mr. Khottavongsa being tasered a second
19  time?
20     A.  No.
21     Q.  Immediately after he is tasered a second time,
22  did you inform Officer Salvosa and Nordby that you
23  believed he did not speak English?
24     A.  I – the drawer covered it.  What was it?
25     Q.  I believe my question was after

Page 92

1  Mr. Khottavongsa's tasered a second time, prior to you
2  arresting him or putting him into custody, did you inform
3  officers in Nordby and Salvosa that he did not speak
4  English, or your belief that he did not speak English?
5      A.  I do not recall.
6      Q.  This is at 21:17:37 you believe
7  Mr. Khottavongsa's been tasered a second time; is that
8  correct, on the video?
9      A.  Yes.
10        (Video playing.)
11  BY MR. RISSMAN:
12     Q.  Did you hear a voice say, "I don't think he
13  speaks English"?
14     A.  Yeah, that was me.
15     Q.  And prior to you saying that, Officer Salvosa
16  says, "Roll over on your stomach or you're going to get it
17  again."
18        Did you hear that in the video?
19     A.  I heard that in the video.
20     Q.  Do you recall that?
21     A.  No.
22     Q.  Do you recall, prior to him – do you recall,
23  at any point, after you removed the crowbar from
24  Mr. Khottavongsa, Officer Salvosa yelling, "Don't move or
25  you're going to get it" again?

Page 93

1      A.  No.
2      Q.  Do you recall why you told the Officer Salvosa
3  and Officer Nordby your belief as to Mr. Khottavongsa's
4  English ability?
5      A.  Do I recall why I said that?
6      Q.  Yes.
7      A.  No.
8      Q.  Were you concerned that Officer Salvosa was
9  going to taser Mr. Khottavongsa a third time?
10     A.  No.
11     Q.  You were not concerned?
12     A.  (Witness shaking head.)  No, I was not.
13     Q.  So you remember not being concerned?
14     A.  Correct.
15     Q.  Did the statement, "Roll over or you're going
16  to get it again," – does that indicate that he is
17  threatening to taser him again?
18     A.  I do not know what he was meaning by it.
19     Q.  How did you interpret it?
20     A.  By watching the video?  Because I didn't hear
21  it when I was there.
22     Q.  You did not hear that?
23     A.  Correct, as I answered before.
24     Q.  Well, I just want to make sure we're clear
25  here.

Page 94

1 You -- you recall not hearing it or you don't
2 remember hearing it?
3 A. I recall not hearing it.
4 Q. Did you think it was valuable information for
5 the officers to have that you thought he didn't speak
6 English?
7 A. It was the reason why I believed that he
8 wasn't going to be listening, so I voiced it in order to
9 go up and put him in handcuffs.
10 Q. And so, was it your view that just continuing
11 to give him commands wasn't going to do anything?
12 A. That is correct.
13 Q. Starting at 21:17:57.
14 (Video playing.)
15 BY MR. RISSMAN:
16 Q. Stop it there. So 21:18:14, after you hear --
17 after you say that "he doesn't speak English," did you
18 hear Officer Salvosa threaten to use the taser again?
19 A. On the video, yes.
20 Q. You heard him threaten to use the taser again
21 after you said he doesn't speak English?
22 A. Are you talking about when I was there or on
23 the video? You have to clarify because I watched video
24 and then you're asking me the question and there's two
25 different scenarios.

Page 95

1 Q. Watching the video just now, you hear yourself
2 inform Officer Salvosa that you don't believe he speaks
3 English; correct?
4 A. Yes.
5 Q. After you say that, did you hear -- sitting
6 here today, did you hear Officer Salvosa threaten to use
7 the taser again?
8 A. On the video, I heard Officer Salvosa advise
9 he was going to tase him again if he didn't comply.
10 Q. Was that before or after you told him he
11 wasn't going to speak English or you didn't think he spoke
12 English?
13 A. After.
14 Q. And was that -- what phrase did he use
15 informed you of that belief?
16 A. Whatever was on the video.
17 Q. Do you recall what he said?
18 A. No.
19 Q. Let just play it again so we're not confused.
20 So 21:17:57.
21 (Video playing.)
22 BY MR. RISSMAN:
23 Q. Stopping at 21:18:14.
24 Sitting here today, watching the video -- I'll
25 just tell you what I heard. I heard him say,

Page 96

1 Officer Salvosa say, "Roll over or you're going to get it
2 again."
3 You say, "He doesn't speak English."
4 And then Officer Salvosa says, "Roll over" a
5 couple of times.
6 Is that correct? Is that what you heard?
7 A. Yes.
8 Q. And so, sitting here today watching the video,
9 does that indicate to you that Officer Salvosa did not
10 threaten to use the taser again after you told him that
11 you didn't believe Mr. Khottavongsa speaks English?
12 MR. HIVELEY: I think the video speaks
13 for itself. Are you just asking him to confirm the audio
14 from the video?
15 MR. RISSMAN: No, I'm not. Well, I'll
16 ask it a different way.
17 MR. HIVELEY: I just want to make sure
18 he understands, if you're asking him to say what does the
19 video say or what did -- what did he hear?
20 BY MR. RISSMAN:
21 Q. Does sitting here today, hearing the video,
22 does Officer Salvosa merely saying, "Roll over" rather
23 than, "Roll over you're going to get it again," does the
24 phrase, "Roll over" does that -- does that indicate to you
25 that Officer Salvosa is threatening to use the taser

Page 97

1 again?
2 A. No.
3 Q. Do you recall, one way or the other, at the
4 time, not watching the video today, the order of how
5 things were said?
6 A. No.
7 Q. Do you believe, at the time, that your
8 statement that he did not speak English change Officer
9 Salvosa's behavior in any way?
10 A. I don't believe Officer Salvosa heard me say
11 it.
12 Q. You remember that at the time, that he didn't
13 hear you?
14 A. Watching the video now, I don't believe that
15 he heard me say it.
16 Q. So your basis for that belief is watching the
17 video?
18 A. Correct.
19 Q. Prior to walking away from Mr. Khottavongsa
20 when he is no longer holding the crowbar, did you believe
21 him to be an immediate threat to your safety or the safety
22 of others?
23 A. Yes.
24 Q. But he did walk away from you; correct?
25 A. Yep. Correct.

Page 98

1    Q.  Do you believe he was the same level of
2  threats with the crowbar and without the crowbar?
3    A.  No.
4    Q.  Prior to getting tasered, did you see him
5  start to get up at the time?
6    A.  Yes.
7    Q.  But you did not see him get tasered?
8    A.  I don't recall the tasering portion of it.  I
9  remember him leaning up.
10   Q.  Leaning up, okay.  And did any -- not just
11  seeing, but just sort of a combination of what was
12  happening, what you could hear and did -- did anything
13  indicate to you that he had been tasered at the time?
14   A.  Tased for the second time?
15   Q.  Uh-huh.
16   A.  Not that I'm aware of, no.
17   Q.  Did you see him fall back to the ground?
18   A.  I watched him lay back down, yes.
19   Q.  You thought he laid back down?
20   A.  Correct.
21   Q.  You don't think he fell back?
22   A.  Correct.
23   Q.  So was it -- was he slowly laying down?
24   A.  I watched him lay back down.
25   Q.  Was it slow?

Page 99

1    A.  I didn't have my radar on at the time.
2    Q.  Do you not know what the word slow means
3  without the use of a radar?
4    A.  I believe that's a relative term.
5    Q.  Well, relative to how he fell the first time,
6  how would you describe the second laying down on the
7  ground?
8    A.  Slower.
9    Q.  Do you recall hearing him yell or groan at the
10  time?
11   A.  No.
12   Q.  Did you see Officer Nordby approach
13  Mr. Khottavongsa when he started to sit up?
14   A.  I don't recall what he was doing when
15  Khottavongsa was sitting up.
16   Q.  Well, did you see anybody approach
17  Mr. Khottavongsa?
18   A.  I don't recall.
19   Q.  Did you do anything when you saw
20  Mr. Khottavongsa start -- I think you said -- was the
21  phrase you used, "Lean up"?
22   A.  Yes.
23   Q.  When you start -- when you saw him lean up,
24  did you do anything?
25   A.  Continued watching Officer Deering while he

Page 100

1  was handcuffing.
2    Q.  You took no action?
3    A.  I was busy assisting Officer Deering.
4    Q.  Did you believe other police officers could
5  handle it?
6    A.  Yes.
7    Q.  Did you believe the leaning or increased
8  threat level of Mr. Khottavongsa -- increased his threat
9  level?
10   A.  Yes.
11   Q.  Was it significantly?
12   A.  Yes.
13   Q.  I believe you testified earlier that you are
14  trained to document threats that you witness to other
15  officers or other civilians; is that correct?
16   A.  That is incorrect.
17   Q.  That is incorrect?  You are not trained to
18  document threats?
19   A.  We are trained to do an overall summary of the
20  things that we observe, but obviously each report's going
21  to not be a complete synopsis of the entire thing.
22   Q.  Are you supposed to document what you witness?
23   A.  A summary.
24   Q.  Did you document in your -- did you put in
25  your police report that you saw Mr. Khottavongsa leaning

Page 101

1  up?
2    A.  No.
3    Q.  Is that because you didn't believe it to be a
4  significant threat?
5    A.  No.
6    Q.  At that time did you believe that tasering him
7  was the only option available?
8    A.  In order to get him from standing up or keep
9  him from standing up?
10   Q.  Correct.
11   A.  Yes.
12   Q.  Is there any reason you could not have
13  communicated your belief to other officers that
14  Khottavongsa did not speak English prior to him being
15  tasered the second time?
16   A.  Say that again?
17   Q.  Is there any reason that you could not have
18  communicated your belief to the other officers that
19  Khottavongsa did not speak English prior to
20  Mr. Khottavongsa being tasered a second time?
21   A.  I guess I'm not understanding what you're
22  asking for.
23   Q.  You communicated your belief that he -- that
24  Mr. Khottavongsa did not speak English to other officers
25  after he was tasered a second time; correct?

CODY TURNER - 03/29/2017          Pages 102..105

Page 102

1    A. Yes.
2    Q. Is there any reason you could not have done
3 that earlier?
4    A. Yes.
5    Q. And what is that reason?
6    A. I was busy assisting Officer Deering.
7    Q. Prior to -- immediately after removing the
8 crowbar, were you busy assisting Officer Deering?
9    A. No.
10    Q. Is there any reason you could not have
11 communicated your belief that Mr. Khottavongsa did not
12 speak English immediately after removing the crowbar?
13    A. I'm not sure what I was thinking at the time.
14    Q. So sitting here today, you can't say one way
15 or another whether that would have been an available
16 option to you?
17    A. Correct.
18    Q. Did you have a duty to intervene to prevent
19 Officer Salvosa from tasering Mr. Khottavongsa a second
20 time?
21    A. No.
22    Q. And is that because you don't believe tasering
23 a second time was excessive force?
24    A. Correct.
25    Q. Should we take a lunch break?

Page 103

1       MR. HIVELEY: Sure.
2       (Whereupon, a recess was taken
3       from 11:45 a.m. to 12:34 p.m.)
4 BY MR. RISSMAN:
5    Q. Welcome back, Officer Turner. You understand
6 you're still under oath?
7    A. Yes.
8    Q. Okay. Earlier, you mentioned -- you testified
9 that you believed Mr. Khottavongsa to be intoxicated prior
10 to removing the crowbar, correct?
11    A. Yes.
12    Q. And one of the reasons, I believe you gave,
13 was that you come across a lot of people and a lot of
14 people are intoxicated; is that right?
15    A. Correct.
16    Q. Was there any other reason, other than just
17 that you come across a lot of intoxicated people?
18    A. No.
19    Q. After you removed the crowbar, and in the
20 course of taking Mr. Khottavongsa into custody, did -- did
21 you begin to believe, based on what you observed of him,
22 that he was intoxicated?
23    A. I'm not -- I don't recall.
24    Q. If you pull up Exhibit 2, Brooklyn Ctr 0049,
25 page 6 of 8.

Page 104

1       Actually, let me start on page 5 of 8. The
2 last question is -- well second-to-the-last question is:
3       "You said he was noncompliant. Did this
4 continue after being handcuffed and searched"?
5       Answer: "Yes, it did."
6       "Yes, in what way?"
7       Answer: "When Officer Nordby and I lifted him
8 up to his feet he refused to put his feet down and kept
9 them bent forcing us to carry him under his arm to the
10 squad car."
11       Question: "Did you observe anything else
12 unusual about this male"?
13       Answer: "He appeared to be under the
14 influence."
15       Do you see that?
16    A. Yes.
17    Q. Does that refresh your memory that you believe
18 he was under the influence?
19    A. It refreshes my memory that I advised the
20 sheriff's office that he appeared under the influence.
21    Q. You don't recall, at the time of the scene,
22 that he appeared to be under the influence?
23    A. I do not.
24    Q. Do you have any reason to doubt that when you
25 made this statement to the Hennepin County Sheriff's

Page 105

1 Office that you were telling the truth?
2    A. No.
3    Q. What training are you given -- how do you
4 handle people who you believe to be under the influence?
5 What training are you given?
6    A. There is no specific training for that.
7    Q. Does someone being under the influence give
8 rise to a concern for that person's safety?
9    A. I'm sorry?
10    Q. Well, if you observe someone under the
11 influence, are there instances where you would be
12 concerned for that person's safety?
13    A. Not necessarily, no.
14    Q. Are you trained to seek medical assistance for
15 people that you -- well, I suppose there's different
16 levels of being under the influence; correct?
17    A. Correct.
18    Q. If someone appears to be under the influence
19 or heavily intoxicated, are you trained to seek medical
20 assistance for that person?
21    A. No.
22    Q. Are you given any training whatsoever with
23 regard to seeking medical attention for people you believe
24 to be either intoxicated or under the influence?
25    A. No.

Page 106

1    Q.  Have you ever called an ambulance for someone
2 who was on drugs or very drunk?
3    A.  Yes.
4    Q.  Why did you do that?
5    A.  Because at the time they were not able to take
6 care of themselves and needed to go somewhere to sober up.
7    Q.  How did you know they weren't able to take
8 care of themselves?
9    A.  Usually constant complaints from other
10 citizens saying they were either begging from them or
11 walking out in front of cars.
12    Q.  Have you ever, in your time at
13 Brooklyn Center, encountered someone who was passed out
14 from drugs or alcohol?
15    A.  Yes.
16    Q.  Did you seek medical assistance for them?
17    A.  In some instances.
18    Q.  Why?
19    A.  I don't remember the specific circumstances.
20 I mean, there's been hundreds.
21    Q.  If someone is passed out from drugs or
22 alcohol, are you concerned that -- that without medical
23 assistance, they could die?
24    A.  No.
25    Q.  That they could be injured?

Page 107

1    A.  No.
2    Q.  So going back to the scene, I believe you say
3 you approached Mr. Khottavongsa with Officer Nordby; is
4 that correct?
5    A.  Yes.
6    Q.  And so, did you roll him over?
7    A.  Yes.
8    Q.  Did he assist you with that or did you have to
9 forcibly roll him over?
10    A.  Did Khottavongsa assist me?
11    Q.  Yes.
12    A.  I believe he was not compliant.
13    Q.  So did you have to use force to roll him over?
14    A.  We had to roll him over.
15    Q.  If someone is not compliant and you -- you
16 physically roll them over, do you consider that a use of
17 force?
18    A.  No.
19    Q.  Was he conscious at that point?
20    A.  Yes.
21    Q.  Did you place your hand on his neck or upper
22 back area and force him to the ground?
23    A.  No.
24    Q.  Or something similar?
25    A.  It's a pretty generic -- I guess I don't know

Page 108

1 what you mean -- don't know what you mean by "similar."
2    Q.  Okay.  And so after you rolled him over, what
3 did you do?
4    A.  Placed him in handcuffs.
5    Q.  What did you have to do to accomplish that?
6    A.  Place his hands behind his back and put him in
7 handcuffs.
8    Q.  Did you put your knee into his back?
9    A.  Most likely, yes.
10    Q.  After you handcuffed him, what did you do?
11    A.  I recall searching him to make sure he didn't
12 have any other weapons on him.
13    Q.  After he was handcuffed and searched, did you
14 deem him an immediate threat to your safety?
15    A.  No, significantly reduced at that time.
16    Q.  What -- did you think he was some sort of
17 threat?
18    A.  Yes.
19    Q.  Why is that?
20    A.  Still had the use of his legs.
21    Q.  After you hand -- still had the use of his
22 legs?
23         MR. HIVELEY:  What?  Was that a
24 question?
25         MR. RISSMAN:  I was just repeating it

Page 109

1 back.
2 BY MR. RISSMAN:
3    Q.  After that, do you -- do you tell him to
4 stand?
5    A.  Uh-huh.  Yes.
6    Q.  And did he stand?
7    A.  No.
8    Q.  And do you lift him off the ground?
9    A.  Yes.
10    Q.  And do you carry him to the car?
11    A.  Gave himself opportunities to put his legs
12 down, told him verbally put his legs down and walk, and he
13 didn't comply, so we had to carry him underneath his arms
14 to the squad.
15    Q.  And did his legs drag on the ground?
16    A.  I think partially, they were up off the ground
17 or dragging on the ground.  I don't remember, specifically
18 which one.
19    Q.  How do you know he had the use of his legs, if
20 he -- if his legs were dragging against the ground?  How
21 do you know if he had the use of his legs at this point?
22    A.  I don't understand the question.
23    Q.  Earlier you testified that he still had the
24 use of his legs?
25    A.  When he was laying on the ground after being

CODY TURNER - 03/29/2017          Pages 110..113

Page 110

1  handcuffed, yes.
2      Q.  Okay.  Do you think – is your observation –
3  your testimony that he still had the use of his legs –
4  did you think he still had the use of his legs after
5  dragging him?
6      A.  After we got him up off the ground and I told
7  him to put his legs down and he did not.  At that point I
8  figured he was not going to listen and put his legs down,
9  so we carried him to the squad car.
10     Q.  My question was:  Did you think he was able to
11 use his legs?
12     A.  When?
13     Q.  When you lifted him up off the ground and told
14 him to walk?
15     A.  Yes.
16     Q.  Did you assume, then, that he was just
17 resisting you?
18     A.  That is correct.
19     Q.  Why did you assume that?
20     A.  Because it's very frequent that, when someone
21 is being arrested and they don't want to go to jail or get
22 in trouble, that they do anything in their power to not
23 listen to very simple commands.
24     Q.  And so, does having to drag him to the car,
25 did that indicate to you that he was – was injured?

