UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Kevin Khottavongsa, as Trustee for the Heirs and Next of Kin of Sinthanouxay Khottavongsa,

        Plaintiff,

vs.

City of Brooklyn Center, Police Officers Alan Salvosa, Cody Turner, and Gregg Nordby, acting in their individual capacities as City of Brooklyn Center Police Officers,

        Defendants.

Court File No. 16-cv-1031 RHK/DTS

---

**CERTIFICATE OF COMPLIANCE PURSUANT TO LOCAL RULE 7.1**

---

Jason M. Hiveley, attorney for the below listed Defendants, certifies that this Reply Memorandum of Law complies with the length limitation and with the type size limitation contained in Local Rule 7.1 as follows:

There are 2,111 words in this Reply Memorandum of Law, the word count of the word processing program has been applied specifically to include all text, including headings, footnotes, and quotations. The word processing software used to prepare this brief was MS Word.

IVERSON REUVERS CONDON

Dated: August 7, 2017 By Jason M. Hiveley
    Jason M. Hiveley, #311546
    Andrew A. Wolf, #398589
9321 Ensign Avenue South
Bloomington, MN 55438
jasonh@irc-law.com
(952) 548-7200

*Attorneys for Defendants City of Brooklyn Center, Alan Salvosa, Cody Turner, and Gregg Nordby*