UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Kevin Flicek, as Trustee                          Court File No. 16-cv-1031 PAM/DTS
for the Heirs and Next of Kin of
Sinthanouxay Khottavongsa,

                    Plaintiff,

vs.

City of Brooklyn Center, Police Officers
Alan Salvosa, Cody Turner, and Gregg Nordby,
acting in their individual capacities as
City of Brooklyn Center Police Officers,

                    Defendants.

---

### DEFENDANTS' DEPOSITIONS IN LIEU OF LIVE TESTIMONY

---

1.  Deposition of Linda Miller (Exhibit A)

The objections at pages 89:11, 93:11, 96:9, and 97:14 need to be ruled upon.


2.  Video Deposition of Randall Jackson (Exhibit B)

The objections at page 10:2  needs to be ruled upon.

Defendants reserve the right to submit a video trial deposition for Dr. Samadani,

Mr. Kroll, or Mr. Brave if the trial schedule makes their physical attendance

impossible.

IVERSON REUVERS CONDON

Dated:  July 16, 2018

By s/ Stephanie A. Angolkar
    Jason M. Hiveley, #311546
    Stephanie A. Angolkar, #388336
Attorneys for Defendants
9321 Ensign Avenue South
Bloomington, MN  55438
(952) 548-7200
jasonh@irc-law.com
stephanie@irc-law.com