Page 111

1      A.  He was not dragged.
2      Q.  He was not dragged?
3      A.  Correct.
4      Q.  That's your testimony?
5      A.  Yes.
6      Q.  Okay.  At any other point, was he dragged?
7      A.  No.  Bringing him to the car?
8      Q.  Well, at any other point in the encounter?
9      A.  On the ground, no.
10     Q.  At any other point in the incident, did you
11 drag him?
12     A.  He was pulled out of the back of the squad
13 after we had determined he was not going to sit up under
14 his own power.
15     Q.  Do you define that as dragging?
16     A.  There's no other way to describe it.
17     Q.  Is that a yes?  Yes, you dragged him?
18     A.  I can't think of any other way to describe it.
19     Q.  So is the answer yes, that you dragged him, at
20 that point?
21     A.  We pulled him out of the squad, so no.  I'll
22 say we pulled him out of the squad.  At no point was he
23 dragged.
24     Q.  At some point in the encounter with
25 Mr. Khottavongsa you – the paramedics arrived?

Page 112

1      A.  Yes.
2      Q.  And did you interact with the paramedics?
3      A.  I did.
4      Q.  You did?
5      A.  Yes.
6      Q.  And did you describe to them
7  Mr. Khottavongsa's symptoms or injuries?
8      A.  I did.
9      Q.  I'm sorry, you said you did?
10     A.  Yes, I did.
11     Q.  I just didn't hear you.  I'm going to play
12 Turner at 21:28:20.
13         (Video audio playing.)
14 BY MR. RISSMAN:
15     Q.  I'm stopping the Turner audio at 21:28:31.
16         Do you recognize the sound of your voice on
17 the clip I just played?
18     A.  I do.
19     Q.  Do you say, "He's walking, talking fine.  This
20 guy we've had to drag him everywhere.  He pissed his
21 pants, he's got two probes in him and he hit his head on
22 the concrete."
23     A.  Was that me saying that?
24     Q.  Yes.
25     A.  Yes.

Page 113

1      Q.  And do you believe, at this time, you were
2  speaking to the paramedics?
3      A.  I'm not sure who I was talking to.
4      Q.  Okay.  Prior to that statement, do you say,
5  "Probably check his vitals to make sure he's not going to
6  croak out on us?"
7      A.  Yes.
8      Q.  Hindsight, not knowing what you know today, do
9  you think Mr. Khottavongsa was, by – by not walking, do
10 you think he was intentionally refusing to comply with
11 your commands?
12     A.  Yes.
13     Q.  Did you believe, at that time, that he
14 understood your commands?
15     A.  Yes.
16     Q.  Why did you think that?
17     A.  Because it's normal human behavior to put your
18 feet down if you're being held off the ground to stand up
19 so that you don't fall.
20     Q.  And so, with the knowledge that he had already
21 hit his head and that he had been tasered and that he
22 wasn't following his normal human behavior of putting your
23 feet down, at that point in time, you did not know that he
24 was injured?
25     A.  Correct.

CODY TURNER - 03/29/2017          Pages 114..117

Page 114

1      Q.   And you did not suspect that he was injured?
2      A.   No.
3      Q.   Did you have indication, in any way, that he
4   was injured?
5      A.   I did not.
6      Q.   Do you feel like if you had gotten better
7   training, you would have been able to recognize the
8   injury?
9      A.   If I went to school to be a doctor, possibly.
10     Q.   Anything short of medical school, do you
11  think -- would you have liked to have had better training
12  recognizing, as a first responder, people's potential
13  injuries at that time?
14     A.   No.
15     Q.   Okay.  And why was it necessary to drag him to
16  the car -- excuse me, to carry him to the car?
17     A.   Because he was under arrest.
18     Q.   Could you have let him stay on the curb in
19  handcuffs?  Was that a possibility?
20          I'll ask the question differently.  Would
21  it have -- would it have been consistent with your
22  training and police procedure to allow him to stay on the
23  cement slab in handcuffs?
24     A.   No.
25     Q.   If you look at your statement on page 5 of 8,

Page 115

1   Brooklyn Ctr 0048, third question from the bottom, "Was
2   his placement in the back of your squad car routine move
3   or were there other circumstances that led you to think
4   that he needed to be confined sooner?"
5          Answer:  "Because of his non-compliance, he
6   was placed in the back of the squad car sooner than
7   normal."
8          Do you see that?
9      A.   Yes.
10     Q.   So if he had been compliant, he would have --
11  you could have left him on the cement slab for some period
12  of time?
13     A.   It is possible, yes.
14     Q.   Do you think someone that doesn't understand
15  what you're saying is non-compliant?
16     A.   Depends what I'm asking them.
17     Q.   Okay.  And then -- so then, after that, you
18  brought him to the police car?
19     A.   Yes.
20     Q.   And that was your squad car?
21     A.   Yes.
22     Q.   Did you have trouble getting him into the
23  squad car?
24     A.   Yes, we did.
25     Q.   How so?

Page 116

1      A.   He wouldn't get in.
2      Q.   And you assumed, at that time, that was
3   because he was faking it?
4      A.   I never said anything about anybody faking.
5      Q.   You assumed he was intentionally not getting
6   in the police car?
7      A.   Correct.
8      Q.   And so were -- you and Officer Nordby were
9   both holding him up at that point?
10     A.   Yep.
11     Q.   And when you were in front of the police car
12  door, you were both holding him up; is that correct?
13     A.   Until Officer Nordby went over to the other
14  side of the car, yes.
15     Q.   So what did you do with him when
16  Officer Nordby went around the other side?
17     A.   Held him up as best I could.
18     Q.   Did you -- would you have used two hands or
19  one hand?
20     A.   I have no idea.
21     Q.   Okay.  Did you try to open the car door?  Did
22  you open the car door?
23     A.   I don't remember.
24     Q.   Turner video 21:18:48.
25          (Video playing.)

Page 117

1   BY MR. RISSMAN:
2      Q.   Stopping at 21:20:10.
3          So you see at the end of that clip
4   Officer Nordby comes around to one side, as you described;
5   right?
6      A.   Yes.
7      Q.   Okay.  And there was quite a bit of noise or
8   shuffling prior to that.
9          Can you explain what that noise was?
10     A.   No.
11     Q.   Was Mr. Khottavongsa pressed up against the
12  car?
13     A.   No.
14     Q.   What would you -- where would you have put
15  him?
16     A.   He would have been in between the door and the
17  seat.
18     Q.   Right, but prior to getting in the car, and
19  you said you had difficulty getting him in the car; is
20  that correct?
21     A.   With the door open, yes.
22     Q.   So the door was already open?
23     A.   Yes.
24     Q.   And then Officer Nordby went around?
25     A.   Correct.

CODY TURNER - 03/29/2017        Pages 118..121

Page 118

1    Q.  But you don't know what that noise was?
2    A.  What noise are you talking about?
3    Q.  So when the video we just heard, it's kind of
4  like sounds like somebody's rubbing up against the mic.
5       Did you hear that?
6    A.  Yes.
7    Q.  And can you tell me what that was?
8    A.  No.
9    Q.  Did you ever place him against the – against
10  the side of the car, Mr. Khottavongsa?
11    A.  No.
12    Q.  Okay.  Did you ever put him on the ground, at
13  that point?
14    A.  No.
15    Q.  So at some point, at all times, either you or
16  you and Mr. – Officer Nordby were holding him up; is that
17  correct?
18    A.  Yes.
19    Q.  And was his head slumped down?
20    A.  I don't recall.
21    Q.  Early in the clip I just played, did you hear
22  some moaning and groaning from Mr. Khottavongsa?
23    A.  I heard moaning and groaning.
24    Q.  Do you recall Mr. Khottavongsa moaning and
25  groaning?

Page 119

1    A.  No.
2    Q.  Do you believe that was not Mr. Khottavongsa
3  moaning and groaning?
4    A.  I'm not sure who it was.
5    Q.  Do you believe that moaning and groaning that
6  you heard is a sign – is a possible sign of an injury?
7    A.  I'm not a doctor, so I'm not sure.
8    Q.  In your first responder training, do you have
9  anything to indicate that that type of moaning and
10  groaning is the possible sign of an injury?
11    A.  No.
12    Q.  And so you laid him down in the seat
13  face-down; is that right, Mr. Khottavongsa, you laid
14  Mr. Khottavongsa on the seat face-down?
15    A.  I believe he was on his side.
16    Q.  Was that how you would lay somebody down who
17  you believe is intoxicated?
18    A.  Typically, if they're intoxicated and that was
19  the only thing that was occurring, they'd be still outside
20  waiting for an ambulance or would be left where they are.
21  They wouldn't be getting arrested and put in the back of a
22  car.  So if you're referring to an arrested intoxicated
23  person, yes.
24    Q.  Okay.  With respect to Mr. Khottavongsa, what
25  happened after that, that you witnessed?

Page 120

1    A.  He continued laying in the back of the squad
2  car and told him to sit up several times, he didn't want
3  to, so I noticed he had fallen down between the cage and
4  the seat partition, and so we decided to pull him out of
5  the car.
6    Q.  So did you tell him to sit up prior to him
7  falling in the wedge?
8    A.  I don't remember what the order was.
9    Q.  Did you tell him to sit up and then – and
10  then walk away or did you tell him to sit up and then take
11  him out at the scene?
12    A.  I believe it was – I told him to sit up, and
13  when he didn't we, soon after, pulled him out.
14    Q.  There was no delay between –
15    A.  I can't do them simultaneously, so it would
16  have been a delay, just a matter of how long, but I don't
17  know.
18    Q.  But you wouldn't have walked away and done
19  something else?
20    A.  I don't recall.
21    Q.  This is Turner starting in the same place we
22  left off; 21:20:10.
23       (Video playing.)
24  BY MR. RISSMAN:
25    Q.  Stopping at 21:21:47.

Page 121

1       Earlier you testified that you told him to sit
2  up several times; correct?
3    A.  I believe so, yes.
4    Q.  In the video clip I just played to you, did
5  you tell him to sit up several times?
6    A.  Not that I could hear.
7    Q.  You did say, "Hop out, come outside;" is that
8  correct?
9    A.  Something like that, yes.
10    Q.  And then you say, "Outside or we'll drag you,
11  it doesn't matter to me"?
12    A.  Correct.
13    Q.  And then you remove him from the police car?
14    A.  Yes.
15    Q.  And at the time, do you remember that – do
16  you remember him hitting his head on the car door on the
17  way to the ground?
18    A.  No.
19    Q.  Why did you believe it was necessary to remove
20  him from the car?
21    A.  Because he wasn't sitting up under his own
22  power.
23    Q.  What did that indicate to you?
24    A.  That he wasn't listening.
25    Q.  So the reason you removed him from the car is

CODY TURNER - 03/29/2017          Pages 122..125

Page 122

1  because he wasn't listening?
2      A.  Correct.
3      Q.  Why did you care if he was not sitting up
4  under his own power?
5      A.  I don't believe I said anything about my level
6  of care.
7      Q.  Well, I asked you earlier did you believe it
8  was necessary to remove him from the car because he wasn't
9  sitting up under his own power.
10         Why -- why did him not sitting up under his
11  own power -- why is that a problem for you, or was it at
12  the time?
13     A.  I'm sorry?
14     Q.  Why does him not sitting up under his own
15  power matter?
16     A.  Because he's not supposed to be laying down
17  between the -- on the floorboards of the squad car.
18     Q.  Why is that?
19     A.  Because that's not where people lay.
20     Q.  So you removing him from the car because he
21  wasn't sitting up under his own power had nothing to do
22  with your concern for Mr. Khottavongsa's safety; is that
23  correct?
24     A.  I didn't think that he was not -- there was no
25  threat to him from anybody else.  Is that what you're

Page 123

1  referring to; is somebody a danger to him?
2      Q.  Well, did his failure to sit up under his own
3  power indicate to you that Mr. Khottavongsa may be
4  injured?
5      A.  No.
6      Q.  Or that he was in need of medical attention?
7      A.  Yes.
8      Q.  Yes, it indicated to you he was in need of
9  medical attention?
10     A.  It indicated to me that he should be checked
11  out by a paramedic.
12     Q.  Why?
13     A.  Because he wasn't leaning up under his own
14  power.
15     Q.  So in your mind, there's a difference between
16  a medical condition and a potential injury?
17     A.  Yes.
18     Q.  What medical condition were you concerned
19  about?
20     A.  That he was intoxicated.
21     Q.  Were you concerned that he needed medical
22  attention because of his perceived intoxicated condition
23  prior to putting him in the police car?
24     A.  No.
25     Q.  How about at any point before that?

Page 124

1      A.  No.
2      Q.  At any point, do you recall Mr. Khottavongsa
3  moaning and groaning?
4      A.  From watching the video?
5      Q.  No, just what you recall at the time.
6      A.  No.
7      Q.  If you pull out your statement, Brooklyn Ctr
8  0049, 6 of 8.  Do you see the question almost to the
9  middle, "At some point did you notice any potential
10  medical problem the male may be having?"
11         Answer:  "Yes."
12         Question:  "What was that?"
13         Answer:  "After he had been placed in the back
14  after squad car I noticed that had he did not sit up under
15  his own power.  Since this was a concern, Officer Nordby
16  and I removed him from the car to better check his
17  welfare.  We placed him on the ground in recovery
18  position.  He continued to mumble and would not answer any
19  of our questions.  He was also moaning and groaning."
20         Do you see that?
21     A.  Yes.
22     Q.  Did you tell Hennepin County that, at some
23  point, you observed him moaning and groaning?
24     A.  Yes.
25     Q.  Does that refresh your memory as to

Page 125

1  Mr. Khottavongsa moaning and groaning?
2      A.  Vaguely, yeah.
3      Q.  Was the moaning and groaning, did it occur
4  while he was in the squad car?
5      A.  That, I don't recall.
6      Q.  You don't recall the timing?
7      A.  Correct.
8      Q.  At any point, did you notice that he had -- he
9  had wet himself?
10     A.  Yes.
11     Q.  When did you notice that?
12     A.  When we had pulled him out of the squad car
13  and placed him in the recovery position.
14     Q.  Did that indicate to you that he had a medical
15  condition?
16     A.  No.
17     Q.  How about being injured?
18     A.  No.
19     Q.  You just assumed that that was because he was
20  intoxicated?
21     A.  Yes.
22     Q.  At the point in time when you took him out of
23  the police car, was he conscious at that point?
24     A.  Yes.
25     Q.  Did he appear to you to be in pain?

CODY TURNER - 03/29/2017          Pages 126..129

Page 126

1    A. No.
2    Q. Did he seem to be in generally as good a
3 condition as he was in when you first observed him after
4 he was tasered?
5    A. About the same, yes.
6    Q. You understand that Mr. Khottavongsa later
7 passed away; correct?
8    A. Yes.
9    Q. Okay. In hindsight, and not – not from the
10 perspective of what you knew then, but what you now know,
11 would you have done anything differently?
12    A. As far as my response to the call, or whether
13 he was tased? I guess I don't understand what – where
14 you're talking from.
15    Q. Is there anything you would have done
16 differently with respect to Mr. Khottavongsa?
17         MR. HIVELEY: You mean with respect to
18 the whole incident?
19         MR. RISSMAN: Yes.
20         THE WITNESS: There's so many variables
21 in that, I have no idea where to start. Had I been the
22 first officer, had I lifth officer there? I guess I don't
23 understand where you're going with the question.
24 BY MR. RISSMAN:
25    Q. Well, just the – not – not a – the same

Page 127

1 role you were in, but just knowing that – I mean, you
2 know that you ultimately died; right?
3    A. You just asked that.
4    Q. And do you have any reason to doubt that it
5 was as a result of something that occurred at that
6 incident?
7    A. No.
8    Q. Knowing that, do you look back and say, well,
9 had I known that he was going to die, I would have done
10 something different?
11    A. No.
12    Q. Same part of your statement, on
13 Brooklyn Ctr 0049, the same question, middle of the page:
14         What was that, second sentence from – second
15 from the last sentence said, "He continued to mumble and
16 would not answer any of our questions."
17         What questions did you ask Mr. Khottavongsa?
18    A. I don't recall.
19    Q. Do you know if you asked any questions to him?
20    A. I do not.
21    Q. You testified earlier that he seemed
22 disoriented right after the first taser – after he was
23 tased the first time; is that correct?
24    A. Yes.
25    Q. Did that state of disorientation remain

Page 128

1 throughout your interaction with Mr. Khottavongsa?
2    A. No.
3    Q. He seemed less disoriented as the interaction
4 went along?
5    A. Yes.
6    Q. At what point was he less disoriented?
7    A. When he tried to sit up.
8    Q. And then after – after – and then you
9 understand that he was then tasered; correct?
10    A. He was tased again?
11    Q. Yes.
12    A. Yes.
13    Q. After that, did he – what was his level of
14 disorientation?
15    A. Normal. I mean, it was – there was no – I
16 didn't notice anything different.
17    Q. Was it the same level of disorientation that
18 you observed after the first fall?
19    A. I wasn't standing by him after he got tased
20 the second time so I don't recall. I was helping
21 Officer Deering.
22    Q. Right. But at any point in your interaction
23 with him, was his level of disorientation – well, let's
24 pinpoint the timing here.
25         So after he was tasered the second time, you

Page 129

1 and Officer Nordby interact with him and then you place
2 him in handcuffs and you take him to the squad car;
3 correct?
4    A. Yes.
5    Q. At that point in time, did his level of
6 disorientation, did it seem the same as when he was
7 tasered the – right after the first time?
8    A. Less.
9    Q. And how about when you pulled him out of the
10 squad car?
11    A. Same as when he went in.
12    Q. How about when the paramedics got there?
13    A. Same.
14    Q. Do you recall – well, is it – is it standard
15 procedure, when there's multiple officers on a scene, to
16 discuss what charges you think are appropriate for the
17 people involved?
18    A. Yeah.
19    Q. Do you recall doing that in this case?
20    A. I believe there was a conversation, but I'm
21 not sure what I said.
22    Q. Do you recall recommending a disorderly
23 conduct charge for Mr. Khottavongsa?
24    A. Yeah, vaguely.
25    Q. And I assume you have some training on knowing

CODY TURNER - 03/29/2017          Pages 130..133

Page 130

1  what facts – what the elements of any particular crime
2  you recommend charges for are?
3     A.  Yes.
4     Q.  What does disorderly conduct mean to you?
5     A.  It's a very, very broad charge description.
6     Q.  Is it a misdemeanor?
7     A.  Yes.
8     Q.  Is it significantly less serious than a
9  second-degree assault?
10    A.  It is.
11    Q.  Would you say it's less serious than
12  5th degree assault?
13    A.  Can be interchanged.
14    Q.  Do you recall who you had that discussion
15  with?
16    A.  No.
17    Q.  Do you think swinging a crowbar at someone
18  the, way you described Mr. Khottavongsa doing it, do you
19  think that's consistent with disorderly conduct?
20    A.  Absolutely not.
21    Q.  And ultimately, are you aware that he was
22  charged with disorderly conduct and obstruction of legal
23  process without force?
24    A.  I'm not sure what the county attorney or the
25  city attorney, I wasn't told.

Page 131

1     Q.  Well, I guess I should say, do you recall the
2  recommended charges from the Brooklyn Center police
3  department were disorderly conduct and obstruction of
4  legal process without force?
5     A.  Not the specifics.
6     Q.  Okay.  And is swinging a crowbar at someone,
7  the way that you described it, consistent with obstruction
8  of legal process without force?
9     A.  No.
10    Q.  Are you friends with Officer Salvosa?
11    A.  I work with him.
12    Q.  Do you – do you consider him a friend?
13    A.  He's one of my co-workers.
14    Q.  Do you have a good relationship?
15    A.  We work together good.
16    Q.  Do you have occasion to, you know, go out for
17  a meal or drink after work or something?
18    A.  No.
19    Q.  How about same question with Officer Nordby;
20  do you consider him a friend?
21    A.  Also a co-worker.
22    Q.  Do you have occasion to socialize with either
23  of them outside of work?
24    A.  Maybe on rare occasions.  Usually work events.
25    Q.  Work events together, like as a – you have

Page 132

1  your uniform on but someone else is – is that what you're
2  talking about, kind of like security or something?
3     A.  No.
4     Q.  What do you mean when you say "work events"?
5     A.  Events where all of the people from the police
6  department are there, like a Christmas party or something
7  like that.
8     Q.  Oh, okay.  Got you.  Oh, work – I got it.  I
9  thought you meant working events?
10    A.  No.
11    Q.  Okay.  I want to play you Turner – just the
12  audio, really – 21:35:36.
13         (Video audio playing.)
14  BY MR. RISSMAN:
15    Q.  Does that refresh your memory as to a
16  conversation you were a part of as to which charges might
17  be appropriate for Mr. Khottavongsa?
18    A.  None of those are me.
19    Q.  None of them were?
20    A.  No.
21    Q.  Who do you think was talking?
22    A.  Other officers that were on the scene.
23    Q.  Was that Sergeant Coleman?
24    A.  I'm not sure.
25    Q.  Officer Salvosa?

Page 133

1     A.  Some of the other officers on the scene.  It
2  could have been any of them.
3     Q.  The fact that I'm playing your audio, does
4  that indicate that you were in close proximity?
5     A.  No.
6     Q.  You could have been far away and we could have
7  captured that conversation?
8     A.  Correct.
9     Q.  Okay.  Turner 21:35:01.
10         (Video audio playing.)
11  BY MR. RISSMAN:
12    Q.  Did you hear one person say, "Yeah, well I
13  thought maybe disorderly" and another person say, "Yeah,
14  that's what I figured, too"?
15    A.  Yes.
16    Q.  Were you one of those people?  Did you
17  recognize the sound of your own voice?
18    A.  I heard my voice but I'm not sure what I said.
19    Q.  Okay.  Should I play it again?
20    A.  Sure.
21         (Video audio playing.)
22  BY MR. RISSMAN:
23    Q.  Feel free to correct me if I'm wrong.  It
24  seems like you're the one who says, "Yeah, that's what I
25  figured too"?

CODY TURNER - 03/29/2017          Pages 134..137

Page 134

1    A. No.
2    Q. You're the one who says, "Well, I thought
3  maybe disorderly"?
4    A. Yes.
5    Q. And that means disorderly conduct?
6    A. Yes.
7    Q. Okay. We're just going to play a number of
8  statements here, the audio, I'm just going to ask you if
9  you recognize your voice; okay?
10      (Video audio playing.)
11  BY MR. RISSMAN:
12    Q. Did you hear someone say, "He's trying to be
13  dramatic"?
14    A. I heard, "He's doing it on purpose" and, "Oh,
15  I'm sure."
16    Q. Did you hear -- did you hear yourself saying,
17  "I'm just -- did you hear yourself saying, "He's doing it
18  on purpose"?
19    A. Yes.
20      (Video audio playing.)
21  BY MR. RISSMAN:
22    Q. Did you hear someone say, "He's trying to be
23  dramatic" there?
24    A. Huh-huh. No.
25    Q. Okay. Did you hear someone say, "I don't

Page 135

1  believe him"?
2    A. No, I heard something like "sleep" or
3  something like that. I couldn't make out what it was. It
4  sounded like two conversations overlapping each other.
5      (Video audio playing.)
6  BY MR. RISSMAN:
7    Q. This was playing at 21:25:48 through 21:25:53.
8      Did you recognize the sound of your own voice
9  saying, "He's playing games, so I'm just going to check
10  him out just to CYA"?
11    A. Yes.
12    Q. "CYA" means cover your ass?
13    A. That is correct.
14    Q. Okay. Turner 21:28:12.
15      (Video audio playing.)
16  BY MR. RISSMAN:
17    Q. Turner 21:28:06.
18      (Video audio playing.)
19  BY MR. RISSMAN:
20    Q. Did you hear someone, kind of under their
21  voice, saying, "He's being a drama queen right now"?
22    A. No.
23      (Video audio playing.)
24  BY MR. RISSMAN:
25    Q. Did you hear someone saying, "He's being a

Page 136

1  drama queen right now"?
2    A. I did.
3    Q. Was that you?
4    A. I believe so.
5    Q. And then you -- is that also you that says,
6  "We got the crusties for paramedics"?
7    A. Yes.
8    Q. Is that a joke?
9    A. They were crabby.
10    Q. They were crabby?
11    A. Yes. Continue to play at 21:28:13.
12      (Video audio playing.)
13  BY MR. RISSMAN:
14    Q. Do you recognize the sound of your voice
15  saying, "He bonked his head on the concrete pretty good --
16  when he fell backwards"?
17    A. Yes.
18    Q. That you?
19    A. Yes.
20    Q. Okay. Turner 21:31:18.
21      (Video audio playing.)
22  BY MR. RISSMAN:
23    Q. Is that you or Officer Nordby?
24    A. I'm not sure.
25    Q. Was it you?

Page 137

1    A. I'm not sure. I'm not sure what that beep
2  sound is, either.
3    Q. Starting 21:31:16.
4      (Video audio playing.)
5  BY MR. RISSMAN:
6    Q. Was that you saying, "No Ingles, either"?
7    A. I couldn't tell what I was saying.
8    Q. 21:31:20. Maybe I'll try turning it down a
9  little bit, it will make it easier. Turner 21:31:20.
10      (Video audio playing.)
11  BY MR. RISSMAN:
12    Q. Did you hear someone say, "No Ingles, either"?
13    A. Yes.
14    Q. Was that you?
15    A. It sounded like it, yes.
16    Q. And "Ingles" would be Spanish for "English"?
17    A. Correct.
18    Q. Do you speak Spanish?
19    A. Small amounts.
20    Q. Were you referring to Mr. Khottavongsa there?
21    A. Yes.
22    Q. Turner 21:32:12.
23      (Video audio playing.)
24  BY MR. RISSMAN:
25    Q. Do you hear at the end of that say, "He's

Page 138

1  being dramatic"?

2      A.  It was me.  I'm saying, "He's playing, he's

3  being dramatic."

4      "He's playing, he's being dramatic."

5      And you were referring to Mr. Khottavongsa?

6      A.  Yes, I would imagine so.

7      Q.  Turner 21:32:24.

8          (Video audio playing.)

9  BY MR. RISSMAN:

10      Q.  Did you hear someone say, "Yeah, he's being

11  dramatic"?

12      A.  Yes.

13      Q.  Was that you?

14      A.  Yes.

15      Q.  And were you referring to Mr. Khottavongsa?

16      A.  Yes.

17          MR. HIVELEY:  Are you identifying times?

18  I didn't catch the last one.

19          MR. RISSMAN:  Did I not say the last

20  one?

21          MR. HIVELEY:  You maybe did.  I just

22  didn't catch it.

23          MR. RISSMAN:  "Yeah, he was being

24  dramatic" was at 21:32:28.  Thanks.

25  BY MR. RISSMAN:

Page 139

1      Q.  This one is Turner 21:34:09.

2          (Video audio playing.)

3  BY MR. RISSMAN:

4      Q.  Do you hear someone saying, "We would have

5  still been sitting there tasing him.  He's in pout mode

6  now where he's pretending like he's dying so"?

7      A.  I heard, "Pout mode" and, "Pretending that

8  he's dying."

9      Q.  The first part's a little hard to hear.  Let's

10  try it again.  Turner 21:34:07.

11          (Video audio playing.)

12  BY MR. RISSMAN:

13      Q.  Did you hear -- I'll ask you first, did you

14  hear, "We would have still been sitting there tasing him"?

15      A.  Yes.

16      Q.  Is that you?

17      A.  Yes, I believe so.

18      Q.  And then did you hear, "He's in pout mode now

19  where he's pretending like he's dying, so."

20          Did you hear that?

21      A.  Yes.

22      Q.  That was you?

23      A.  As I said before, yes.

24      Q.  Did I go over that one already?

25      A.  Yes.

Page 140

1      Q.  And you were referring to Mr. Khottavongsa?

2      A.  Yes.

3      Q.  I did attempt to take out the ones I already

4  went through.  All right.  This is Turner 21:38:15.

5          (Video audio playing.)

6  BY MR. RISSMAN:

7      Q.  In that one, I don't hear a complete sentence

8  but I hear something about "being lucky" and something

9  about "CPR" and something about "bullet holes."

10          Did you hear that?

11      A.  I heard "CPR."

12      Q.  Did you hear "bullet holes"?

13      A.  No.

14      Q.  Do you recall having a discussion with any

15  other officers about thinking Mr. Khottavongsa was lucky

16  that he didn't get shot?

17      A.  Yes.

18      Q.  And was that at the moment when you removed

19  the crowbar from him?  Is that what you're referring to

20      A.  No, when Officer Salvosa arrived on scene.

21      Q.  Okay.  Let's try -- let's try that bullet hole

22  one again, 21:38:15.

23          (Video audio playing.)

24  BY MR. RISSMAN:

25      Q.  Did you hear -- what did you hear there?

Page 141

1      A.  "CPR" again.

2      Q.  That's it?

3      A.  Yeah.

4      Q.  21:39:40.

5          (Video audio playing.)

6  BY MR. RISSMAN:

7      Q.  Did you hear someone saying, "No Ingles"

8  again?

9      A.  Yes.

10      Q.  And that would be you?

11      A.  Yes.

12      Q.  Would you be referring to Mr. Khottavongsa?

13      A.  Yes.

14      Q.  And from where we left off.  Playing 21:39:44.

15          (Video audio playing.)

16  BY MR. RISSMAN:

17      Q.  Did you hear another, "No Ingles"?

18      A.  Yes.

19      Q.  That would be you?

20      A.  Yes.

21      Q.  Same question:  You're referring to

22  Mr. Khottavongsa?

23      A.  Yes.

24      Q.  Do you remember assessing -- well, do you

25  remember interacting with any of the other individuals who

Page 142

1  were involved in the incident?
2      A.  Vaguely, but I didn't take any statements or
3  anything official from anybody else that I recall.
4      Q.  Do you remember the African-American male who
5  was at the scene when you arrived?
6      A.  There was several.
7      Q.  Well, the one that --
8      A.  Including myself.
9      Q.  Fair.  I meant --
10         MR. HIVELEY:  Do you remember yourself?
11  BY MR. RISSMAN:
12     Q.  You should go to law school.  The one that was
13  involved in the incidents --
14     A.  No.
15     Q.  -- who was taken into custody?
16     A.  (Witness shaking head.)
17     Q.  Okay.  Do you recall his injuries, in any way?
18     A.  I remember it being something with his eye, I
19  believe.
20     Q.  Okay.  Turner 9:40:07.
21         (Video audio playing.)
22  BY MR. RISSMAN:
23     Q.  Did you hear the sound of your own voice
24  there?
25     A.  Yes.

Page 143

1      Q.  And I believe you say, "I think this guy is
2  fine.  Yeah it should be this other dude, not this one.
3  This guy is a fucking mess.  The other dude, he's not
4  bleeding anymore.  It's from a punch in the face.  He's
5  only concerned about his girl not going to jail."
6         Does that sound accurate?
7      A.  I don't remember the mess part, but yeah,
8  everything else sounds right.
9      Q.  So you thought that guy had got punched in the
10  face?
11     A.  I think so.
12     Q.  And he seemed okay at that point?
13     A.  I didn't actually interact with him.  That was
14  the information that was relayed to me.
15     Q.  Okay.  Who relayed that information to you?
16     A.  I want to say Officer Whittenburg, I believe,
17  is the one that was with him at the time.
18     Q.  Playing the same clip, 9:40:09.
19         (Video audio playing.)
20  BY MR. RISSMAN:
21     Q.  After this, "Not this one."  I heard, "This
22  guy is a fucking mess."
23         Did you hear that?
24     A.  I did.
25     Q.  That was you?

Page 144

1      A.  Yes.
2      Q.  You're referring to Mr. Khottavongsa?
3      A.  I would imagine so.  By that time, I had
4  discovered that he had urinated himself.
5      Q.  That would indicate to you that "he's a
6  fucking mess"?
7      A.  Yes.
8      Q.  Is it against Brooklyn Center policy to use a
9  taser to punish someone?
10     A.  Yes.
11     Q.  Is it against Brooklyn Center policy to use
12  any kind of force to punish someone?
13     A.  Yes.
14     Q.  Okay.  Turner 9:41:31.
15         (Video audio playing.)
16  BY MR. RISSMAN:
17     Q.  Do you hear the sound of your own voice there?
18     A.  I did.
19     Q.  And did you hear a reference to "going to the
20  hospital" and then -- then you say, "You see him get hit
21  with a taser, he's got a pretty good punishment already"?
22  Is that correct?
23     A.  Correct.
24     Q.  And the person you're referring to getting a
25  pretty good punishment was Mr. Khottavongsa?

Page 145

1      A.  Correct.
2      Q.  Last one.  Turner 21:42:54.
3         (Video audio playing.)
4  BY MR. RISSMAN:
5      Q.  You know what?  That one's wrong.  Never mind.
6  Strike that part.
7         Did you receive any discipline as a result of
8  this incident?
9      A.  I did not.
10     Q.  Did you receive any type of reprimand?
11     A.  No.
12     Q.  Did you receive a reprimand for your use of
13  language?
14     A.  No.
15     Q.  Were you -- did any of your supervisors have
16  an informal discussion with you about your use of
17  language?
18     A.  No.
19     Q.  We took the deposition of Chief of Police
20  Gannon.
21         Did you know that?
22     A.  Yes.
23     Q.  He testified that he instructed -- I don't
24  remember who, but he instructed a commander to -- I don't
25  know if it was a reprimand or have a discussion with you

CODY TURNER - 03/29/2017          Pages 146..149

Page 146

1 about your use of language.
2      Did you know that?
3   A.  For me specifically?
4   A.  Yes.
5   A.  No.
6   Q.  So that never occurred?
7   A.  I don't remember it.
8   Q.  That's probably something you would remember;
9 right?
10  A.  I would imagine so.
11  Q.  Either in your police report or the statement
12 you gave to Hennepin County, did you mention anything
13 about Mr. Khottavongsa's English abilities?
14  A.  I'm sorry?
15  Q.  Did you mention -- did you mention, at any
16 point in your report or in your statement to Hennepin
17 County -- and feel free to look at them if you want --
18 regarding your belief or suspicion that Mr. Khottavongsa
19 did not speak English?
20  A.  Yes.
21  Q.  And they are in there?
22  A.  Yes.
23  Q.  Was it your statement or in your -- in your
24 police report?
25  A.  I believe statement, as we had discussed

Page 147

1 earlier.
2   Q.  Can you point me to that part of your
3 statement?
4      MR. HIVELEY:  I guess I'll object as
5 asked and answered.
6      THE WITNESS:  We specifically talked
7 about it.
8      MR. HIVELEY:  Do you honestly not
9 remember him talking about it?
10     MR. RISSMAN:  I recall talking about it.
11 I just don't recall --
12     MR. HIVELEY:  You asked him questions
13 from his statement about that. That's why we're -- are
14 you testing him or are you trying to remember?
15     MR. RISSMAN:  No, I just don't think we
16 went over specifically that -- well, maybe we did.  I
17 don't recall, but -- and so I apologize if this was asked
18 already, but I don't see a references to
19 Mr. Khottavongsa's lack of English or anything along those
20 lines.
21 BY MR. RISSMAN:
22  Q.  So my question is, did you say that in your
23 statement, that you, at some point, had a belief that
24 Mr. Khottavongsa did not speak English?
25  A.  Yes, page 5 of 8, second question, about four

Page 148

1 sentences down. "Not understanding."
2   Q.  "Not understanding." You just weren't
3 specific to the reason he was not understanding?
4   A.  And then again in my report, about
5 mid-sentence, "Determined that he did not understand what
6 I was saying at the time."
7   Q.  Okay.
8      MR. RISSMAN:  I don't have any further
9 questions.  Subject to any redirect.
10     MR. HIVELEY:  I have no questions.
11 We'll read and sign.
12     MR. RISSMAN:  Okay.
13     (The deposition of Cody Turner
14     concluded at approximately 1:56 p.m.)
15           * * * * *
16
17
18
19
20
21
22
23
24
25

Page 149

1           CERTIFICATE
2
3      I, Barbara J. Carey, a Registered Professional
Reporter and Notary Public for Anoka County, Minnesota
4 hereby certify that I reported the Deposition of Cody
Turner, on the 29th day of March, 2017, in Minneapolis,
5 Minnesota, and that the witness was by me first duly sworn
to tell the whole truth;
6
7      That the testimony was transcribed under my
direction and is a true record of the testimony of the
witness;
8
9      That I am not a relative or employee or
attorney or counsel of any of the parties or a relative or
employee of such attorney or counsel;
10
11     That I am not financially interested in the
action and have no contract with the parties, attorneys,
or persons with an interest in the action that affects or
12 has a substantial tendency to affect my impartiality;
13     That the right to read and sign the deposition
by the witness was not waived;
14
15     IN WITNESS WHEREOF, I have hereunto set my
hand this 10th day of April, 2017.
16
17
18      Barbara J. Carey
Registered Professional Reporter
19      Notary Public
20
21
22
23
24
25

Page 150

```
 1         - - - - - -
            E R R A T A
 2         - - - - - -
 3  PAGE  LINE  CHANGE
 4   ___  ___  _____
 5     REASON: _____
 6   ___  ___  _____
 7     REASON: _____
 8   ___  ___  _____
 9     REASON: _____
10   ___  ___  _____
11     REASON: _____
12   ___  ___  _____
13     REASON: _____
14   ___  ___  _____
15     REASON: _____
16   ___  ___  _____
17     REASON: _____
18   ___  ___  _____
19     REASON: _____
20   ___  ___  _____
21     REASON: _____
22   ___  ___  _____
23     REASON: _____
24
25
```

Page 151

```
 1        ACKNOWLEDGMENT OF DEPONENT
 2
 3        I,_____, do
 4  hereby certify that I have read the foregoing pages, and
 5  that the same is a correct transcription of the answers
 6  given by me to the questions therein propounded, except
 7  for the corrections or changes in form or substance, if
 8  any, noted in the attached Errata Sheet.
 9
10  _____
11  CODY TURNER              DATE
12
13
14
15  Subscribed and sworn to before me this
16  _____ day of _____, 20____.
17  My commission expires:_____
18
19  _____
         Notary Public
20
21
22
23
24
25
```

CODY TURNER - 03/29/2017                                    i1

**0**

**0**
  52:3
**0043**
  27:13
**0044**
  36:7
**0046**
  34:25
**0047**
  48:21 55:7
**0048**
  82:12 115:1
**0049**
  103:24 124:8 127:13
**0051**
  27:14,23
**03:12**
  22:15

**1**

**1**
  21:22,25 33:1 42:23
  54:14
**1/16/15**
  51:23
**10**
  31:19,20,22 40:14 46:11
**100**
  84:2
**10:19**
  56:2
**10:29**
  56:2
**112**
  53:6 56:9,10
**112.5**
  53:7
**112.5-foot**
  56:13
**11:45**
  103:3

**12:34**
  103:3
**15**
  8:25 10:22 13:20
**15-001018**
  51:25
**150**
  53:18,23
**15th**
  9:8
**16**
  14:10 21:4 39:3
**17**
  22:15
**170**
  9:13,14
**190**
  9:6
**1:56**
  148:14

**2**

**2**
  27:4,7 34:24 55:6,17
  82:11 103:24
**20**
  46:11
**200**
  10:4
**2015**
  8:25 14:10 21:4,9 22:15
  36:6 39:3 55:15
**2016**
  9:8 10:22 13:20
**21:16:15**
  59:1
**21:16:25**
  58:25
**21:16:31**
  84:16
**21:16:35**
  73:14
**21:16:52**
  73:17

**21:17**
  89:23
**21:17:00/01**
  74:7
**21:17:05**
  84:20
**21:17:06**
  90:3
**21:17:37**
  90:14 92:6
**21:17:57**
  94:13 95:20
**21:18:14**
  94:16 95:23
**21:18:48**
  116:24
**21:20:10**
  117:2 120:22
**21:21:47**
  120:25
**21:25:48**
  135:7
**21:25:53**
  135:7
**21:28:06**
  135:17
**21:28:12**
  135:14
**21:28:13**
  136:11
**21:28:20**
  112:12
**21:28:31**
  112:15
**21:31:16**
  137:3
**21:31:18**
  136:20
**21:31:20**
  137:8,9
**21:32:12**
  137:22
**21:32:24**
  138:7

**21:32:28**
  138:24
**21:34:07**
  139:10
**21:34:09**
  139:1
**21:35:01**
  133:9
**21:35:12**
  80:25
**21:35:15**
  80:25
**21:35:25**
  79:13
**21:35:36**
  132:12
**21:38:15**
  140:4,22
**21:39:40**
  141:4
**21:39:44**
  141:14
**21:42:54**
  145:2
**225**
  9:24
**29**
  9:1

**3**

**3**
  34:24 38:3,6
**31**
  8:24,25
**3:12**
  22:16
**3rd**
  36:5 55:15

**4**

**4**
  48:20 51:14,17 52:9 55:7

CODY TURNER - 03/29/2017                    i2

**5**

**5**
52:5,8 56:4 82:13 104:1
147:25

**50**
52:3,11,22

**5th**
130:12

**6**

**6**
103:25 124:8

**6-3**
9:4

**6005**
21:25

**6007**
21:25

**6:00**
29:13

**7**

**75**
52:11,23

**75-foot**
56:15

**8**

**8**
27:22 34:24 55:7 82:13
103:25 104:1 114:25
124:8 147:25

**9**

**9:16:30**
59:22

**9:16:31**
59:9,23

**9:16:36**
59:4

**9:21:16:30**
59:18

**9:21:35:01**
80:10

**9:34:57**
79:10

**9:35:01**
79:20

**9:40:07**
142:20

**9:40:09**
143:18

**9:41:31**
144:14

**A**

**a.m.**
29:13 56:2 103:3

**abilities**
146:13

**ability**
15:15 88:5 93:4

**able**
57:5 85:6 106:5,7 110:10
114:7

**Absolutely**
130:20

**accomplish**
108:5

**accuracy**
52:19

**accurate**
22:8 25:20 26:14 28:10
33:21 36:15,17 49:11
50:13,22,24 72:4 76:11,
13,15 82:24 83:2 143:6

**accurately**
24:24 59:5

**action**
82:16 100:2

**actions**
24:14 25:1

**activated**
49:2

**actively**
62:25 63:5,7,9,12,15

**add**
28:22,24

**additional**
63:25

**address**
51:24

**administered**
5:5

**adopted**
10:14

**advise**
43:18 95:8

**advised**
43:23 44:8 76:6 104:19

**African-american**
142:4

**Age**
15:14

**aggressor**
61:11

**aggressors**
61:7

**ago**
7:15 10:20

**agree**
24:23 25:3 28:19 33:23
36:25 61:20

**air**
34:15,16 35:11 40:24
47:6 65:10,11,18,23
66:3,13,17 84:24 85:2

**AI**
72:2 77:18

**alcohol**
106:14,22

**Alexandria**
12:9

**allow**
114:22

**altered**
19:22

**ambulance**
106:1 119:20

**amend**
25:22

**amendment**
25:23,24

**amount**
66:18 81:22

**amounts**
137:19

**angle**
41:3 42:11

**announced**
68:14

**announcing**
73:4,9

**answer**
6:18 7:1,3 28:1,16,22
35:6 49:21,23 50:6,8
82:17 104:5,7,13 111:19
115:5 124:11,13,18
127:16

**answered**
49:18 93:23 147:5

**answering**
19:25

**answers**
6:20

**anybody**
6:4 23:23 25:11 31:8
32:22 33:19 41:11 47:2
60:16 64:13 89:2 99:16
116:4 122:25 142:3

**anymore**
143:4

**apologize**
147:17

**appear**
22:8 39:10 41:15 59:5
125:25

**appeared**
30:24 33:14 35:8 39:16
104:13,20,22

**appears**
38:8 105:18

**applications**
17:20,24

approach
11:10,16,21 30:14 52:12
59:6 68:20 87:19 99:12,
16

approached
30:20 33:6 44:11 68:18
69:10 70:14,15 89:16
107:3

approaches
11:22

approaching
12:3 51:1 68:4 89:21

appropriate
129:16 132:17

approximate
39:6 52:1,20

approximately
7:15 10:20 12:16 27:3
36:9, 38:11 48:4 52:21
59:24 84:5 148:14

April
21:9

area
38:16 61:9 62:20 63:19
89:17 107:22

arguing
33:12 34:11

arm
41:3,8 48:7 65:3,5 69:23
70:7,8 104:9

armed
30:1

arms
31:2,4,13 32:19,22 33:20
65:2 67:9 88:20 89:4,6,
12 109:13

arrest
114:17

arrested
119:21,22

arresting
92:2

arrived
33:3,5 48:23,25 64:3
111:25 140:20 142:5

arriving

35:6

arts
10:8

Asian
33:13 54:20

aside
26:20 29:8 39:12 76:17

asked
87:11 122:7 127:3,19
147:5,12,17

asking
18:13 65:21 66:7,15
78:12 83:14 94:24 96:13,
18 101:22 115:16

ass
135:12

assault
130:9,12

assessing
141:24

assimilated
24:25

assist
87:18 107:8,10

assistance
105:14,20 106:16,23

assisting
90:21 100:3 102:6,8

assume
7:3 26:11 28:10 49:13
82:6 88:5 110:16,19
129:25

assumed
82:19 83:8 116:2,5
125:19

assumption
74:24

attempt
43:2 67:11,15 68:1 88:15
140:3

attend
20:24 21:8,11

attention
62:15 105:23 123:6,9,22

attorney

5:18 7:7 130:24,25

audio
76:20,21 79:10,11,21
80:11,23 112:13,15
132:12,13 133:3,10,21
134:8,10,20 135:5,15,18,
23 136:12,21 137:4,10,
23 138:8 139:2,11 140:5,
23 141:5,15 142:21
143:19 144:15 145:3

available
11:22 101:7 102:15

avoided
37:11

aware
98:16 130:21

awkward
58:23

awning
39:21

_____

**B**

back
11:21 18:25 37:24 45:1
50:10 52:24,25 56:22
57:1,2,9,14,16,24 78:14
98:17,18,19,21,24 103:5
107:2,22 108:6,8 109:1
111:12 115:2,6 119:21
120:1 124:13 127:8

Backing
61:15

backwards
50:11 61:17 136:16

ballpark
10:3

bar
37:7

based
74:25 103:21

basic
9:19 10:15 11:3

basically
10:15 11:5

basis
81:23 97:16

bat
30:2 44:7,9

bat-type
34:15,19

Bates
22:2

baton
11:24

beep
137:1

began
49:9 54:18

begging
106:10

behavior
97:9 113:17,22

belief
92:4 93:3 95:15 97:16
101:13,18,23 102:11
146:18 147:23

believe
7:13 8:22 16:17,24 19:16
21:10,13,19 23:10 24:5,7
26:17 27:18 29:2,4
35:21,24 36:2 38:21 39:5
41:17,20 42:14,17 43:5,8
47:22 48:5 50:19 51:21
53:25 55:14 58:19 61:10,
13 63:14 64:9 68:17
69:14 70:4,14 71:3,5,6,9
72:16,19 75:2,9 77:2
79:18 81:5,16,20 82:3,17
84:12 85:15,16 86:14
91:25 92:6 95:2 96:11
97:7,10,14,20 98:1
100:4,7,13 101:3,6
102:22 103:12,21 104:17
105:4,23 107:2,12 113:1,
13 119:2,5,15,17 120:12
121:3,19 122:5,7 129:20
135:1 136:4 139:17
142:19 143:1,16 146:25

believed
68:8 71:12 75:6 81:19
83:4 91:23 94:7 103:9

bench
9:19,21

bent
104:9

**best**
6:15 28:7 116:17

**better**
6:21 114:6,11 124:16

**bit**
6:12 55:20 117:7 137:9

**bleeding**
143:4

**body**
15:14 18:5,7 37:16,19,21
48:5 50:9 65:4 66:10,25
67:7

**bonked**
61:20 136:15

**bottom**
35:2 51:22 115:1

**break**
6:24 7:1 55:21,22 102:25

**briefing**
23:6

**brightness**
89:24

**Bringing**
111:7

**broad**
130:5

**Brooklyn**
12:12 14:21 21:25 22:4
27:13,14,23 34:25 36:7
48:21 55:7 81:23 82:12
103:24 106:13 115:1
124:7 127:13 131:2
144:8,11

**brought**
115:18

**building**
23:20

**bullet**
140:9,12,21

**bus**
38:15

**businesses**
39:18

**busy**
100:3 102:6,8

**C**

**C-o-d-y**
5:16

**Cadet**
64:17

**cage**
120:3

**call**
23:11 29:19 39:21
126:12

**called**
5:10 106:1

**callers**
30:7

**calling**
30:4

**cam**
58:19,25

**can't**
39:7 48:9 67:8 77:9 79:4
85:3 102:14 111:18
120:15

**capacity**
20:22

**capture**
38:11

**captured**
133:7

**car**
33:6,9 44:11 49:8,13,17,
23 50:15 51:3,6,12 56:5
60:14 65:17 109:10
110:9,24 111:7 114:16
115:2,6,18,20,23 116:6,
11,14,21,22 117:12,18,
19 118:10 119:22 120:2,
5 121:13,16,20,25 122:8,
17,20 123:23 124:14,16
125:4,12,23 129:2,10

**cardboard**
17:11

**care**
106:6,8 122:3,6

**carried**
110:9

**carry**
104:9 109:10,13 114:16

**cars**
106:11

**case**
5:19 8:11 21:20 26:11,
51:24 129:19

**cases**
25:11

**catch**
138:18,22

**catchall**
28:20

**category**
10:15

**cement**
40:1,4,6 41:23 45:24
50:12 114:23 115:11

**Center**
12:12 14:21 81:23
106:13 131:2 144:8,11

**certain**
33:16 42:25 43:8

**chance**
6:13 27:19 87:20

**change**
11:15 97:8

**chaotic**
30:5

**charge**
129:23 130:5

**charged**
130:22

**charges**
129:16 131:2 132:16

**check**
113:5 124:16 135:9

**checked**
123:10

**chest**
65:7 67:1,3,6

**Chief**
145:19

**choose**
12:5

**Christmas**
132:6

**circumstances**
106:19 115:3

**citizens**
106:10

**city**
130:25

**civilians**
100:15

**clarify**
82:8 94:23

**clear**
93:24

**clearly**
68:14

**climate**
15:14

**clip**
58:22 59:6 74:17 78:2,16
79:20 84:15 85:1 91:3,5,
8 112:17 117:3 118:21
121:4 143:18

**clockwise**
56:24

**close**
31:1 37:18 42:8 133:4

**closer**
46:4 53:23 56:13

**clue**
72:10 81:1,12

**co-worker**
131:21

**co-workers**
131:13

**Cody**
5:9,16 148:13

**coin**
30:24 31:11 32:1,7,11,
16,21 33:12 35:7 38:16,
24 39:19 46:1,4 49:1
52:14

**Coleman**
13:23,25 14:14,16 23:10
64:17 81:6 132:23

college
12:7 13:8

combat
10:5,6

combination
85:23 98:11

come
23:18 30:15 58:23 73:2,7
103:13,17 121:7

comes
46:1 117:4

coming
11:8

command
20:19 60:18,21 62:5
72:22 73:20 74:11

commander
14:15,17 145:24

commanding
76:2

commands
49:24 64:9,18,20 68:22
70:16,18,19 71:8,13,24
72:16,17,20 73:3,8
74:17,21,24 75:14 77:15
82:20 94:11 110:23
113:11,14

commonly
18:5

communicated
101:13,18,23 102:11

compare
80:8

Competency
21:8

complaints
106:9

complete
100:21 140:7

completely
51:7 57:2,10

compliant
62:11 107:12,15 115:10

complied
62:13

comply
60:21 95:9 109:13
113:10

conceal
25:4

concern
105:8 122:22 124:15

concerned
93:8,11,13 105:12
106:22 123:18,21 143:5

concluded
148:14

conclusion
73:2,7 77:22

concrete
61:21 112:22 136:15

condition
123:16,18,22 125:15
126:3

conduct
129:23 130:4,19,22
131:3 134:5

confined
115:4

confirm
96:13

Conflict
21:9

confused
95:19

connected
69:16

conscious
85:14 107:19 125:23

consciousness
85:18

consider
12:2 15:9,21,24 16:2,11
18:24 19:1 107:16
131:12,20

consideration
17:5

consist
10:13 17:9

consistent

69:2 114:21 130:19
131:7

constant
106:9

contact
41:15 54:20

continue
104:4 136:11

continued
62:8 99:25 120:1 124:18
127:15

continuing
94:10

continuous
66:4,17,20

conversation
6:11 129:20 132:16
133:7

conversations
135:4

copy
7:25 8:3 22:9

core
9:19

corner
52:12 53:17

correct
15:22 16:1,4 17:19 19:6,
8 22:12,13,17,18 24:16,
22 25:2,7 27:25 28:7,23,
24,25 30:11 32:3 33:25
34:3,6,15,22 35:15 36:20
37:6 38:13 44:19 45:4,5,
7 47:8 50:21 51:13 52:21
54:3,21,23,24 55:2,10,13
58:18 60:2 61:16,24,25
62:2,3,5,6,16 63:1,23
65:1 66:13 68:2,12
71:14,22 72:10,11,13,14
74:18 75:14,15,18 76:13
77:19,24,25 78:18,21,22
79:6 80:4,22 81:14,15,18
82:2 83:17,18 85:13
87:11 89:13 91:1 92:8
93:14,23 94:12 95:3 96:6
97:18,24,25 98:20,22
100:15 101:10,25
102:17,24 103:10,15
105:16,17 107:4 110:18

111:3 113:25 116:7,12
117:20,25 118:17 121:2,
8,12 122:2,23 126:7
127:23 128:9 129:3
133:8,23 135:13 137:17
144:22,23 145:1

correction
26:7

couldn't
40:16 135:3 137:7

counsel
5:24 6:17

county
26:23 51:21,24 104:25
124:22 130:24 146:12,17

couple
6:8 96:5

course
7:11 77:23 103:20

court
5:5 6:9,21

cover
76:6 135:12

covered
91:24

CPR
140:9,11 141:1

crabby
136:9,10

created
51:20

crime
130:1

Crimes
13:17

critical
23:9

croak
113:6

cross
53:19

crossed
44:16

crow
37:7

**crowbar**
37:13,15 45:16 47:1,5,
10,20 54:1,22 55:11 61:7
64:24 65:3,4,7,9,14,17,
18 66:4,5,8,9,21,24
67:10,12,15,16,21,22,25
68:3,11,18 69:23 70:1,
10,22 72:7,13 73:1,5,10,
74:18 75:10,13 76:3,7
78:5,21 79:1,3 81:14,18
82:16,18 84:9,24 85:2,8,
12,21 86:6,15 87:12,17
89:14,21 90:9 92:23
97:20 98:2 102:8,12
103:10,19 130:17 131:6
140:19

**crowd**
62:15

**crusties**
136:6

**Ctr**
21:25 22:4 27:13,14,23
34:25 36:7 48:21 55:7
82:12 103:24 115:1
124:7 127:13

**Cultural**
21:8

**curb**
114:18

**current**
13:25

**currently**
12:12 13:13

**custody**
92:2 103:20 142:15

**CYA**
135:10,12

**cycled**
50:11

**cycling**
91:11

--------- D ---------

**daily**
9:15

**danger**
123:1

**dangerous**
34:10 36:25

**dark**
38:13

**dash**
58:19,25

**date**
21:2

**day**
6:15 22:3

**days**
27:1

**daytime**
38:8

**dazed**
20:4

**Dead**
37:10

**death**
18:17 51:22

**decent**
18:9

**decided**
120:4

**decision**
11:20

**deem**
108:14

**Deering**
13:18 64:16,18 90:21
99:25 100:3 102:6,8
128:21

**Deering's**
8:22

**defensive**
11:3

**define**
111:15

**defy**
62:4

**degree**
12:7 13:10 130:12

**delay**
120:14,16

**department**
12:21 13:7 23:19 131:3
132:6

**depend**
11:10,14 16:6

**depending**
11:19 19:3

**depends**
15:19 16:9,10 25:18
42:22 115:16

**deploy**
50:4 54:19

**deploying**
51:3

**deployment**
17:10

**deposition**
7:6,19 14:25 145:19
148:13

**depositions**
8:11

**describe**
11:4 42:1,9 44:13 59:5,6
60:8 99:6 111:16,18
112:6

**described**
36:13 37:25 43:6 117:4
130:18 131:7

**describes**
43:6

**description**
72:6,12 130:5

**despite**
76:1

**details**
28:24

**determine**
15:9

**determined**
70:23 76:3 111:13 148:5

**determining**
16:3

**device**
17:21 49:2

**diagonal**

**45:8**

**diagram**
52:8

**didn't**
21:6 28:20 58:17 61:6
67:4 69:18 72:9,16 86:19
93:20 94:5 95:9, 96:11
97:12 99:1 101:3 108:11
109:13 112:11 120:2,13
122:24 128:16 138:18,22
140:16 142:2 143:13

**die**
106:23 127:9

**died**
127:2

**difference**
123:15

**different**
16:5 57:4 63:20 66:5
78:7 80:2 94:25 96:16
105:15 127:10 128:16

**differently**
36:12,19,22 114:20
126:11,16

**difficult**
21:16 69:25 86:15,18,19

**difficulty**
86:24 117:19

**diminished**
20:22

**direct**
14:16

**direction**
30:14 54:10 57:4,24

**directions**
50:1 82:19

**directly**
32:20,23 45:3,20 49:1
73:21

**discipline**
145:7

**disconnected**
69:18

**discovered**
144:4

**discuss**
129:16

**discussed**
146:25

**discussion**
140:14 145:16,25

**disorderly**
129:22 130:4,19,22
131:3 133:13 134:3,5

**disorientation**
127:25 128:14,17,23
129:6

**disoriented**
83:20,21 84:6 127:22
128:3,6

**dispatch**
29:24 30:10 43:23 44:5,8

**distance**
86:11

**distort**
25:4

**division**
13:14,16,21

**doctor**
114:9 119:7

**document**
22:6 27:8,10 34:2 51:18,
20 100:14,18,22,24

**documents**
7:18,21,24 22:3

**dodge**
41:18

**doesn't**
79:14,23 81:1,11,12 85:5
94:17,21 96:3 115:14
121:11

**doing**
41:4 43:12 64:8,22 65:6
67:9 80:8 90:20 99:14
129:19 130:18 134:14,17

**don't**
6:10 7:2 14:7,17 17:18
18:23 21:12,14 22:23
23:17,22,25 25:16 31:18,
24 33:19 39:20 40:13,15
41:4,14,17,25 42:5 43:4,
14,20 46:10 52:25 53:2

55:24 56:25 57:8,9,12
58:23 60:8,17 62:25
63:13,24 65:25 66:6
70:21 72:17 73:22,25
77:4 79:2 80:19 81:8
82:3 84:12 87:1 89:3
91:7,14 92:12,24 94:1
95:2 97:10,14 98:8,21
99:14,18 102:22 103:23
104:21 106:19 107:25
108:1 109:17,22 110:21
113:19 116:23 118:1,20
120:8,16,20 125:5,6
126:13,22 127:18 128:20
134:25 143:7 145:23,24
146:7 147:11,15,17,18
148:8

**door**
51:5, 116:12,21,22
117:16,21,22 121:16

**doubt**
52:19 104:24 127:4

**downward**
42:11 43:9 45:17

**drag**
109:15 110:24 111:11
112:20 114:15 121:10

**dragged**
111:1,2,6,17,19,23

**dragging**
109:17,20 110:5 111:15

**drama**
135:21 136:1

**dramatic**
134:13,23 138:1,3,4,11,
24

**drawer**
91:24

**drawing**
51:25

**drew**
49:9 60:14

**drink**
131:17

**Drive**
30:23 33:7 63:6

**driver's**
51:5

**driving**
30:15 48:14,17 49:4,5
50:20 56:5

**drop**
54:17 68:23 70:19 73:1,
18 74:11, 82:18

**drove**
44:15

**drugs**
106:2,14,21

**drunk**
106:2

**dude**
143:2,3

**duly**
5:2,10

**duty**
16:14,20,23 29:9 102:18

**dying**
139:6,8,19

---

**E**

**earlier**
50:19 81:16 84:22,23
87:4,11 100:13 102:3
103:8 109:23 121:1
122:7 127:21 147:1

**Early**
118:21

**easier**
137:9

**east**
30:16

**education**
12:6

**eh**
80:3,15

**eh'**
79:15

**eight**
10:20

**either**
16:17 25:22 83:5,8
105:24 106:10 118:15
131:22 137:2,6,12

146:11

**elbow**
41:4 65:6

**elements**
130:1

**else's**
8:6,8

**emotionally-disturbed**
20:25

**employee**
25:5

**employees**
25:3

**empty-handed**
11:15 12:1,4

**encounter**
81:22,25 111:8,24

**encountered**
106:13

**enforcement**
13:11

**English**
71:13,17,21 73:24 78:25
79:15,24 80:1 91:23
92:4,13 93:4 94:6,17,21
95:3,11,12 96:3,11 97:8
101:14,19,24 102:12
137:16 146:13, 147:19,
24

**English-related**
71:25 77:16

**enormous**
81:22

**entering**
51:10,11 60:1

**entire**
32:15 65:11,12 100:21

**entrance**
52:13 53:10

**environment**
15:14 19:1

**escort**
11:5

**escorting**
10:15

especially
87:21

**F**

face
85:9 143:4,10

face-down
119:13,14

facing
22:25 23:9 33:7 47:4
50:10 64:23

fact
26:6 43:19 71:1 79:2
133:3

factor
15:24

factors
15:8,11

facts
25:4 130:1

failure
123:2

fair
15:23 142:9

faking
116:3,4

fall
17:16 18:8 56:23 58:3,17
59:13 61:15,17 86:2
98:17 113:19 128:18

fall-related
18:11,18 86:3

fallen
120:3

falling
120:7

falls
12:23 18:20,21

false
25:5

familiar
14:21 16:14,20,23 17:2,4
39:24

far
51:8 53:15,21 68:6 90:14
126:12 133:6

evening
24:4 29:15

event
87:10

events
7:22 24:21 55:3,14
131:24,25 132:4,5,9

Eventually
62:10

everybody
31:23 61:8

exact
31:18 40:13

EXAMINATION
5:12

excessive
16:25 102:23

excuse
28:14 56:18 114:16

exercise
9:14

Exhibit
21:22,25 27:4,7 33:1
34:24 38:3,6 42:23
51:14,17 52:5,8,9 54:14
55:6,17 56:4 82:11
103:24

exhibits
26:22

exited
49:8,17 60:14

exiting
49:23 50:15 51:6 56:5

experience
83:21 84:6

explain
117:9

expressing
80:21

extended
41:9 65:2

eye
142:18

February
36:5 55:15

feel
52:18 114:6 133:23
146:17

feet
52:3,11,23 53:6,7,18,23
56:9,10 104:8 113:18,23

fell
20:13 50:11 58:6 98:21
99:5 136:16

female
42:4

fifth
126:22

fight
11:8 12:4 29:19 30:1
32:15 63:20 88:16,18

fighting
30:6,24,25 34:8,12 35:8
51:2 60:16 63:1,5,7,9,12,
15,22,25 87:22 88:12,15
89:8,11

figured
71:25 72:1 77:15,16
110:8 133:14,25

fill
24:8

filled
25:19

find
21:16 69:25

finding
27:24

fine
112:19 143:2

finish
6:14

finishes
6:19

firearm
11:25 49:9 60:14,25
69:9,13

first
5:10,16 12:5 19:9 23:8
29:23 30:21 33:8 44:6

47:2 48:22 72:15,18
73:20,23 74:11 90:3 99:5
114:12 119:8 126:3,
127:22,23 128:18 129:7
139:9,13

five
40:17 46:13,14

flailing
31:2,4,13 32:19,22
33:19,23

flashlight
62:12,14 90:23

fleeing
40:8

floorboards
122:17

focus
64:4

focused
42:18 85:11

focusing
74:3

follow
74:21

following
5:1 66:6 70:16,17 75:14
82:19 113:22

follows
5:11

force
14:19,22 15:5,7,9 16:3,
12,21,25 17:5 24:15,17
102:23 107:13,17,22
130:23 131:4,8 144:12

forcibly
107:9

forcing
104:9

form
78:24

formed
74:13 75:7 81:17

forth
45:1

four
147:25

free
52:18 133:23 146:17

freeze-frame
59:9

frequent
110:20

fresh
24:21 55:3,14

friend
131:12,20

friends
131:10

front
30:1,24 32:1,10,13,20,23
33:12 35:7 39:18,19
45:4,8 49:1 52:14 82:12
116:11

fucking
72:1,9 77:17 81:1,11
143:3,22 144:6

full
42:12

fully
43:5

further
53:4 148:8

_____

G

_____

games
135:9

Gannon
145:20

general
11:12

generally
17:21 126:2

generic
107:25

getting
56:17 98:4 115:22 116:5
117:18,19 119:21 144:24

girl
143:5

give
6:13,20 23:21 60:18

70:19 73:21 94:11 105:7

given
10:10 11:7,12 14:19 15:8
17:7 18:13 19:17 105:3,
5,22

gives
51:23

giving
49:24 64:9,18,20 72:17
76:6

glancing
45:1

Glare
89:25

go
6:8 10:10 13:3 34:24
48:20 50:9 54:14 55:6,7
58:9 65:14 68:15 72:2
73:9 74:7,12 75:10 82:14
94:9 106:6 110:21
131:16 139:24 142:12

goddamn
72:2 77:18

going
6:9 14:5 16:6,18 26:21
37:24 54:6 57:20 58:22,
23 65:24 68:15,17,21
69:3 72:1 73:4,9,12 74:7,
12 75:10 76:7,19 77:16
79:20 82:8 87:18,21 88:3
92:16,25 93:9,15 94:8,11
95:9,11 96:1,23 100:20
107:2 110:8 111:13
112:11 113:5 126:23
127:9 134:7,8 135:9
143:5 144:19

good
55:18,22 61:21 76:6 85:5
90:6 126:2 131:14,
136:15 144:21,25

Google
38:6,7

gotten
114:6

grab
72:2 74:7,12 77:17

Granite
12:23

grip
41:1 76:7 86:21,22

groan
99:9

groaning
20:6 118:22,23,25 119:3,
5,10 124:3,19,23 125:1,3

ground
6:8 10:15 11:6 18:20,22
19:5,7 49:10 56:23
60:15,19,20 61:9,24
62:1,8 64:23,24,25 65:5
68:7 86:8 98:17 99:7
107:22 109:8,15,16,17,
20,25 110:6,13 111:9
113:18 118:12 124:17

group
30:23 31:15,17 33:11,14,
17 35:7,10 39:16 42:25
49:21 62:19 68:14 77:2

groups
30:6

guess
58:7 59:25 65:21 66:2,6
101:21 107:25 126:13,22
131:1 147:4

guessing
74:3

guns
78:2,10,17

guy
112:20 143:1,3,9,22

guys
55:22

_____

H

_____

half
12:16

halfway
75:20

hand
5:3 40:20 47:18 48:1
66:9 84:10 87:2 108:21
116:19

hand-to-hand
10:6

handcuff
88:13

handcuffed
104:4 108:10,13 110:1

handcuffing
10:16 11:6 90:17 100:1

handcuffs
87:20 88:15 89:17,21
90:22 94:9 108:4,7
114:19,23 129:2

handed
21:24,25 27:6 38:5 51:16
52:7

handle
100:5 105:4

handled
37:13

hands
40:21 108:6 116:18

hands-on
10:10

happen
25:22

happened
60:12 62:7 64:2 84:12
119:25

happening
16:19 98:12

hard
19:7 139:9

haven't
37:9

he's
59:15 72:1 77:16 112:19,
21 113:5 122:16 131:13
134:12,14,17,22 135:9,
21, 137:25 138:2,4,10
139:5,6,8,18,19 143:3,4
144:5,21

head
6:22,23 9:22 19:16
20:10,12 61:16,18,20
84:10 85:23 93:12
113:21 118:19 121:16
136:15 142:16

hear
30:7 73:17 77:9 91:15

92:12,18 93:20,22 94:16,
18 95:1,5,6 96:19 97:13
98:12 112:11 118:5,21
121:6 134:12,16,17,22,
25 135:20,25 137:12,25
138:10 139:4,9,13,14,18,
20 140:7,8,10,12,25
141:7,17 143:23 144:17,
19

**heard**
24:25 73:21 74:16,17,20
81:9 92:19 94:20 95:8,25
96:6 97:10,15 118:3,23
119:6 133:18 134:14
135:2 139:7 140:11
143:21

**hearing**
29:25 74:23 91:10,17
94:1,2,3 96:21 99:9

**heavily**
105:19

**height**
9:10

**held**
65:23 66:3,17 113:18
116:17

**helping**
128:20

**Hennepin**
26:23 51:21,24 104:25
124:22 146:12,16

**highest**
12:6

**hindsight**
113:8 126:9

**hit**
58:24 68:18,21 85:23
113:21 144:20

**hitting**
121:16

**Hiveley**
6:2 7:9 35:17 37:9 65:24
77:9 78:11 88:9 96:12,17
103:1 108:23 138:17,21
142:10 147:4,8,12
148:10

**holding**
31:3 33:14 34:16 35:9
39:13 40:20,24 41:2,6

44:22 47:25 50:2,5,16
54:1,18,22 55:11 64:24,
25 65:3,4,17 67:10,25
84:24 85:2 97:20 116:9,
12 118:16

**hole**
140:21

**holes**
140:9,12

**holster**
69:10,11

**honestly**
147:8

**Hop**
121:7

**hospital**
23:11 144:20

**hot**
51:1

**hours**
22:15 54:25

**huh-huh**
6:21 89:23 134:24

**human**
113:17,22

**hundreds**
106:20

**Hut**
30:1 31:12 32:2,8,12,17,
23 38:17

---

**I**

**I'd**
74:3

**I'll**
5:4 6:8 18:25 52:9 55:18
76:17 78:9,14 84:15,22
89:9 95:24 96:15 111:21
114:20 137:8 139:13
147:4

**I'm**
5:18,21 6:14 7:10 8:24
14:9 18:13 31:14,16 36:6
39:14 47:24 55:22 56:11
58:2,7,13,16,22,23 64:20
65:6,12,21,24 66:6,15

67:13,22 69:17 70:9
73:12 74:3 75:9 76:19
77:2,9 78:14 79:20
80:12,16 87:1,6 88:8
89:9 96:15 98:16 101:21
102:13 103:23 112:9,11,
15 113:3 115:16 119:4,7
122:13 129:20 132:24
133:3,18,23 134:8,15,17
135:9 136:24 137:1
138:2 146:14

**I've**
21:14 37:11

**idea**
39:4 65:20 70:6 79:19
80:6 81:7 116:20 126:21

**identify**
90:4

**identifying**
138:17

**identity**
24:24

**ignored**
50:1

**image**
39:4,10

**Images**
38:7

**imagine**
89:19 138:6 144:3
146:10

**immediate**
14:14 61:3 68:5,6,9,10
87:14 88:1,2 97:21
108:14

**immediately**
58:17 73:3,8 91:21
102:7,12

**important**
6:10,13,23 15:24 28:21

**in-between**
14:3 31:11 32:7,11 38:16
74:10

**inaccurate**
25:15 35:22 36:2 39:5

**incapable**
19:25

**incapacitation**
18:3

**inched**
67:6

**inches**
67:3

**incident**
14:9,13 22:17 23:24
24:21 25:5 27:2 28:15
29:9,17 36:10 55:1 77:24
78:8 111:10 126:18
127:6 142:1 145:8

**incidents**
142:13

**include**
24:11,14,17

**includes**
19:5

**Including**
142:8

**incorrect**
29:2 34:4,5 100:16,17

**increased**
17:25 100:7,8

**indicate**
59:15 86:4 93:16 96:9,24
98:13 110:25 119:9
121:23 123:3 125:14
133:4 144:5

**indicated**
123:8,10

**indicating**
41:7 42:11

**indication**
114:3

**individual**
17:21 42:18 70:15

**individuals**
141:25

**influence**
81:24 82:1 104:14,18,20,
22 105:4,7,11,16,18,24

**inform**
91:22 95:2

**informal**
145:16

**information**
24:25 34:8 94:4 143:14, 15

**informed**
95:15

**Ingles**
137:6,12,16 141:7,17

**initial**
27:12 35:2,4

**Initially**
60:22

**initiated**
51:9

**injured**
15:20 17:18 68:24 85:25 86:4 110:25 113:24 114:1, 123:4 125:17

**injuries**
18:11,17,18,21 19:11,14 22:25 23:9 86:3 112:7 114:13 142:17

**injury**
15:17,25 16:3,8,12 17:25 19:16,23 20:2 114:8 119:6,10 123:16

**instances**
105:11 106:17

**instruct**
22:19

**instructed**
145:23,24

**instructions**
23:21,25

**instructs**
6:18

**intentionally**
113:10 116:5

**interact**
112:2 129:1 143:13

**interacting**
141:25

**interaction**
128:1,3,22

**intercede**
16:14,20,24

**interchanged**
130:13

**interpret**
93:19

**interrupt**
6:10,15

**intersection**
30:22 38:7 44:10,16 53:11,19

**intervene**
102:18

**intoxicated**
71:9,10 81:18 82:21 83:5,9 85:24 103:9,14, 17,22 105:19,24 119:17, 18,22 123:20,22 125:20

**investigation**
27:12 51:23

**Investigations**
51:24

**Investigator**
52:1

**involved**
24:24 32:16 51:2,23 129:17 142:1,13

**involving**
29:18

**isn't**
32:7

**it's**
6:10,13,23 16:5,17 22:12 34:24 46:20 52:2,8 53:5 54:21 56:14,16 58:22 59:19 77:2,21 80:6,9,19, 20 107:25 110:20 113:17 118:3 130:5,11 143:4

**item**
34:15,19 54:17

---

**J**

**jail**
110:21 143:5

**January**
8:25 9:8 10:22 13:20 14:10 21:4 22:15 39:3

**Jason**
7:9

**joke**
136:8

**Jose**
64:17

**Josh**
5:18 64:16

**juts**
39:22

---

**K**

**keep**
26:21 101:8

**keeping**
49:9

**Kelly**
24:7

**kept**
104:8

**Khottavongsa**
22:24 23:8 29:18 50:16 52:23 54:1 56:19 59:10 60:12 61:11,16 62:1,18 64:5,9,19,22 68:4,12 70:15,23 73:21 78:25 86:12,15 87:13 89:15 90:18 91:1,4,18 92:24 93:9 96:11 97:19 99:13, 15,17,20 100:8,25 101:14,19,20,24 102:11, 19 103:9,20 107:3,10 111:25 113:9 117:11 118:10,22,24 119:2,13, 14,24 123:3 124:2 125:1 126:6,16 127:17 128:1 129:23 130:18 132:17 137:20 138:5,15 140:1, 15 141:12,22 144:2,25 146:18 147:24

**Khottavongsa's**
61:15 85:9 92:1,7 93:3 112:7 122:22 146:13 147:19

**kick**
88:23 89:2

**kind**
9:16,18 14:3 23:6 28:19

**Jason**
7:9

38:24 39:21 65:13 70:7 118:3 132:2 135:20 144:12

**knee**
108:8

**knew**
25:20 74:25 75:2,4,8 126:10

**know**
6:24 7:3 9:20,25 14:7 18:2 28:15 39:20 40:1 42:4 43:22 44:3 57:9,16 61:6 80:5 85:14 88:3 93:18 99:2 106:7 107:25 108:1 109:19,21 113:8, 23 118:1 120:17 126:10 127:2,19 131:16 145:5, 21,25 146:2

**knowing**
113:8 127:1,8 129:25

**knowledge**
28:7 113:20

**known**
18:5 127:9

---

**L**

**lack**
147:19

**laid**
98:19 119:12,13

**language**
74:25 145:13,17 146:1

**language-based**
75:6

**large**
30:23 33:11 35:7 81:23, 25

**larger**
39:10

**laundry**
30:24 31:11 32:1,8,11, 16,21 33:12 35:8 38:17, 24 39:19 46:2,4 49:1 52:14

**law**
13:10 142:12

CODY TURNER - 03/29/2017                     i12

lay
    76:8 98:18,24 119:16
    122:19

laying
    64:23 65:7 66:9 98:23
    99:6 109:25 120:1
    122:16

lean
    99:21,23

leaning
    98:9,10 100:7,25 123:13

learn
    23:8

learned
    22:24 29:23

led
    115:3

left
    87:2 115:11 119:20
    120:22 141:14

legal
    130:22 131:4,8

legs
    108:20,22 109:11,12,15,
    19,20,21,24 110:3,4,7,8,
    11

let's
    11:8 45:25 80:10 128:23
    139:9 140:21

level
    12:6 18:21,22 49:9 98:1
    100:8,9 122:5 128:13,17,
    23 129:5

levels
    105:16

Liberty
    41:1

life-threatening
    22:25

lift
    109:8

lifted
    65:5 104:7 110:13

lights
    89:25

liked
    114:11

likelihood
    18:9

lines
    147:20

listen
    72:21,23 110:8,23

listening
    68:22 71:7,24 75:1,2,4
    77:15 82:20 94:8 121:24
    122:1

little
    6:12 22:3 36:10 56:13
    58:23 59:19 139:9

located
    32:19 41:22 57:18

location
    39:6

locations
    63:20

locks
    18:7

lockup
    18:5

lone
    35:8

long
    7:16 12:15,24 31:3 35:9
    36:1 54:19 58:5,12,13
    120:16

longer
    83:16 97:20

look
    7:24 27:22 32:25 34:21
    38:24 42:23 45:6,7,20
    56:4 82:11 114:25 127:8
    146:17

looked
    34:18 35:6,9,14,24 36:1
    45:22 62:23 85:11

looking
    35:25 36:4 44:20,22,24
    45:10,13

lookout
    88:7,8,11,12

looks
    52:20

lose
    85:18

lot
    21:14 44:15,18 45:20
    51:10,11 52:13 53:11
    54:16 56:7,12 60:1 63:8,
    19 103:13,17

loud
    55:9

low
    49:9

lower
    47:11,13

lucky
    140:8,15

lunch
    102:25

lying
    75:25

_____

                M

making
    11:11 26:7 54:20

male
    33:13,16 35:9 42:4,24
    44:22 49:15,16 50:1,4,8
    54:20 75:21,23,25 76:1,2
    104:12 124:10 142:4

man
    54:17

man's
    50:7

Map
    38:7

mark
    56:13,15

marked
    21:22 27:4,6 38:3,6
    51:14,17 52:5,8,11

marking
    51:22 53:6

markings
    52:9,10

martial
    10:8

mat
    17:16

matter
    120:16 121:11 122:15

max
    10:1

meal
    131:17

mean
    14:2 40:1,25 57:23 82:9
    83:19, 106:20 108:1
    126:17 127:1 128:15
    132:4

meaning
    19:7 93:18

means
    11:4 83:12 88:8 99:2
    134:5 135:12

meant
    142:9

measure
    52:18 67:4

measurements
    52:19

medical
    17:4 105:14,19,23
    106:16,22 114:10 123:6,
    9,16,18,21 124:10
    125:14

meet
    24:1,6

meeting
    7:16 23:3

memory
    7:21 36:17 79:8 81:12
    83:7 104:17,19 124:25
    132:15

mental
    20:22

mentally
    88:14

mention
    33:19 54:21 55:11
    146:12,15

**mentioned**
42:17,18 75:5 103:8

**merely**
96:22

**mess**
143:3,7,22 144:6

**Met**
7:7

**metal**
33:15 34:14,18 37:1,3
39:21 44:22 50:5 54:19

**metallic**
35:9 36:1 49:16

**mic**
118:4

**mid**
48:3

**mid-sentence**
148:5

**middle**
39:16 46:6,7 49:21 52:13
124:9 127:13

**middle-aged**
33:13

**midway**
47:11,19 53:10

**Mike**
64:17

**mind**
24:21 55:3,15,24 58:23
123:15 145:5

**mine**
8:20

**Minnesota**
12:10

**minus**
61:6

**misdemeanor**
130:6

**moaning**
20:6 118:22,23,24 119:3,
5,9 124:3,19,23 125:1,3

**mobile**
51:4

**mode**
139:5,7,18

**moment**
29:8 65:16 140:18

**months**
10:20 12:25

**morning**
22:17

**motion**
43:10 45:17

**move**
40:6 65:22 66:8 92:24
115:2

**moved**
66:10

**movement**
65:22 66:4,12,16

**moving**
85:17

**multiple**
17:20,24 129:15

**mumble**
124:18 127:15

---

**N**

**name**
5:14,16,18 24:7

**narrative**
22:7,9,12

**near**
24:20 86:8 88:24 89:17

**neared**
35:5

**necessarily**
43:17 75:11 105:13

**necessary**
69:21 114:15 121:19
122:8

**neck**
107:21

**need**
6:24 16:18 37:15,21
123:6,8

**needed**

79:3 106:6 115:4 123:21

**neuromuscular**
18:2

**never**
84:14 116:4 145:5 146:6

**new**
10:14,17 14:5

**night**
14:10,13 22:17 29:9 39:3
72:1 77:17

**nightly**
81:23

**Nochez**
64:17

**nod**
6:22

**noise**
117:7,9 118:1,2

**non-compliance**
61:2 115:5

**non-compliant**
115:15

**noncompliant**
104:3

**Nordby**
64:4,6,10 69:7,13 77:7,
12 89:16 91:22 93:3
99:12 104:7 107:3 116:8,
13,16 117:4,24 118:16
124:15 129:1 131:19
136:23

**normal**
6:11 113:17,22 115:7
128:15

**Northway**
30:18,23 33:7 38:1,8
44:10 53:12,20 60:5 63:6

**notice**
124:9 125:8,11 128:16

**noticed**
120:3 124:14

**number**
22:1 31:18 40:13 51:25
87:6 134:7

---

**O**

**oath**
5:5 103:6

**object**
6:17 31:3 35:9 36:1
39:13 40:20 44:23 49:17
50:2,5,17 54:19 65:24
147:4

**objection**
6:19

**observation**
80:20 110:2

**observations**
35:2,5 37:25 72:12

**observe**
31:15,17 49:22 62:17
64:21 85:9 100:20
104:11 105:10

**observed**
34:14 40:19 61:16 62:21
72:15,18 103:21 124:23
126:3 128:18

**obstructing**
38:20

**obstruction**
130:22 131:3,7

**obviously**
37:9 100:20

**occasion**
26:9 131:16,22

**occasions**
26:10 131:24

**occur**
78:24 125:3

**occurred**
127:5 146:6

**occurring**
63:22 119:19

**office**
8:1 26:24 27:12 51:21
104:20 105:1

**officer**
8:20,22,23 12:13,15,17
13:18 16:21, 21:24 24:12
33:8 38:5,10 45:21,

46:23 47:4 48:14 49:24,
25 50:4,10 51:2,16,23
52:7,24 54:13,16,19
55:12 56:17,18 57:2,4,7,
11,25 60:11 62:18 64:4,
6,8,11,16,18 69:7,13,21
73:17,21 74:11 77:7,12
86:8 89:16 90:21 91:22
92:15,24 93:2,3,8 94:18
95:2,6,8 96:1,4,9,22,25
97:8,10 99:12,25 100:3
102:6,8,19 103:5 104:7
107:3 116:8,13,16 117:4,
24 118:16 124:15 126:22
128:21 129:1 131:10,19
132:25 136:23 140:20
143:16

**officers**
23:3 24:18 43:16,18,21,
23 64:3 70:12,24 71:23
73:4,9 76:5 92:3 94:5
100:4,15 101:13,18,24
129:15 132:22 133:1
140:15

**officers'**
72:19

**official**
142:3

**oh**
7:11 14:5 25:13 80:7,8,
17 132:8 134:14

**okay**
5:24 7:4 8:23 11:17
14:13 15:7 18:16 22:5
24:8 25:19,24 27:22
30:14,17 32:13 38:15,23
39:12 40:23 41:8 43:15
45:13,16 46:21 47:9
51:16 52:21 57:7,13
60:18 63:5 64:2,21 66:15
68:14 70:19 72:1 75:12
77:14,16 78:1,20 79:10
85:8 89:24 90:7,11 91:6,
8 98:10 103:8 110:2
111:6 113:4 114:15
115:17 116:21 117:7
118:12 119:24 126:9
131:6 132:8,11 133:9,19
134:7,9,25 135:14
136:20 140:21 142:17,20
143:12,15 144:14 148:7,
12

**old**
8:23

**omitted**
26:17 29:5

**once**
70:3,10 86:6 87:5,17

**one's**
145:5

**One-handed**
41:1

**one-rep**
10:1

**ones**
8:21 140:3

**open**
51:6 116:21,22 117:21,
22

**opened**
51:12

**opening**
51:13

**opinion**
71:16,19 74:13 75:6,16
81:17 83:13,15

**opportunities**
109:11

**opposite**
54:9

**option**
101:7 102:16

**options**
12:1

**orally**
25:6 27:15

**order**
62:8 87:19 88:6 94:8
97:4 120:8

**ordered**
82:17

**ordering**
49:10 60:15 61:8

**original**
8:3

**outside**
119:19 121:7,10 131:23

**overall**
100:19

**overlapping**
135:4

**overnight**
29:12

---

**P**

**p.m.**
29:13 103:3 148:14

**page**
27:22 34:24,25 36:6
48:20 55:7 82:13,14
103:25 104:1 114:25
127:13 147:25

**pain**
125:25

**pants**
112:21

**parallel**
65:4 66:25 67:7

**paramedic**
123:11

**paramedics**
111:25 113:2 129:12
136:6

**parked**
33:6 49:3,13

**parking**
44:15,17 45:20 51:10,11
52:13 53:11 54:16 56:7,
12 60:1 63:8,19

**part**
13:17 54:15 66:3,16
127:12 132:16 143:7
145:6 147:2

**part's**
139:9

**partial**
15:1,2

**partially**
31:9 38:19 48:8,9 51:6
57:3,10 109:16

**particular**
130:1

**parties**
76:6

**partition**
120:4

**partner**
29:15

**partners**
88:6

**party**
132:6

**passed**
106:13,21 126:7

**patrol**
13:13,20 14:17

**pending**
6:25

**people**
6:11 11:5 15:15 18:16
30:4,6,23 31:2,13,15,17
32:15,18 33:12,14,16
34:8,11 38:25 39:2,8
40:12 42:25 43:9 49:10
60:15,19 61:23 62:8,9,
19,21 63:14,18 68:7,9
74:4 78:8,10,17 79:25
81:22,25 84:6 103:13,14,
17 105:4,15,23 122:19
129:17 132:5 133:16

**people's**
33:24 34:3 114:12

**pepper**
11:25

**perceived**
123:22

**period**
115:11

**peripheral**
45:12

**person**
11:9 12:1 19:2,18 34:9
39:13 40:19 41:21 42:1,7
43:3,12 54:11 61:7 62:13
77:5 79:23 80:2,5 90:8
105:20 119:23 133:12,13
144:24

**person's**
105:8,12

**persons**
21:1 24:24

**perspective**
62:4 126:10

**pertinent**
24:25 34:7

**Peters**
14:15

**phone**
23:10

**photo**
39:8

**phrase**
95:14 96:24 99:21

**physical**
15:15 16:3,7

**physically**
107:16

**pick**
86:9

**pinpoint**
73:13 128:24

**pissed**
112:20

**Pizza**
30:1 31:12 32:2,8,12,17,
23 38:17

**place**
87:19 107:21 108:6
118:9 120:21 129:1

**placed**
108:4 115:6 124:13,17
125:13

**placement**
115:2

**plaintiff**
5:19

**play**
15:17 58:24 76:17,19
79:20 80:10 84:15 85:4
95:19 132:11 133:19
134:7 136:11

**played**
59:6 78:2,16 79:7 80:25
91:3 112:17 118:21
121:4

**playing**
59:2 73:15 74:5 76:21
79:10,11,21 80:11,23
84:17 90:1,12 92:10
94:14 95:21 112:13
116:25 120:23 132:13
133:3,10,21 134:10,20
135:5,7,9,15,18,23
136:12,21 137:4,10,23
138:2,4,8 139:2,11
140:5,23 141:5,14,15
142:21 143:18,19 144:15
145:3

**plays**
16:8

**please**
5:14 6:20 7:2 82:14

**point**
25:14 38:11 49:13 50:3
59:16,20 60:6,12,16,25
62:2 63:11 65:14,22
66:2,12 67:14 68:5 71:4
78:7,20 83:15 85:19
86:12 87:14 90:5 92:23
107:19 109:21 110:7
111:6,8,10,20,22,24
113:23 116:9 118:13,15
123:25 124:2,9,23 125:8,
22,23 128:6,22 129:5
143:12 146:16 147:2,23

**pointed**
62:12

**pointing**
49:25 62:14 66:21,24
90:7

**police**
8:4,6 12:12,15,17,21
13:4,6 21:19 22:12,14,19
23:18 24:2,9,11,20 25:8,
12 26:14 32:25 36:13
42:23 54:14,22,25 55:4
75:19 100:4,25 114:22
115:18 116:6,11 121:13
125:23 131:2 132:5
145:19 146:11,24

**policies**
14:22,24

**policy**
15:1,2,6,7 17:2,5 144:8,
11

**portion**
17:5 76:17,19 81:23,25
84:21 98:8

**pose**
17:24

**position**
47:5,9,22 48:11 53:1,25
54:3 66:6 124:18 125:13

**positioned**
39:14 40:23 45:22

**possess**
88:4

**possibility**
16:11 69:20 81:19,20,21
114:19

**possible**
39:11 44:4 46:20 53:5,16
56:14,16 115:13 119:6,
10

**possibly**
14:6 114:9

**potential**
15:16 68:9 87:23,25
114:12 123:16 124:9

**pout**
139:5,7,18

**power**
88:5 110:22 111:14
121:22 122:4,9,11,15,21
123:3,14 124:15

**Powerpoint**
17:10

**preparation**
12:3 14:25

**prepare**
7:5,18 11:6

**prepared**
88:14

**preparing**
87:19

**presented**
42:14

**press**
9:19,21

**pressed**
117:11

**pretending**
139:6,7,19

**pretty**
45:15 61:21 107:25
136:15 144:21,25

**prevent**
102:18

**primary**
61:7,11

**printoff**
38:7

**prior**
21:6 60:4 65:16 68:3
70:22 72:13 73:3,8 81:17
84:9 85:8,21 90:17,25
92:1,15,22 97:19 98:4
101:14,19 102:7 103:9
113:4 117:8,18 120:6
123:23

**prioritized**
34:9

**probably**
12:5 26:21 31:22 46:14
71:25 77:15 82:8 113:5
146:8

**probes**
57:18,20 69:16 72:3
77:18 112:21

**problem**
122:11 124:10

**procedure**
25:21 114:22 129:15

**proceedings**
5:1

**process**
13:9 56:5,10 75:7 130:23
131:4,8

**profile**
9:7

**protective**
76:6

**provided**
52:11

**proximity**
31:1 133:4

**public**

16:17

**pull**
34:23 55:17 56:7 75:19
86:6 87:5,9 103:24 120:4
124:7

**pulled**
48:25 54:15 63:8 111:12,
21,22 120:13 125:12
129:9

**pulling**
45:19 56:11 86:15

**punch**
143:4

**punched**
143:9

**punches**
31:6,23 33:20,24

**punish**
144:9,12

**punishment**
144:21,25

**purpose**
134:14,18

**put**
26:20 29:8 39:12 52:22
59:25 69:10,11 76:17
88:15 89:17,21 94:9
100:24 104:8 108:6,8
109:11,12 110:7,8
113:17 117:14 118:12
119:21

**putting**
90:21 92:2 113:22
123:23

---

**Q**

**queen**
135:21 136:1

**question**
6:18,25 7:1,2,3 26:5
27:23 28:13,20,21 35:1,
4,23 48:22 49:16,19,22
50:3,7 65:25 71:2 76:20
78:9,12 82:10,15 83:6
85:22 89:10 91:25 94:24
104:2,11 108:24 109:22
110:10 114:20 115:1

124:8,12 126:23 127:13
131:19 141:21 147:22,25

**questions**
20:1 25:12,17 28:8,12
55:8 124:19 127:16,17,
19 147:12 148:9,10

**Quick**
32:4,7,10,13

**quite**
117:7

---

**R**

**radar**
99:1,3

**radio**
29:24 43:16,25

**rain**
38:18,19,21

**Raise**
5:3

**range**
9:23

**rare**
26:10 131:24

**reaching**
86:11

**reaction**
50:7

**read**
33:18 55:8 148:11

**reading**
27:24

**really**
76:18 132:12

**reason**
21:13 52:17,18 63:14,17
71:7 75:8,12,13 89:11
94:7 101:12,17 102:2,5,
10 103:16 104:24 121:25
127:4 148:3

**reasonableness**
15:9

**reasons**
103:12

**recall**
7:16 15:11 18:23 21:2
22:23 23:17,22 25:16
29:17,25 30:3 31:18,24
36:3,24 40:9,15 41:10,25
43:4 56:25 57:8,12 60:17
61:19 62:21,23,25 63:3,
13,24 66:19 69:12 72:17,
73:22,25 79:2 84:13
87:1,7 89:22 91:7,10,14
92:5,20,22 93:2,5 94:1,3
95:17 97:3 98:8 99:9,14,
18 103:23 104:21 108:11
118:20,24 120:20 124:2,
125:5,6 127:18 128:20
129:14,19,22 130:14
131:1 140:14 142:3,17
147:10,11,17

**receive**
145:7,10,12

**received**
23:10

**recess**
56:1 103:2

**recognize**
19:13 20:18,21 27:8
76:23 77:4,7,12 81:8
112:16 114:7 133:17
134:9 135:8 136:14

**recognizing**
114:12

**recollection**
87:10 91:18

**recommend**
130:2

**recommended**
17:22 131:2

**recommending**
129:22

**record**
5:15 27:13 38:6 51:20

**recording**
49:2

**recovery**
124:17 125:13

**redirect**
148:9

**reduced**

108:15

**reference**
26:6 78:1,10,17,20
144:19

**references**
147:18

**referencing**
78:5,7,8

**referring**
14:10 22:3 119:22 123:1
137:20 138:5,15 140:1,
19 141:12,21 144:2,24

**reflect**
24:24

**refresh**
7:21 79:8 81:12 83:7
104:17 124:25 132:15

**refreshes**
104:19

**refused**
75:21,23 76:1 104:8

**refusing**
113:10

**regard**
105:23

**regarding**
16:21 20:24 146:18

**related**
86:2,3

**relationship**
131:14

**relative**
58:7 99:4,5

**Relatively**
55:16

**relay**
23:12 30:8

**relayed**
23:15 30:9 143:14,15

**release**
76:3 82:15

**remain**
127:25

**remember**
14:17 21:7,12,14,16

23:25 29:20 36:12,21
40:13 41:4,14 42:5
43:14,20 46:10 50:9
52:25 53:2 64:7 70:21
87:1 89:3 93:13 94:2
97:12 98:9 106:19
109:17 116:23 120:8
121:15,16 141:24,25
142:4,10,18 143:7
145:24 146:7,8 147:9,14

**remembered**
36:4,19

**remove**
65:14 69:3,25 73:4 76:7
79:3 121:13,19 122:8

**removed**
67:23 68:11 69:23 78:5,
21,25 81:13 87:12,18
89:14 90:9 92:23 103:19
121:25 124:16 140:18

**removing**
68:3 70:22 72:13 81:17
84:9 85:8,21 86:24 87:2
89:20 102:7,12 103:10
122:20

**repeat**
74:16 83:6

**repeated**
74:17,20,23

**repeating**
108:25

**report**
8:3,4,6 21:20 22:12,14,
20 23:1,4 24:20 25:5,9,
12,18,20,22 26:2,4,7,14,
18 32:25 33:19 36:13,
42:23 43:5 54:14,22,25
55:4 75:19,21 100:25
146:11,16,24 148:4

**report's**
100:20

**reported**
25:4

**reporter**
5:3,6,8 6:9,22

**reports**
24:9,12,23

**represent**
52:10

**representative**
24:2

**represented**
5:24 6:4

**reprimand**
145:10,12,25

**requested**
25:23,24

**resembled**
44:9

**resisting**
110:17

**resolution**
21:9 85:6,7

**respect**
119:24 126:16,17

**responder**
19:9 114:12 119:8

**responding**
29:17,19,21 43:18,24

**response**
5:7 126:12

**resting**
67:1

**restroom**
55:23

**result**
18:17 58:1 127:5 145:7

**returned**
64:4

**review**
7:18 8:6,8,18 14:24
27:19

**reviewed**
7:25 8:10,12,14,16,19
15:1,5

**right**
5:3 32:2,4,5 35:7,25 37:5
38:23 41:3,5 45:6,7 46:2
48:1 51:22 55:25 59:22
65:3,14 66:9 79:25 89:18
90:7,9,15 103:14 117:5,
18 119:13 127:2, 128:22
129:7 135:21 136:1
140:4 143:8 146:9

**right-hand**
44:17

**rigid**
50:9

**rise**
105:8

**risk**
17:25

**Rissman**
5:13,18 21:23 27:5 35:20
37:11,12 38:4 51:15 52:6
59:3 66:1 73:16 74:6
76:22 77:11 78:13 79:12,
22 80:14,24 84:19 88:10
90:2,13 92:11 94:15
95:22 96:15,20 103:4
108:25 109:2 112:14
117:1 120:24 126:19,24
132:14 133:11,22
134:11,21 135:6,16,19,
24 136:13,22 137:5,11,
24 138:9,19,23,25 139:3,
12 140:6,24 141:6,16
142:11,22 143:20 144:16
145:4 147:10,15,21
148:8,12

**road**
44:24 45:3,11

**rod**
33:15 34:14,18 37:1,3

**role**
15:18 16:8 127:1

**roll**
88:19 89:12 92:16 93:15
96:1,4,22,23,24 107:6,9,
13,14,16

**rolled**
108:2

**rolling**
89:7

**rotating**
50:10

**routine**
115:2

**rubbing**
20:10,12 118:4

**Rucker**
52:1

**ruler**
52:18

**rules**
6:8

_____

**S**

**safe**
61:8,88:6

**safety**
24:12 33:25 34:3 42:15
61:3 68:5 87:14 97:21
105:8,12 108:14 122:22

**Salvosa**
45:21, 46:23 47:4 49:24,
25 50:4,10 52:24 54:13,
16,19 55:12 56:18 57:2,
4,7,11,25 60:11 62:18
64:8,11 69:21 73:17,21
74:11 91:22 92:3,15,24
93:2,8 94:18 95:2,6,8
96:1,4,9,22,25 97:10
102:19 131:10 132:25
140:20

**Salvosa's**
8:20 33:8 70:17 97:9

**sat**
67:20,21,23

**saw**
30:21,23 32:18 33:6,13
35:7,8 39:3,13 41:21
44:6,9 45:16,20 47:1
48:14 49:23 50:15,20
54:16,19 56:22 57:13
60:11 66:3 84:14 91:5,8
99:19,23 100:25

**saying**
30:5 70:24 72:10 74:14
76:4 80:1,16,17,21 81:2,
12 92:15 96:22 106:10
112:23 115:15 134:16,17
135:9,21,25 136:15
137:6,7 138:2 139:4
141:7 148:6

**says**
22:15 33:5 42:24 51:22
52:1 53:6,18 54:15
79:14,23 92:16 96:4
133:24 134:2 136:5

**scale**
52:1,2,10

**scenario**
16:6

**scenario's**
16:5

**scenarios**
16:7 94:25

**scene**
23:4 30:20 33:3, 35:5
37:24 40:8 45:7 48:23,25
51:1 59:7 62:17 64:3
76:5 91:7 104:21 107:2
120:11 129:15 132:22
133:1 140:20 142:5

**school**
114:9,10 142:12

**screen**
59:10

**searched**
104:4 108:13

**searching**
108:11

**seat**
117:17 119:12,14 120:4

**second**
35:1 58:10 65:19 82:14
91:4,18,21 92:1,7 98:14
99:6 101:15,20,25
102:19,23 127:14
128:20, 147:25

**second-degree**
130:9

**second-to-the-last**
104:2

**seconds**
58:15 89:19

**section**
22:4 33:18

**security**
132:2

**see**
28:2,8,17 31:3,8 32:22
33:2,11,19 35:1,12 36:6
38:23,24,25 40:6,8,10,12
41:11 42:24 43:2,12,15
45:7,12,18,25 46:21 47:2

48:22 49:15,16,24 50:3
52:2,15 53:8,13,17 54:15
56:21 57:20 58:3,17
59:10,13 60:16 61:18
63:11 65:21,22 67:11,14
68:1 69:18 75:20,24
76:9,18 80:12 82:22 84:9
85:1,3,6,18 86:9 89:2,
98:4,7,17 99:12,16
104:15 115:8 117:3
124:8, 144:20 147:18

**seeing**
85:23 98:11

**seek**
105:14,19 106:16

**seeking**
105:23

**seen**
24:25 37:9 51:18 54:11

**sense**
25:1

**sentence**
33:2 42:24 75:20 83:12
127:14,15 140:7

**sentences**
33:2 148:1

**sergeant**
13:23,25 14:14,16 23:10
25:20 64:17 81:6 132:23

**series**
55:8

**serious**
18:17 130:8,11

**seven**
12:16

**shake**
6:22

**shaking**
93:12 142:16

**shape**
78:24

**sharper**
37:3

**shelter**
38:18,19,21

**sheriff's**

8:1 26:24 27:12 51:21
104:20,25

**shift**
29:11,12,13

**shock**
76:2

**shocked**
83:16

**Shop**
32:4,7,10,14

**short**
39:8 114:10

**shot**
59:11 140:16

**show**
41:5 47:17 58:22 73:12
76:18

**shows**
52:2

**shuffling**
117:8

**side**
26:21 51:5 57:11 87:3
116:14,16 117:4 118:10
119:15

**sidewalk**
32:1 39:17,22 76:8 90:25

**sign**
27:25 38:1 39:15 119:6,
10 148:11

**signature**
28:4

**significant**
63:18 101:4

**significantly**
39:10 100:11 108:15
130:8

**similar**
9:7 107:24 108:1

**simple**
110:23

**simultaneously**
120:15

**single**
17:21

**Sioux**
12:21 13:6

**sit**
111:13 120:2,6,9,10,12
121:1,5 123:2 124:14
128:7

**sitting**
26:13 29:1 95:5,24 96:8,
21 99:15 102:14 121:21
122:3,9,10,14,21 139:5,
14

**situation**
19:3 50:25

**six**
12:25 27:1

**size**
15:14 39:2

**slab**
39:21 40:1,4,6 41:23
45:24 46:5 52:13 114:23
115:11

**sleep**
135:2

**Slightly**
36:14

**slow**
98:25 99:2

**Slower**
99:8

**slowly**
98:23

**slumped**
118:19

**small**
38:18 137:19

**sober**
106:6

**socialize**
131:22

**solid**
86:21,22

**somebody**
30:8 31:3 119:16 123:1

**somebody's**
118:4

**someone's**
16:3 18:7 51:1 62:15
87:21

**Somewhat**
18:4

**soon**
58:9 120:13

**sooner**
115:4,6

**sorry**
5:21 7:10 31:16 35:19
36:7 39:14 67:13,22 77:9
88:25 112:9 122:13
146:14

**sort**
13:3 53:18 70:3 87:5
98:11 108:16

**sound**
72:4 76:23 77:4 80:2,3,7,
9,13,20 91:10 112:16
133:17 135:8 136:14
137:2 142:23 143:6
144:17

**sounded**
80:17 135:4 137:15

**sounds**
80:6 118:4 143:8

**Spanish**
137:16,18

**speak**
23:23 71:13,21 73:24
78:25 79:14,23 80:1
91:23 92:3,4 94:5,17,21
95:11 96:3 97:8 101:14,
19,24 102:12 137:18
146:19 147:24

**speaking**
79:25 81:5,7 113:2

**speaks**
92:13 95:2 96:11,12

**specialized**
13:4

**specific**
18:23 23:25 28:20 30:13
72:22 105:6 106:19
148:3

**specifically**

62:12 79:2 109:17 146:3
147:6,16

**specifics**
131:5

**spin**
56:22,24

**splintered**
63:20

**split**
65:19

**spoke**
71:16 95:11

**spotting**
17:14

**spray**
11:25

**spread**
32:16,18

**spun**
57:22

**squad**
8:19,20 33:6,9 49:8,23
50:15 51:3,6 60:14 70:13
104:10 109:14 110:9
111:12,21,22 115:2,6,20,
23 120:1 122:17 124:14
125:4,12 129:2,10

**squat**
9:25

**squats**
9:19

**stab**
37:5,7,18

**stack**
26:21

**Stamp**
22:2

**stand**
109:4,6 113:18

**standard**
129:14

**standing**
33:12 34:11 38:25 39:7
40:4 42:8 58:10,11 70:13
101:8,9 128:19

**start**
10:19 45:21 51:3 62:9
84:22 88:14 98:5 99:20,
23 104:1 126:21

**started**
46:8 51:13 56:6,10 58:25
60:15 74:21 99:13

**starting**
47:11,13 53:19 58:25
73:13 75:21 84:15 89:23
94:13 120:21 137:3

**starts**
33:3

**state**
5:14 19:22 127:25

**statement**
7:25 8:8 26:23 27:11,15,
24 28:6 29:2,6 34:23
35:14,21,24,25 36:4,5,23
48:20 49:11 55:6,17
76:11 79:7 81:11 82:12,
24 83:7 93:15 97:8
104:25 113:4 114:25
124:7 127:12 146:11,16,
23,25 147:3,13,23

**statements**
134:8 142:2

**Statue**
41:1

**stay**
114:18,22

**stayed**
67:23

**steps**
46:9,11,17,19

**stomach**
88:19 92:16

**stop**
16:18,24 38:1, 39:15
51:7 94:16

**stopping**
59:4,18 79:13 84:20
90:3,14 95:23 112:15
117:2 120:25

**straight**
66:22

**Street**

13:17

**strike**
26:4 43:2 47:23 54:6
71:1 78:9 82:10 88:22
89:9 145:6

**strong**
87:20

**struck**
48:10 50:8 54:2

**stunned**
71:3,6 82:4,6,9,19 83:5,
8,11,19 85:24

**subdue**
10:24

**subject**
11:13 17:25 148:9

**suffered**
18:17

**summary**
15:5 100:19,23

**supervisor**
13:23,25 14:5,14,16

**supervisors**
14:3 145:15

**supplemental**
22:7,9,11 26:1,4,7

**suppose**
105:15

**supposed**
15:8 100:22 122:16

**suppress**
25:4

**sure**
31:14 44:7 47:24 49:1,6
58:2,7,13,16 63:19 64:20
65:6,12 69:17 70:9 71:20
73:7 74:24 77:2 80:16
84:1 87:6,8 88:6,8 93:24
96:17 102:13 103:1
108:11 113:3,5 119:4,7
129:21 132:24 133:18,20
134:15 136:24 137:1

**surface**
18:24 19:5

**suspect**
10:11 74:22 114:1

**suspect's**
15:17

**suspected**
71:21 73:24

**suspects**
10:25

**suspicion**
146:18

**suspicious**
63:21

**swear**
5:4

**swing**
41:11,13,19,21 42:9,12
45:16 47:1,2 54:11 89:4

**swinging**
42:10,20 43:9 130:17
131:6

**sword**
34:15,16,21 35:10,15
36:1,4,25 37:3,5,18
40:24 41:6 42:11 43:10
47:6

**sworn**
5:10

**swung**
42:1 43:13 68:24

**symptom**
19:23 20:2

**symptoms**
19:13 112:7

**synopsis**
100:21

---

**T**

**T-u-r-n-e-r**
5:17

**tactics**
11:3

**take**
6:22,24 7:1 27:15 32:25
46:9,17 55:21,22 67:4
82:11,16 102:25 106:5,7
120:10 129:2 140:3
142:2

**taken**
6:6 25:1 38:8 56:1 103:2
142:15

**talk**
6:12

**talked**
84:23 147:6

**talking**
77:1,5 80:12,18 94:22
112:19 113:3 118:2
126:14 132:2,21 147:9,
10

**tall**
9:3 39:7

**taller**
39:9

**tape**
67:4

**target**
17:11

**tase**
95:9

**tased**
17:12 46:23 56:22 58:9
87:21 98:14 126:13
127:23 128:10,19

**taser**
11:24 12:5 17:7,10,21,
24, 49:25 50:4,8,11
54:20 60:11 69:21 71:4,7
76:2 82:4,7,20 83:5,8,11,
17,19,21,23 91:11 93:9,
17 94:18,20 95:7 96:10,
25 127:22 144:9,21

**tasered**
48:18 56:17 57:13,16
58:1 59:16,20 60:1,5
84:7 91:4,18,21 92:1,7
98:4,7,13 101:15,20,25
113:21 126:4 128:9,25
129:7

**tasering**
19:2 56:18 98:8 101:6
102:19,22

**tasing**
139:5,14

**taught**
11:5

**teaches**
10:15

**Technical**
12:9

**Technically**
14:1

**techniques**
10:16

**teleport**
66:5

**tell**
23:16 25:8 39:7 40:16,17
42:6 69:15 95:25 109:3
118:7 120:6,9,10 121:5
124:22 137:7

**telling**
61:23 105:1

**Ten**
84:4

**tend**
6:11

**tense**
88:20

**tensed**
89:12

**tensing**
89:6

**term**
43:8 58:7 99:4

**testified**
5:11 50:19 53:25 81:16
86:14 100:13 103:8
109:23 121:1 127:21
145:23

**testify**
87:4

**testimony**
77:21 78:23 80:19 110:3
111:4

**testing**
147:14

**Thank**
5:8

**Thanks**
138:24

**there's**
6:25 15:20 16:11 22:2,3
28:12,13 29:4 32:1,4
51:2,22 53:6 55:7 69:20
76:18 78:1,17 79:25 81:1
87:20,23 94:24 105:15
106:20 111:16 123:15
126:20 129:15

**they'd**
119:19

**they're**
20:6 36:17 87:21 119:18

**thing**
29:23 42:21 43:9 72:2,
15, 77:18 100:21 119:19

**things**
21:17 97:5 100:20

**think**
26:14 28:15 29:5 30:25
34:7,24 36:15 39:9 43:21
48:10 53:21 55:18 58:14
67:19 69:3 80:15 85:24
92:12 94:4 95:11 96:12
98:21 99:20 109:16
110:2,4,10 111:18 113:9,
10,16 114:11 115:3,14
122:24 129:16 130:17,19
132:21 143:1,11 147:15

**thinking**
79:5,8 102:13 140:15

**third**
93:9 115:1

**thought**
25:14 28:21 68:20 94:5
98:19 132:9 133:13
134:2 143:9

**threat**
33:24 42:14 61:3 68:5,7,
8 87:14,25 88:1 97:21
100:8 101:4 108:14,17
122:25

**threaten**
94:18,20 95:6 96:10

**threatening**
93:17 96:25

**threats**
24:12 98:2 100:14,18

**three**
28:12

**threw**
70:12 86:8

**throwing**
31:6,23 33:20,24 87:2

**time**
6:13 10:25 11:7 14:4,17,
18 23:14 24:21 28:16
34:9 36:3,22 38:13,21
43:25 44:21 45:14 46:24
47:2 49:20 54:7 57:6,17
58:11 61:6 63:21 65:11,
12 66:18 67:4,14 68:22
71:12 74:23 75:4,7,17
76:4,5 77:22 78:12,20
81:6,13,17 82:3,7 83:16
87:17 90:20 91:4,19,21
92:1,7 93:9 97:4,7,12
98:5,13,14 99:1,5,10
101:6,15,20,25 102:13,
20,23 104:21 106:5,12
108:15 113:1,13,23
114:13 115:12 116:2
121:15 122:12 124:5
125:22 127:23 128:20,25
129:5,7 143:17 144:3
148:6

**times**
7:12 15:20 16:2 60:23
70:5 76:3 82:18 83:25
84:1 87:8 96:5 118:15
121:2,5 138:17

**timing**
65:20 73:13 74:1 125:6
128:24

**today**
5:25 26:13 29:1 37:25
43:6 76:15 77:21 83:2
95:6,24 96:8,21 97:4
102:14 113:8

**today's**
7:5,19

**told**
23:23 24:1 44:4,6,7 93:2
96:10 109:12 110:6,13
120:2,12 121:1 130:25

**Tom**
24:7

**top**
9:22 82:15

**topic**

10:14

**torch**
41:2

**torso**
47:19 48:3 88:24 89:1,17

**touch**
84:10

**trained**
10:5 17:20 18:8,10,16,24
19:1,9,11,13,22 20:1,18,
21 21:17 24:8,11,14,17
26:16 34:2,5 43:16 51:2
100:14,17,19 105:14,19

**training**
9:16,18 10:10,13,14,21,
24 11:2,7,12 13:4 14:19,
22 17:7,9 18:13 19:17
20:24 21:1,2,9,15 69:2
83:22 86:2, 105:3,5,6,22
114:7,11,22 119:8
129:25

**trainings**
14:25

**transcript**
27:20

**transcripts**
8:12,14

**tried**
89:17 128:7

**trouble**
115:22

**true**
22:8 27:25 28:6

**truth**
25:8 105:1

**try**
12:4 88:22 116:21 137:8
139:10 140:21

**trying**
134:12,22 147:14

**tug**
70:3

**turn**
44:17 45:21 48:14 52:23

**turned**
46:22 47:9,15 52:25

54:2,17 55:11 57:3,24

**Turner**
5:9,16 8:23 21:24 38:5,
10 51:16 52:7 58:24
73:12,13 79:10 84:16
89:23 103:5 112:12,15
116:24 120:21 132:11
133:9 135:14,17 136:20
137:9,22 138:7 139:1,10
140:4 142:20 144:14
145:2 148:13

**turning**
54:7 137:8

**twist**
70:7,8

**two**
7:13,15 28:8 36:9,10,22
40:20 46:15,19 58:10,14
79:25 94:24 112:21
116:18 135:4

**two-year**
12:7 13:10

**type**
10:5,21 11:10,20 31:3
66:16 88:4 119:9 145:10

**typed**
27:17

**types**
11:22 25:17

**Typically**
84:8 119:18

────────────────

U

**uh-huh**
6:21 35:16 57:21 66:11
74:9 98:15 109:5

**ultimately**
127:2 130:21

**unclear**
59:19

**underneath**
109:13

**understand**
5:20,22 7:2 14:11 42:20
65:25 70:23 71:13 72:16,
19 73:3,8 74:13,22 75:3,
9 76:4 83:11 103:5

109:22 115:14 126:6,13,
23 128:9 148:5

**understanding**
20:19 25:21 80:7, 101:21
148:1,2,3

**understands**
96:18

**understood**
7:4 75:17 113:14

**unfortunately**
88:4

**uniform**
132:1

**union**
24:2

**Unit**
13:17

**unusual**
104:12

**upper**
12:21 13:6 107:21

**upright**
58:5

**urinated**
20:15 144:4

**use**
14:19,22 15:5,7 16:3,4,
21 17:5 24:15,17 55:23
69:3 94:18,20 95:6,14
96:10,25 99:3 107:13,16
108:20,21 109:19,21,24
110:3,4,11 144:8,11
145:12,16 146:1

**Usually**
106:9 131:24

────────────────

V

**vaguely**
17:3 125:2 129:24 142:2

**valuable**
43:24 94:4

**vantage**
38:11

**variables**
126:20

**verbal**
6:20

**verbally**
109:12

**versus**
15:15

**video**
8:19 49:2,6 58:20,25
59:2 73:12,14,15 74:5,17
76:18,21 79:11,21 80:11,
23 84:16,17 85:3,5 89:23
90:1,4, 91:12,15,17 92:8,
10,18,19 93:20 94:14,19,
23 95:1,8,16,21,24 96:8,
12,14,19,21 97:4,14,17
112:13 116:24,25 118:3
120:23 124:4 132:13
133:10,21 134:10,20
135:5,15,18,23 136:12,
21 137:4,10,23 138:8
139:2,11 140:5,23 141:5,
15 142:21 143:19 144:15
145:3

**videos**
8:16,18

**view**
38:20 60:13 61:2 68:4
87:13 94:10

**viewed**
58:19 84:21 85:1

**violence**
89:6

**violent**
88:21

**vitals**
113:5

**voice**
76:23 80:6 81:1 92:12
112:16 133:17,18 134:9
135:8,21 136:14 142:23
144:17

**voiced**
94:8

**voices**
81:8

**W**

**waiting**
119:20

**walk**
20:8 46:11 91:1 97:24
109:12 110:14 120:10

**walked**
46:22 120:18

**walking**
33:13,16 40:10,12 42:24
45:21 46:8 50:2,16 54:9,
18 79:15 90:25 97:19
106:11 112:19 113:9

**want**
26:20 34:23 43:22 55:20,
22 73:13 76:19 85:4
88:19 90:5 93:24 96:17
110:21 120:2 132:11
143:16 146:17

**wasn't**
25:20 71:7, 74:24,25
75:2,4 77:14 80:17
82:18,20 94:8, 95:11
113:22 121:21,24 122:1,
8,21 123:13 128:19
130:25

**waste**
43:25

**watch**
19:11

**watched**
46:23 50:9 61:17 94:23
98:18,24

**watching**
88:13 90:22 93:20 95:1,
24 96:8 97:4,14,16 99:25
124:4

**waved**
35:10 43:13

**waving**
33:16 42:20,25 43:8

**way**
41:8 48:9 62:14 63:24
66:10 67:8 78:24 79:4
96:16 97:3,9 102:14
104:6 111:16,18 114:3
121:17 130:18 131:7

142:17

**we'll**
6:15 7:3 121:10 148:11

**we're**
11:5 22:3 26:21 50:25
55:18 93:24 95:19 134:7
147:13

**we've**
8:10 20:25 55:8, 112:20

**weapon**
11:14,17,19,20 34:10
43:15,19,24 44:1,3,4,8
54:20 69:3,4

**weapons**
108:12

**wedge**
120:7

**weeks**
7:15 36:10

**weigh**
9:5,12

**weight**
9:16,18

**Welcome**
103:5

**welfare**
124:17

**went**
72:6 78:5 80:15 90:8
114:9 116:13,16 117:24
128:4 129:11 140:4
147:16

**weren't**
63:19 106:7 148:2

**west**
30:15 33:6,7

**wet**
125:9

**what's**
25:21 27:6 38:5 51:17
52:7

**whatsoever**
105:22

**Whittenburg**
143:16

**who's**
77:2

**wield**
37:15

**willing**
27:25

**windshield**
45:9

**winter**
38:9

**witness**
5:7,11 24:12,18 34:3
35:19 91:3 93:12 100:14,
22 126:20 142:16 147:6

**witnessed**
52:23 56:17,18 60:4
119:25

**witnesses**
8:11

**word**
99:2

**work**
9:15 25:25 131:11,15,17,
23,24,25 132:4,8

**working**
29:11 132:9

**wouldn't**
15:21 57:5 74:20 116:1
119:21 120:18

**wrestling**
31:8

**write**
22:14,19 26:1

**writing**
23:4 25:6

**wrong**
133:23 145:5

**wrote**
22:25

**X**

**Xerxes**
30:22 38:1,8 44:10,17
53:11,19,20 63:6

**Y**

**yeah**
16:13 18:6 39:11 56:16
66:8 89:9 90:6,16 92:14
125:2 129:18,24 133:12,
13,24 138:10,23 141:3
143:2,7

**year**
7:11

**years**
12:16

**yell**
60:23 99:9

**yelling**
49:24 54:16 92:24

**yep**
47:16 75:25 76:1,16
97:25 116:10

**you'd**
45:6 48:20

**you're**
12:12 14:5 15:8 18:16
42:10 74:7,12 81:5 82:8
88:7,11,12,13 92:16,25
93:15 94:24 96:1,18,23
101:21 103:6 113:18
115:15 119:22 122:25
126:14,23 132:1 133:24
134:2 140:19 141:21
144:2,24

**you've**
18:13 21:17,24 27:6
37:25 38:5 51:16 52:7