# In The Matter Of:

*Kevin Khottavongsa vs.*
*City of Brooklyn Center, et al.*

*Randall Jackson*
*March 14, 2017*



depo international
worldwide deposition services

*Min-U-Script® with Word Index*

CASE 0:16-cv-01031-PAM-DTS   Document 105-2   Filed 07/16/18   Page 2 of 19

Randall Jackson - March 14, 2017
Kevin Khottavongsa vs. City of Brooklyn Center, et al.

Page 1

```
 1           UNITED STATES DISTRICT COURT
 2               DISTRICT OF MINNESOTA
 3  ---------------------------------------------
    Kevin Khottavongsa, as        )
 4  Trustee for the Heirs and     )
    Next of Kin of                )
 5  Sinthanouxay Khottavongsa,    )
                                  )
 6           Plaintiff(s),        )
                                  )
 7       vs.                      ) File No. 16-cv-1031 RHK/BRT
                                  )
 8  City of Brooklyn Center,      )
    Police Officers Alan          )
 9  Salvosa, Cody Turner, and     )
    Gregg Nordby, acting in       )
10  their individual              )
    capacities,                   )
11                                )
             Defendant(s).        )
12  ---------------------------------------------
13
14
15
16                    DEPOSITION
17       The following is the videotaped deposition of
18  RANDALL JACKSON, taken before Julie A. Brooks, Notary
19  Public, Registered Professional Reporter, pursuant to
20  Notice of Taking Deposition, at MCF Stillwater, 970
21  Pickett Street, Bayport, Minnesota, commencing at 9:25
22  a.m., Tuesday, March 14, 2017.
23
24
25
```

Page 2

```
 1  APPEARANCES:
 2
        On Behalf of Plaintiff(s):
 3
            Joshua Rissman, Esquire
 4          GUSTAFSON GLUEK
            120 South Sixth Street, Suite 2600
 5          Minneapolis, Minnesota 55402
            (612) 333-8844
 6          jrissman@gustafsongluek.com
 7
 8      On Behalf of Defendant(s):
 9          Jason M. Hiveley, Esquire
            IVERSON REUVERS CONDON
10          9321 Ensign Avenue South
            Minneapolis, Minnesota 55402
11          (952) 548-7200
            jasonh@irc-law.com
12
13
        Also present:
14
            Scott Breckheimer, videographer
15
```

Page 3

```
 1              DEPOSITION REFERENCE INDEX
 2  INDEX
 3  WITNESS:  RANDALL JACKSON
 4
 5  EXAMINATION:
 6  By Mr. Hiveley        5
 7  By Mr. Rissman       28
 8
 9
10
11
12              EXHIBIT REFERENCE INDEX
13                   (None marked.)
```

Page 4

1          PROCEEDINGS
2      Whereupon, the deposition of RANDALL JACKSON
3  was commenced at 9:25 a.m. as follows:
4                       ***
5
6      **THE VIDEOGRAPHER:** This is the
7  videographer speaking, Scott Breckheimer, here on
8  behalf of Depo International, Incorporated.
9      Today is Tuesday, March 14th, the year
10 2017. The time is 8:25 a.m. (sic). We are at 970
11 Pickett Avenue North, Bayport, Minnesota, to take the
12 video deposition of Randall V. Jackson, in the matter
13 of Kevin Khottavongsa -- I probably didn't say that
14 right -- versus the City of Brooklyn Center.
15     Will counsel please introduce themselves
16 for the video record.
17     **MR. RISSMAN:** Josh Rissman for the
18 plaintiff.
19     **MR. HIVELEY:** Jason Hiveley for all the
20 defendants.
21     **THE VIDEOGRAPHER:** Will the court
22 reporter please administer the oath.
23
24     RANDALL JACKSON,
25 after having first been sworn to tell the truth,

CASE 0:16-cv-01031-PAM-DTS Document 105-2 Filed 07/16/18 Page 3 of 19

Randall Jackson - March 14, 2017
Kevin Khottavongsa vs. City of Brooklyn Center, et al.

Page 5

1 testifies as follows:
2
3         **EXAMINATION**
4 **BY MR. HIVELEY:**
5     Q. Could you please state your first and
6 last name for the record, and spell both.
7     A. My name is Randall Jackson, R-a-n-d-a
8 double l. Last name is Jackson, again, J-a-c-k-s-o-n.
9 And ▇▇▇▇ is my birthday.
10     Q. Mr. Jackson, my name is Jason Hiveley.
11 I'm an attorney representing the City of Brooklyn
12 Center, as well as the Brooklyn Center police officers
13 who are being sued in a lawsuit being brought by the
14 family of Sin Khottavongsa. The trustee is Kevin
15 Khottavongsa, who is Sin's son.
16     Josh Rissman is the attorney for the
17 Plaintiffs. As we discussed before your deposition,
18 we're going to be asking you some questions regarding
19 an incident that occurred involving Mr. Khottavongsa
20 back in January of 2015.
21     I do want to just get a couple
22 preliminary things out of the way. We're currently at
23 the Department of Corrections facility in Stillwater;
24 is that correct?
25     A. Correct.

Page 6

1     Q. And it is my understanding that your --
2 the charge or the conviction that you are here serving
3 time for is a domestic assault.
4     A. Correct.
5     Q. Okay. And is that a felony-level
6 domestic assault?
7     A. Yeah. But I'm trying to see how that's
8 relevant.
9     Q. I just want to clear up you being here.
10 And the last thing is, your release date, is that July
11 18th, 2017?
12     A. I plead the Fifth on all that as
13 irrelevant material.
14     Q. That's fine. So January 16, 2015, it is
15 my understanding that you and, at this time, it was
16 your girlfriend and then another friend of yours were
17 getting off of a Number 5 transit bus at the transit
18 center in Brooklyn Center. Does that sound familiar?
19     A. Yeah. But that's not what happened.
20     Q. So go ahead and tell me what happened,
21 starting from the beginning.
22     A. Well, we did get off the Number 5 bus,
23 but it was not at the transit center. It was before
24 the transit center by Leeann Chin's. And we went to
25 Subway and got something to eat.

Page 7

1     After we left Subway, we stopped at the
2 liquor store. Then on the way from the liquor store,
3 my girlfriend Erika, at the time, had a female problem.
4 She started her period. I gave her a washcloth that
5 was out of my bag. Because we were staying at the
6 hotel in Brooklyn Center, the Super 8. And we needed
7 to go to the transit center to transfer to the bus that
8 would get us to Super 8.
9     So she was saying, I'm going to go in
10 the bathroom at the laundromat.
11     And I gave her some quarters and told
12 her, well, after she goes in the bathroom to wash up,
13 to throw her stuff in the washing machine. Me and my
14 buddy would just be outside smoking some weed until she
15 minded her business.
16     I don't know what the conversation was
17 between my ex-girlfriend, at the time, and the lady
18 that owns the laundromat. But they had some words. I
19 looked through the window. My girlfriend, Erika,
20 looked a little bit disturbed in the face.
21     So I came in, and I asked her what's
22 wrong.
23     And she said that she couldn't use the
24 restroom.
25     And I said, "Ain't that a bitch. You

Page 8

1 don't have to use this restroom. There's plenty of
2 other fucking restrooms." That's what I said. I was a
3 little irritated that she couldn't use the restroom.
4 Apparently, that must have been taken for some
5 different words.
6     And we went outside. After that, a
7 group of gentlemen ran outside. One of the gentlemen
8 grabbed me by the throat. I grabbed him back by the
9 throat. And we were in a stand-up match.
10     And I was trying to explain to him,
11 like, I didn't do shit to your woman -- you know what
12 I'm saying -- or say nothing.
13     And they were talking amongst each other
14 in another language. And it was a language barrier, so
15 I didn't know what was going on. All I know is that I
16 was surrounded, and it was an altercation going on.
17     But the whole time, I was trying to
18 explain that my intentions were not to disrespect
19 anyone at the laundromat. You know what I'm saying? I
20 just wanted to be gone from there.
21     And things started happening. They
22 started swinging poles and whatever.
23     And I wish that it never would have
24 happened, because I know those people from the
25 laundromat. And they own that car shop, too. They

CASE 0:16-cv-01031-PAM-DTS   Document 105-2   Filed 07/16/18   Page 4 of 19

Randall Jackson - March 14, 2017
Kevin Khottavongsa vs. City of Brooklyn Center, et al.

Page 9

help my family. And I just wish nothing wouldn't have happened to them. I don't know.

See, I didn't even know about the incident of the gentleman getting killed until my mother told me. She seen it on the news.

At the time, I was maced. I had got maced by the wife of the laundromat while I was in the altercation with her husband and her kids, I believe, or whoever the other gentlemen were that was on the scene.

I received several injuries over the eye, the leg. It was pretty bad. But, like, even though I received those injuries, I didn't want nothing bad to happen to nobody.

And so I, actually, didn't even see the whole incident of what happened after that, because I was placed into the police car. I was a little bit irritated because I was the only one that was being arrested and it was, like, seven or eight people fighting. It kind of threw me off.

Q. You said that -- I just want to go back just a bit. You said that you were put into the squad car so you didn't see anything. What is it that you think you missed while being in the squad car? What details did you learn later that you realize you didn't

Page 10

see because you were in the squad car?

MR. RISSMAN: Objection. Calls for speculation.

BY MR. HIVELEY:

Q. You can go ahead and answer.

A. Well, I don't think -- I don't know what -- what I missed. But what I do know is my eye was bleeding, and I got maced. And it was burning. And I asked the police officer to get the mace or the blood out of my eye, and the mace. And he put me in the backseat, and he opened the door. And he, actually, helped me get the blood out of my eye.

But, you know, from mace, you still are really blurry. Every time I'm trying to look, I'm trying to focus and find out where Erika was. There was a lot of commotion going on, a lot of lights. Lot of people came around started looking. It was -- it was just a lot of commotion, and it happened really, really quick.

Then I got to the police station. They took some pictures. And they said, "It's okay. We understand. We know how it is to get jumped." They said, "Your girlfriend is waiting for you outside the door." And they drove us to the hotel. So I got to the hotel.

Page 11

And then I called my mom the next day, and I told her what happened. And then, I think it was the day after that, she told me she seen something on the news about it. And that's when I found out about it. I was really, really sad, though, honestly. My son had passed away. I don't like when people get hurt or die or anything like that. So I felt real bad about whatever happened to him.

I even felt bad for the police officer that -- you know what I'm saying? -- allegedly did whatever. Like, I just didn't want all these people to feel the ripple effect of pain like --

Q. There's a --

A. Just bums me out.

Q. There's a period of time where the police arrived and one of the officers used a taser against Sin Khottavongsa. Did you see anything like that happen?

A. No, I didn't --

Q. Okay.

A. -- whatsoever.

Q. So up until the moment when the police arrived, can you tell me what -- you were talking about seven or eight people fighting and you had been maced and struck with -- you said they were swinging poles

Page 12

and things. Can you just describe the fight itself and who was involved in it, that you are aware of?

A. Well, one thing I know for sure is that a short gentleman, I believe it was her husband, came and grabbed me outside. I was outside of the laundromat. I got my girlfriend, and we were outside of the laundromat, because my friend never came in. So we was leaving at that time. Because, like I said, our plan was not for her to get on the city bus after she had her period and not taking care of herself. You know what I'm saying?

Q. Your mike --

A. She wasn't going to get on the bus like that. I don't blame her. I didn't want her to get on the bus like that, either. So our next mission was to get to another restroom.

Is that right?

Q. That will work.

A. Try to get to another restaurant or restroom so she can clean up. But it just happened so quick. And he came and grabbed me. There are cameras right there, too, so I'm sure that's all on camera.

Q. We do have squad video of things that happened once the officers arrived. But we're being told, by the laundromat, that even though they had

CASE 0:16-cv-01031-PAM-DTS   Document 105-2   Filed 07/16/18   Page 5 of 19

Randall Jackson - March 14, 2017
Kevin Khottavongsa vs. City of Brooklyn Center, et al.

Page 13

1 cameras, they weren't able to record things.
2 Unfortunately, we don't have video of the fight, of
3 what was happening.
4     A. Wow. Not even on the inside?
5     Q. That's what they are telling us.
6     A. Wow.
7     Q. So you said that you were outside. That
8 was with your friend and Erika, your ex-girlfriend?
9     A. Yeah. But I don't even really know the
10 dude too much. I just seen him before. I don't really
11 even know him like that, you know.
12        The whole thing was, at the time, we
13 were homeless, and we were staying at a hotel. So, you
14 know, honestly, he had some weed, and I had some weed.
15 And we were just going to smoke each other up, go to
16 the liquor store and the park. That was our mission
17 for me to even be with him, period.
18        The -- the period thing was unexpected
19 for me. I didn't know. I was just trying to, you
20 know, take care of her, because she was really
21 embarrassed about that whole situation. So we were
22 just trying to make sure that she get straight.
23        I don't know what the words were between
24 her and the laundry room lady whatsoever. The guy I
25 was with, like, "Man, something going on with your girl

Page 14

1 in there."
2        I come in. "What's up?"
3        She, like, "She won't let me use the
4 restroom."
5        "Ain't that a bitch. Ain't no big deal.
6 Come on." I was tripping, like, you can't be arguing
7 with the laundry room lady. Basically, like, she don't
8 have to let you use the damn bathroom. So let's just
9 go somewhere else. There's a whole bunch -- in the
10 Brooklyn Center area, there's like a thousand bathrooms
11 around there. I just felt like it was a dumb ass
12 argument -- excuse my language -- because, for one,
13 there's a whole bunch of bathrooms. And, for two, I
14 had weed on me, and I didn't need no heat, you know.
15 I'm just saying, seriously, I'm not going to be doing
16 nothing. That's how it went.
17     Q. Do you know the name of the other guy
18 that was with you?
19     A. No. I don't even -- I only seen him a
20 couple times.
21     Q. Okay.
22     A. That's the only thing, I only seen him a
23 couple times. And when I seen him on the bus, he,
24 like, "Hey, what's up, Big Homey?"
25        I'm like, "What's up, man."

Page 15

1        He, like, "Where's your car at?"
2        I started explaining to him, man, I
3 don't have my car right now, staying in a hotel, things
4 are bad.
5        That's how we came up on the subject of,
6 "Want to smoke some weed?"
7        "Sure. I got some, too," you know.
8     Q. When I was asking questions yesterday of
9 some of the other witnesses, they referred to your
10 group as there was a woman and then there was a big guy
11 and then a little guy with a backpack. Which would you
12 have been? I'm assuming -- I know you are not the
13 woman but --
14     A. Well, I had a backpack. Well, maybe
15 they think I'm the big guy, because I'm older and he's
16 young.
17     Q. How tall are you?
18     A. Probably about 5-6, 5-7. That's a
19 little guy, to me.
20     Q. How much do you weigh?
21     A. At that time, I weighed 160.
22     Q. Can you describe the height and weight
23 of this other guy that was with you, if you know?
24     A. Not really. All I know is he is
25 light-skinned. He could have even been lighter than

Page 16

1 me. I don't know. Like sometimes African Americans
2 wear bigger clothes. So I really wasn't kind of
3 like -- I wasn't really even interested in his
4 appearance and what he had on.
5        My only concern was let me smoke some
6 weed, get some liquor, and get to the hotel before I
7 miss the last bus.
8     Q. Was he taller than you?
9     A. I think, we were about the same height.
10 I do remember that. I remember he had tattoos. He was
11 light-skinned.
12     Q. Do you think he was your same weight,
13 also?
14     A. I'm sure. But we both had backpacks,
15 because he was homeless, too.
16     Q. Would you have had your backpack on your
17 back with both straps over your shoulders?
18     A. Yeah, I did at first. I don't even know
19 what happened to my backpack, as a matter of fact.
20 That's when I reached in my backpack and grabbed her a
21 washcloth to wash up at the laundromat and soap, all
22 that stuff. Like I said, we were staying in hotels.
23 Can't just leave your stuff at hotels nowadays.
24     Q. I want to go back to a couple of
25 details. In looking at the police report and your

CASE 0:16-cv-01031-PAM-DTS   Document 105-2   Filed 07/16/18   Page 6 of 19

Randall Jackson - March 14, 2017
Kevin Khottavongsa vs. City of Brooklyn Center, et al.

Page 17

statement, there was a discussion that Erika was six months pregnant. And I hadn't seen anything that she was having her period instead of that she was pregnant. Does that refresh your recollection or --

A. Well, that's another thing that I was so startled about, because she told me that she was pregnant. But then all of a sudden, she said, "I got my period." So my emotions was mixed. I didn't know what was going on. Like, did you lie? Did you have an abortion? I don't know how the girl things work. I don't know if you can have your period while you are pregnant.

My whole concern was, your pants are messed up. And we have to get on the bus with all these people, and they're going to notice it.

Q. When you were outside with your ex-girlfriend and this other individual, you said that you were trying to -- that you were leaving and that's when the owners of the laundromat came outside.

A. Correct.

Q. You described the wife and then a husband and then a younger guy?

A. Yeah. But it was so much going on, because one of the guys that came from the mechanic shop, or whatever, had something in his hand. Because

Page 18

Erika kept saying, "Look out. Look out. Don't hit him. Don't hit him with that." I remember that.

While I was fighting with the dude, when we fell to the ground, one of them tried to stomp me in the face. I turned my head so he couldn't stomp me directly in my face. And he stomped my earrings, and it came out. My ear was bleeding. The police took a picture of that.

It was just a lot going on. So I was -- you know, while they were swinging, I don't know what they were swinging, but it wasn't soft.

The whole time, the guy that grabbed me by the throat, he's got me like this (indicating), and I got him like this (indicating). There's other people throwing blows. And she is saying, "Don't hit him."

Then while we're like this, the lady comes and maces me. The lady that was into it with my girlfriend in the beginning in the laundromat, she comes and maces me.

So now I'm bleeding, and I'm maced. So my vision is super blurry. I'm afraid for my life. I don't know what's going on.

Q. When is it that the police arrive?

A. Seemed like it took them forever. There was people out there yelling. There was people out

Page 19

there yelling, "Get off of him. He don't want to fight." That's what they were saying about me. "Let him go. Let him go. He don't even want to fight you all. He's trying to explain stuff." I remember that clearly.

Q. You were trying to explain?

A. I kept saying, "Dude, it is a misunderstanding." They wouldn't stop. But it's -- I just think it's because of whatever that lady said. Because as we were walking out the door, she said something, like, to the people in the back room in a different language. Whatever she said really pissed them off, because they came out the back room, like, ready to fight.

And I was trying to give them the benefit of the doubt, because I was just looking at it, like, that's the dude's wife. Maybe that's their mom. And, you know, everybody is protective over their loved ones. You know what I mean? I don't know what the words was. I wasn't trying to be aggressive, like I normally would, because I just didn't expect all that to happen like that.

It was puzzling to me. Everything was puzzling. I was just thinking of a whole bunch of stuff at one time. Like, damn, did she lie to me about

Page 20

being pregnant? How she got her period? These people on the bus going to see. She's going to be so embarrassed. We're going to miss the last bus. Damn, I knew I should have got on the bus earlier. I hope I don't get hit by a pole. My mind is just racing like crazy.

Q. So what was happening at the moment that the police arrived? Can you describe what the scene was like?

A. The police came. One had a gun on me. So all I was doing was focused on him. He told me to get on the ground. I got on the ground. Said sit down on the ground. Then he didn't come over right away. He just had me sit there.

So while I was sitting there -- while I was sitting there, I was doing this the whole time (indicating) because I couldn't really see because --

Can you hear me? I'm sorry.

MR. HIVELEY: He's going to come over and fix your mike.

THE WITNESS: All right.

(Interruption in the proceedings.)

THE WITNESS: All right. When the police came, they just told everyone to get on the ground. I couldn't really see what was going on,

CASE 0:16-cv-01031-PAM-DTS   Document 105-2   Filed 07/16/18   Page 7 of 19

Randall Jackson - March 14, 2017
Kevin Khottavongsa vs. City of Brooklyn Center, et al.

Page 21

because like I say, I had blood in my eye and I was maced. The more I was trying to focus on where Erika was, it seemed like the more my eyes started burning.

And once the police arrived and they had weapons out, I wasn't trying to look around. I was trying to pay attention to the gun that was on me. I was trying to follow all procedures so I didn't get shot or some shit. So I sat on the curb.

Next thing I know, one grabbed me and put me in the backseat. I was just saying, "Why am I the only one being arrested?" "And we were all fighting," is what I was saying. "Where is my girlfriend? Where is my girlfriend?" Can one of these guys --

"Just calm down. We're going to bring her to the station, too. She'll be all right."

So it was just -- it was just weird. It was a bad situation. I don't know what happened after the police came. I don't know what happened at all after the police came.

All I know, I went to the police station. They booked me in. They took some pictures. They said, "We understand how things happen. Your girlfriend is at the front door. There's a squad out there waiting for you, and we're going to drive you to

Page 22

the hotel."
BY MR. HIVELEY:
  Q.  Did you ever get struck with -- you said that one of the guys was holding something. Did you ever get hit with any kind of an object?
  A.  Yeah. My leg, it was real swelled up. I went to see my doctor, Dr. Mitchell. He did some x-rays on it. I still got some pictures of it. It is -- it was huge. It was a lot of fluid on my leg.
  Q.  Do you have any idea who hit you?
  A.  No. Because, see, it was -- it looked like a younger guy, to tell you the truth. It looked like a younger guy that was working in the mechanic's shop, because my belief is they own the mechanic shop and the laundromat.
  Q.  Did you ever see what the object was? You mentioned a pole. In your statement, you refer to a baseball bat. There's also been other witness testimony that there was a crowbar. Do you know what the object was?
  A.  No.
    MR. RISSMAN: Object to form and the narrative.
BY MR. HIVELEY:
  Q.  You can go ahead and answer.

Page 23

  A.  I don't know.
    What does that mean?
    MR. RISSMAN: Oh, I just objected to his question, but it is just for the record. And then you can go ahead and answer.
    THE WITNESS: Yeah, I don't know what it was. I just know that it wasn't soft. I just figured it was a baseball bat, because the shit hurt when I got hit with it. I kept doing my leg like this (indicating) to try to dodge. I was worried about getting hit in my head with it. I didn't want to get hit with it. It was hard. I know it was a weapon.
    One thing I do remember is someone yelling drop something. I don't know what they were talking about. Somebody was yelling drop something. I was -- at this point, I was, literally, blind from the mace.
BY MR. HIVELEY:
  Q.  From the moment that you were maced, how much time passed before the officers arrived, if you know?
  A.  I don't have no -- I couldn't give you a factual answer, so I don't want to give an answer at all. I don't -- I don't know about the time. I just know I was maced. And shortly after -- I couldn't say if it was one minute or two minutes or five minutes.

Page 24

  Q.  Do you know what was happening, in terms of what was being said, if there was any fights happening when the police arrived? You said you couldn't see anything. Did you hear?
  A.  All I heard was "drop it" and "get on the ground." And then they brought me to the squad car, which was in the back of the parking lot. It is, like, the laundromat was right here. There was a squad car right here. And there was another one behind it that was some distance. That's the one I went to.
    And the dude kept the door cracked open for me. The police officer, he kept the door cracked a little bit, cracked for me. He was trying to help me get the blood out of my eye. He wasn't being mean to me. You know, he was asking -- he, actually, was being really nice to me. And the police at the station was being nice to me, too.
    I was just -- I was just shook why I was being arrested. And I just didn't want to get into it with those people, because they're really nice. Like, their mechanic shop and everything, they help people and stuff like. I know for a fact those are good people.
  Q.  I asked you earlier about whether you had seen an officer tase anyone. Did you -- did you

CASE 0:16-cv-01031-PAM-DTS   Document 105-2   Filed 07/16/18   Page 8 of 19

Randall Jackson - March 14, 2017
Kevin Khottavongsa vs. City of Brooklyn Center, et al.

Page 25

ever hear anyone talking about, at the moment, about tasing --
 A. No.
 Q. -- or that's him or anything like that?
 A. No. I didn't find out that until I talked to my mother. And it wasn't even the first time I talked to my mother. It was the second time. I think it was the day after she had told me she had seen something on the news about an incident in Brooklyn Center and asked me was that the incident. And that's how I even found out anything had happened to him, period.
 Q. Do you have any idea, out of the people that you were fighting with, who it was that died? Were you able to make that connection?
 A. I wasn't fighting with anyone. I was being attacked. And I don't know what happened after our altercation with the police. I just know everyone was alive when we was into it.
 Q. Did you see any paramedics or ambulance or anything like that at the scene?
 A. No. They got me away quick. I was gone quick. Dude ran that we was with. He ran. And me and Erika went to the Brooklyn Center Police Station. She

Page 26

wasn't arrested. She was out there waiting for me. They got us away from the scene quick. I don't know. Like, we were gone instantly. Like, normally, they sit around and take, like, statements or something. But they took us right away.
 Q. Did you ever figure out how many individuals were attacking you?
 A. No. It just happened so quick. I was -- my only concern was to watch the pole or the bat or whatever. I was just -- well, that wasn't my only concern, but that was the main concern for me. I didn't want none of us to get hit with the bat or the pole, especially in the head. Like, you die from stuff like that. You know what I mean?
  All I just kept hearing Erika say, "Leave him alone. Leave him alone. Don't hit him. Don't him with that." That is all I remember her saying.
  The whole time I'm talking to the guy, and he's upset because his lady is saying something to him in a different language. And that's what made me even more nervous, that it was a language barrier. And I didn't know what was going on. I didn't know what was being said, and it was really confusing to me.
 Q. Do you know if Erika was hurt at all

Page 27

during this incident?
 A. I don't think she was hurt. I don't know.
 Q. Do you know if she was maced?
 A. She said that she had a little bit of mace on her, but I know that. When her and I returned to the hotel, she was, like, taking care of me.
 Q. Are you still in contact with Erika?
 A. No.
 Q. Do you have any idea how to get ahold of her?
 A. No. I don't even want to get in touch with her.
 Q. Okay. We were hoping to ask her the same questions we asked you, but we haven't been able to find her yet. Do you have an address or phone number or anything for her?
 A. The last place that I've known that she was staying was the Salvation Army.
 Q. Is that in Minneapolis?
 A. Yeah, downtown Minneapolis.
  MR. HIVELEY: All right. That is all the questions I have. Mr. Rissman is going to have some questions for you, as well.
  THE WITNESS: Okay.

Page 28

EXAMINATION
BY MR. RISSMAN:
 Q. As I said earlier, my name is Josh Rissman. I'm an attorney for Kevin Khottavongsa and the family of Sinth Khottavongsa. Just a couple of follow-up questions for you.
 A. All right.
 Q. You said -- it is kind of starting at when you were -- when Erika was in the laundromat.
 A. Correct.
 Q. Was she -- she was asked to leave the laundromat?
 A. I don't know the exact words, but I'm sure that she wasn't allowed to use the restroom, because she never used the restroom.
 Q. Was it your understanding, after talking to her, that she was told to leave?
 A. I believe so.
 Q. Okay. And did all three of you willingly leave the laundromat?
 A. Well, the other gentleman never went in the laundromat, and I only went by the door.
 Q. You went to the door?
 A. Yeah. And we were outside walking away

CASE 0:16-cv-01031-PAM-DTS  Document 105-2  Filed 07/16/18  Page 9 of 19

Randall Jackson - March 14, 2017
Kevin Khottavongsa vs. City of Brooklyn Center, et al.

Page 29

1 when her family came out.
2   Q. How many people came out?
3   A. Well, the first thing I remember --
4   Q. Let me rephrase my question. How many
5 people came out right away at the first point?
6   A. Well, what I know for sure is that it
7 was her husband, I believe, because he came straight
8 out and grabbed me by the neck, the lady that Erika was
9 having words with, and another gentleman.
10   Q. Do you know -- why do you think it was
11 her husband? What makes you think that?
12   A. Because they always be together.
13   Q. You knew them?
14   A. Well, a lot of us in the neighborhood,
15 like -- like I said, they got a mechanic shop and the
16 laundromat. And from what we've known of them, like,
17 they're pretty nice people. Like, you know, I've seen
18 them before. I even spoke to him. "Hey, how are you
19 doing, sir?" It was cool. A couple people I know had
20 some work done at his shop. So, you know, I didn't
21 have any quarrels with them. I thought they were
22 pretty decent people.
23         I thought it was a miscommunication. I
24 thought the lady said something that wasn't factual,
25 and it stirred up a lot of stuff. I'm not sure.

Page 30

1   Q. Because she was speaking a different
2 language?
3   A. Right.
4   Q. So you knew the owner, and that's how
5 you knew he was her husband?
6   A. Well --
7   Q. You knew him from before?
8   A. It is just a guess they are married. It
9 is not factual I knew it was her husband. I just
10 figured that was her husband. Because, normally -- I
11 know it is a husband and wife be up there. So when
12 there's a confrontation, you know, normally someone
13 would call their spouse. So that's where I got that
14 perception from.
15   Q. Okay.
16   A. I have no facts that was her husband.
17   Q. Do you remember what he looked like?
18   A. No, just a -- no.
19   Q. Was he older than you?
20   A. Yeah.
21   Q. Okay.
22   A. I believe he was older than me, and I
23 believe, he was around my height, too.
24   Q. Skinny guy?
25   A. I thought he was kind of stocky. He was

Page 31

1 hella strong, because I couldn't get away.
2   Q. Okay.
3   A. Which I tried to a couple times, just
4 tried to get away without confrontation.
5   Q. Okay. In the altercation, did you punch
6 anybody?
7   A. Well, in the altercation when I was on
8 the ground, I'm sure I punched someone to get him off
9 me. I wouldn't doubt it.
10   Q. Just when you were on the ground?
11   A. Yeah.
12   Q. Did you punch him at any other time?
13   A. No. Because I was trying to block.
14   Q. Do you know who you punched?
15   A. No. I don't even know if I punched.
16 Like I said, it just happened so much. But I'm sure
17 that something happened. I don't even think that I
18 probably even punched.
19         I know we were like this (indicating)
20 the whole time. He had a death grip on my clothes,
21 around my neck. I had him too. He was trying to slam
22 me. I was trying to keep from getting slammed. I was
23 trying to block the pole. I don't know anything about
24 punching or any of that. All I know is I was trying to
25 not get hit in the head by a pole from somebody that

Page 32

1 was trying to hit me in the head with a pole.
2   Q. When you say "pole," do you know, is
3 that a bat or --
4   A. A hard object.
5   Q. But you don't know -- you couldn't tell
6 me today whether that was a bat or crowbar or something
7 else?
8   A. No. Because I was being attacked.
9   Q. Okay. That's fair. I know this
10 happened very fast. At some point -- at some point,
11 did you kind of give up and stop, and did the
12 altercation slow down?
13   A. Yeah. I gave up from the beginning
14 because I wasn't trying to be resistant at all. I was
15 trying to explain that it was a miscommunication. And
16 they weren't trying to listen. They were trying to be
17 aggressive. If I was trying to be aggressive, then it
18 would have been a whole different outcome. Like, I
19 know how to fight. Like, I wasn't trying to fight. I
20 was trying to make sure me and my girl get to the
21 hotel.
22   Q. Was there a point at which -- do you
23 recall whether you --
24         Actually, put your hands down so they
25 can see your face.

CASE 0:16-cv-01031-PAM-DTS   Document 105-2   Filed 07/16/18   Page 10 of 19

Randall Jackson - March 14, 2017
Kevin Khottavongsa vs. City of Brooklyn Center, et al.

Page 33

1  A. Oh, sorry.
2  Q. It is okay. Was there a point at which
3  you -- do you recall sitting down at a windowsill, at
4  any point? Do you remember that?
5  A. No. It is possible. I don't know. I
6  know I was trying to get the mace out of my eyes. Is
7  that -- I don't know. I thought it was a curb.
8  Q. Okay. So you remember kind of sitting
9  down trying to get the mace out of your eyes?
10 A. When the police officer came?
11 Q. Yeah.
12 A. Yeah.
13 Q. Was that before the police came or
14 after?
15 A. I have no idea. I know I sat down when
16 the police came, because I was instructed to get on the
17 ground.
18 Q. Okay. Did you do that right away, or
19 did it take a couple of commands?
20 A. I sat down right away. I'm not going to
21 argue with somebody with a gun. That's absurd. The
22 police tell you to do something, you got to do it.
23 Like, honestly, I feel bad for everybody
24 that's in this altercation, period, the family members,
25 the police, my girlfriend, for everybody, you know. I

Page 34

1  just --
2  Q. Was there any point -- did you ever lose
3  consciousness?
4  A. Have I lost -- did I lose consciousness?
5  Q. Yeah, during the altercation.
6  A. No.
7  Q. You didn't get knocked out ever?
8  A. No.
9  Q. Did you ever -- did you ever threaten to
10 kill anybody?
11 A. No.
12 Q. Did you ever hear your girlfriend say
13 that?
14 A. No.
15 Q. Did you ever hear the other gentleman
16 you were with say that?
17 A. No, no one said that.
18 Q. And it is true -- oh, do you recall that
19 you were charged with fifth degree assault in the
20 case?
21 A. Yeah.
22 Q. How did that -- how did that resolve?
23 Do you remember?
24 A. They dismissed it because it was
25 ridiculous.

Page 35

1  Q. They dismissed it?
2  A. Yeah.
3  Q. Initially, you were charged?
4  A. Yeah. But I never went to court or
5  anything. They just dismissed it, because it was --
6  Christ. I said, watch the cameras. There's cameras
7  there. That's how I -- but --
8  Q. I think you earlier mentioned being in
9  the police car and being upset that nobody else was in
10 handcuffs; is that right?
11 A. Correct.
12 Q. And are you aware that no one else had
13 been charged with any type of violent crime?
14 A. I'm sure.
15 Q. So do you think that -- do you think
16 other people should have been charged with a violent
17 crime?
18 A. Well, my thing is, if people break the
19 law -- if they break the law, then they at least -- if
20 one person -- if you and I have a physical altercation,
21 I shouldn't be the only one that's apprehended.
22 Q. And I mean, do you think that the police
23 didn't believe you? Is that -- do you have an opinion
24 on that?
25 A. I don't know. Possibly. That's

Page 36

1  probably what happened, at the time, that they didn't
2  believe me, because other people weren't arrested. But
3  I can't say what the police believed and what they
4  didn't believe. All I know is I had evidence of being
5  battered. So to me, that was enough to apprehend other
6  individuals.
7  Q. Okay.
8  A. Clearly, I was stating, "She maced me
9  while he was holding me." I stated that a few times.
10 So, you know, I was trying to get vision
11 so I could find out where Erika was, is what I was
12 concerned with.
13 Q. Okay.
14 A. My whole mission was trying to get to
15 the hotel. Like, all that was disturbing my groove.
16 Q. Speaking of your groove, did you -- you
17 mentioned going to the liquor store.
18 A. Correct.
19 Q. Had you already gone to the liquor store
20 before you came to the laundromat?
21 A. Yeah. And I didn't get a chance to
22 drink it. That was a bummer.
23 Q. What did you buy?
24 A. I have no idea.
25 Q. You didn't drink any of it?

CASE 0:16-cv-01031-PAM-DTS   Document 105-2   Filed 07/16/18   Page 11 of 19

Randall Jackson - March 14, 2017
Kevin Khottavongsa vs. City of Brooklyn Center, et al.

Page 37

1  A. No, we didn't get a chance to.
2  Q. Okay. I just have a couple more
3  questions. These questions are just kind of to set the
4  record. I'm not trying to make you feel bad or
5  anything like that.
6       Mr. Hiveley asked you about why you are
7  here today in Stillwater Prison. I just have a couple
8  more questions along those lines. Were you convicted
9  in 2013 of felony domestic assault?
10  **A. I plead the Fifth, because it is**
11  **irrelevant to this case.**
12  Q. Okay.
13  **A. Any questions that has something to do**
14  **with me and my criminal record is irrelevant, because**
15  **this is your client versus the Brooklyn Center Police.**
16  **So my personal record has nothing to do with that. So**
17  **all questions that you got to ask on them lines, I**
18  **plead the Fifth. Please don't ask them.**
19  Q. Okay. Not to disrespect you, but I'm
20  going to go ahead and ask the next question. You can
21  say whatever you want.
22  A. Okay.
23  Q. In 2010 were you convicted of felony
24  domestic abuse violating an order of protection?
25  A. I plead the Fifth.

Page 38

1  Q. In 2005, were you convicted of felony
2  assault, fifth degree?
3  A. I plead the Fifth on that.
4  Q. One more question. Is -- the assault
5  that you are in prison for today, did that involve
6  Erika Phillips?
7  A. Correct.
8       MR. RISSMAN: I don't have any further
9  questions. Thanks for your time.
10      MR. HIVELEY: I don't have any other
11  questions, either. You have a right to review the
12  transcript of this deposition once the court reporter
13  has prepared it, which can take a few weeks. What that
14  means is, if you wanted to review it, we would make
15  arrangements to send the transcript to you here, along
16  with a sheet that allows you to make corrections if you
17  thought there was something wrong with the way what you
18  said was transcribed. We can do that.
19      But you can also waive that right to
20  review the transcript, and then we wouldn't send you a
21  copy or anything like that.
22      So since you don't have a lawyer here,
23  you have to decide whether you want to review the
24  transcript or waive that right to review the
25  transcript.

Page 39

1      THE WITNESS: Question, does reviewing
2  cause me any harm?
3      MR. HIVELEY: It does not. In fact,
4  when we send you a copy of the transcript and the
5  sheet, which is called an errata sheet, if you decide
6  you don't want to send that sheet back -- I believe we
7  give you 30 days to do that. If you don't, it doesn't
8  hurt you in any way.
9      The only thing that could, potentially,
10 happen, if you said something today that was
11 transcribed incorrectly, that incorrect phrase would be
12 attributed to you. But I'm pretty confident that
13 everything was transcribed properly. Plus, we do have
14 a video camera that recorded everything. So --
15     But it is your right to review it. We
16 can make arrangements to send it to you here, and then
17 you can review it or not review it or whatever you
18 choose.
19     THE WITNESS: That would be awesome if
20 you can do that.
21     MR. HIVELEY: We will send it to your
22 caseworker here so they can make arrangements for you
23 to review. If you do have changes, I believe there's a
24 spot for a notary on the change form. If you do want
25 to make changes and want to send that back, you can

Page 40

1  speak to your caseworker and get that squared away and
2  return that to me.
3      THE WITNESS: Okay. Are you with the
4  Brooklyn Center Police?
5      MR. HIVELEY: I'm a private lawyer
6  that's representing them through their insurance
7  coverage.
8      THE WITNESS: Okay.
9      MR. HIVELEY: So I'm not -- I'm not
10 working for the police officers, but I'm their
11 attorney.
12     THE WITNESS: If you get a chance, you
13 let them know that I'm sorry that that happened.
14     And, for you, please let the family know
15 that I hate that happened.
16     MR. RISSMAN: I'll do that.
17     THE WITNESS: I'm sure, I don't want
18 nothing like that to happen to nobody.
19     MR. HIVELEY: Thank you very much for
20 the time.
21     THE VIDEOGRAPHER: Close the deposition.
22 Going off the record.
23     (Whereupon, the deposition of RANDALL JACKSON
24 was concluded at 10:10 a.m.)
25

CASE 0:16-cv-01031-PAM-DTS   Document 105-2   Filed 07/16/18   Page 12 of 19

Randall Jackson - March 14, 2017
Kevin Khottavongsa vs. City of Brooklyn Center, et al.

Page 41

1  I, RANDALL JACKSON, do hereby certify that I have read
2  the foregoing deposition and found the same to be true
3  and correct except as follows, (noting the page and
4  line number of the change or addition as desired and
5  the reason why):
6  Page    Line    Correction
7  ____    ____    _____
8  ____    ____    _____
9  ____    ____    _____
10 ____    ____    _____
11 ____    ____    _____
12 ____    ____    _____
13 ____    ____    _____
14 ____    ____    _____
15 ____    ____    _____
16 ____    ____    _____
17 ____    ____    _____
18 ____    ____    _____
19 ____    ____    _____
20 ____    ____    _____
21 ____    ____    _____
22 ____    ____    _____
23 ____    ____    _____
24 RANDALL JACKSON              DATE
25

Page 42

1  STATE OF MINNESOTA  )
   COUNTY OF ANOKA     ) ss.
2  CERTIFICATE
3       BE IT KNOWN that I, Julie A. Brooks, took the
   foregoing deposition of RANDALL JACKSON;
4
        That the witness, before testifying, was by me
5  first duly sworn to testify the whole truth and nothing
   but the truth relative to said cause;
6
        That the foregoing deposition is a true record of
7  the testimony given by said witness;
8       That I am not related to any of the parties
   hereto, nor an employee of them, nor interested in the
9  outcome of the action;
10      That the cost of the original has been charged to
   the party who noticed the deposition, and that all
11 parties who ordered copies have been charged at the
   same rate for such copies;
12
        WITNESS MY HAND AND SEAL this 21st day of March,
13 2017.
14
15
16
17            JULIE BROOKS, Notary Public, RPR
18
19
20
21
22
23
24
25

CASE 0:16-cv-01031-PAM-DTS   Document 105-2   Filed 07/16/18   Page 13 of 19

Randall Jackson - March 14, 2017
Kevin Khottavongsa vs. City of Brooklyn Center, et al.

**\***

**\*\*\* (1)**
  4:4

**A**

**able (3)**
  13:1;25:16;27:15
**abortion (1)**
  17:10
**absurd (1)**
  33:21
**abuse (1)**
  37:24
**actually (4)**
  9:15;10:12;24:15;
  32:24
**addition (1)**
  41:4
**address (1)**
  27:16
**administer (1)**
  4:22
**afraid (1)**
  18:21
**African (1)**
  16:1
**again (1)**
  5:8
**against (1)**
  11:17
**aggressive (3)**
  19:20;32:17,17
**ahead (5)**
  6:20;10:5;22:25;
  23:5;37:20
**ahold (1)**
  27:10
**Ain't (3)**
  7:25;14:5,5
**alive (1)**
  25:20
**allegedly (1)**
  11:10
**allowed (1)**
  28:15
**allows (1)**
  38:16
**alone (2)**
  26:16,16
**along (2)**
  37:8;38:15
**altercation (9)**
  8:16;9:8;25:19;31:5,
  7;32:12;33:24;34:5;
  35:20
**always (1)**
  29:12
**ambulance (1)**
  25:21
**Americans (1)**
  16:1
**amongst (1)**
  8:13
**Apparently (1)**
  8:4
**appearance (1)**
  16:4
**apprehend (1)**
  36:5
**apprehended (1)**
  35:21
**area (1)**
  14:10
**argue (1)**
  33:21
**arguing (1)**
  14:6
**argument (1)**
  14:12
**Army (1)**
  27:19
**around (6)**
  10:17;14:11;21:5;
  26:4;30:23;31:21
**arrangements (3)**
  38:15;39:16,22
**arrested (5)**
  9:19;21:11;24:19;
  26:1;36:2
**arrive (1)**
  18:23
**arrived (7)**
  11:16,23;12:24;20:8;
  21:4;23:19;24:3
**ass (1)**
  14:11
**assault (6)**
  6:3,6;34:19;37:9;
  38:2,4
**assuming (1)**
  15:12
**attacked (2)**
  25:18;32:8
**attacking (1)**
  26:7
**attention (1)**
  21:6
**attorney (4)**
  5:11,16;28:5;40:11
**attributed (1)**
  39:12
**Avenue (1)**
  4:11
**aware (2)**
  12:2;35:12
**away (12)**
  11:6;20:13;25:23;
  26:2,5;28:25;29:5;
  31:1,4;33:18,20;40:1
**awesome (1)**
  39:19

**B**

**back (10)**
  5:20;8:8;9:21;16:17,
  24;19:11,13;24:7;39:6,
  25
**backpack (5)**
  15:11,14;16:16,19,
  20
**backpacks (1)**
  16:14
**backseat (2)**
  10:11;21:10
**bad (8)**
  9:12,14;11:7,9;15:4;
  21:18;33:23;37:4
**bag (1)**
  7:5
**barrier (2)**
  8:14;26:22
**baseball (2)**
  22:18;23:8
**Basically (1)**
  14:7
**bat (6)**
  22:18;23:8;26:9,12;
  32:3,6
**bathroom (3)**
  7:10,12;14:8
**bathrooms (2)**
  14:10,13
**battered (1)**
  36:5
**Bayport (1)**
  4:11
**beginning (3)**
  6:21;18:18;32:13
**behalf (1)**
  4:8
**behind (1)**
  24:9
**belief (1)**
  22:14
**benefit (1)**
  19:16
**big (4)**
  14:5,24;15:10,15
**bigger (1)**
  16:2
**birthday (1)**
  5:9
**bit (5)**
  7:20;9:17,22;24:13;
  27:5
**bitch (2)**
  7:25;14:5
**blame (1)**
  12:14
**bleeding (3)**
  10:8;18:7,20
**blind (1)**
  23:16
**block (2)**
  31:13,23
**blood (4)**
  10:10,12;21:1;24:14
**blows (1)**
  18:15
**blurry (2)**
  10:14;18:21
**booked (1)**
  21:22
**both (3)**
  5:6;16:14,17
**break (2)**
  35:18,19
**Breckheimer (1)**
  4:7
**bring (1)**
  21:15
**Brooklyn (10)**
  4:14;5:11,12;6:18;
  7:6;14:10;25:10,25;
  37:15;40:4
**brought (2)**
  5:13;24:6
**buddy (1)**
  7:14
**bummer (1)**
  36:22
**bums (1)**
  11:14
**bunch (3)**
  14:9,13;19:24
**burning (2)**
  10:8;21:3
**bus (12)**
  6:17,22;7:7;12:9,13,
  15;14:23;16:7;17:14;
  20:2,3,4
**business (1)**
  7:15
**buy (1)**
  36:23

**C**

**call (1)**
  30:13
**called (2)**
  11:1;39:5
**Calls (1)**
  10:2
**calm (1)**
  21:15
**came (22)**
  7:21;10:17;12:4,7,
  21;15:5;17:19,24;18:7;
  19:13;20:10,24;21:19,
  20;29:1,2,5,7;33:10,13,
  16;36:20
**camera (2)**
  12:22;39:14
**cameras (4)**
  12:21;13:1;35:6,6
**can (21)**
  10:5;11:23;12:1,20;
  15:22;17:11;20:8,18;
  21:13;22:25;23:5;
  32:25;37:20;38:13,18,
  19;39:16,17,20,22,25
**car (10)**
  8:25;9:17,23,24;
  10:1;15:1,3;24:7,9;
  35:9
**care (3)**
  12:10;13:20;27:7
**case (2)**
  34:20;37:11
**caseworker (2)**
  39:22;40:1
**cause (1)**
  39:2
**Center (14)**
  4:14;5:12,12;6:18,
  18,23,24;7:6,7;14:10;
  25:11,25;37:15;40:4
**certify (1)**
  41:1
**chance (3)**
  36:21;37:1;40:12
**change (2)**
  39:24;41:4
**changes (2)**
  39:23,25
**charge (1)**
  6:2
**charged (4)**
  34:19;35:3,13,16
**Chin's (1)**
  6:24
**choose (1)**
  39:18
**Christ (1)**
  35:6
**City (3)**
  4:14;5:11;12:9
**clean (1)**
  12:20
**clear (1)**
  6:9
**clearly (2)**
  19:5;36:8
**client (1)**
  37:15
**Close (1)**
  40:21
**clothes (2)**
  16:2;31:20
**commands (1)**
  33:19
**commenced (1)**
  4:3
**commotion (2)**
  10:16,18
**concern (5)**
  16:5;17:13;26:9,11,
  11

CASE 0:16-cv-01031-PAM-DTS   Document 105-2   Filed 07/16/18   Page 14 of 19

Randall Jackson - March 14, 2017
Kevin Khottavongsa vs. City of Brooklyn Center, et al.

concerned (1)
  36:12
concluded (1)
  40:24
confident (1)
  39:12
confrontation (2)
  30:12;31:4
confusing (1)
  26:24
connection (1)
  25:16
consciousness (2)
  34:3,4
contact (1)
  27:8
conversation (1)
  7:16
convicted (3)
  37:8,23;38:1
conviction (1)
  6:2
cool (1)
  29:19
copy (2)
  38:21;39:4
Correction (1)
  41:6
Corrections (2)
  5:23;38:16
counsel (1)
  4:15
couple (10)
  5:21;14:20,23;16:24;
  28:6;29:19;31:3;33:19;
  37:2,7
court (3)
  4:21;35:4;38:12
coverage (1)
  40:7
cracked (3)
  24:11,12,13
crazy (1)
  20:6
crime (2)
  35:13,17
criminal (1)
  37:14
crowbar (2)
  22:19;32:6
curb (2)
  21:8;33:7
currently (1)
  5:22

**D**

damn (3)
  14:8;19:25;20:3
date (2)
  6:10;41:24
day (3)
  11:1,3;25:9

days (1)
  39:7
deal (1)
  14:5
death (1)
  31:20
decent (1)
  29:22
decide (2)
  38:23;39:5
defendants (1)
  4:20
degree (2)
  34:19;38:2
Department (1)
  5:23
Depo (1)
  4:8
deposition (7)
  4:2,12;5:17;38:12;
  40:21,23;41:2
describe (3)
  12:1;15:22;20:8
described (1)
  17:21
desired (1)
  41:4
details (2)
  9:25;16:25
die (2)
  11:7;26:13
died (1)
  25:15
different (5)
  8:5;19:12;26:21;
  30:1;32:18
directly (1)
  18:6
discussed (1)
  5:17
discussion (1)
  17:1
dismissed (3)
  34:24;35:1,5
disrespect (2)
  8:18;37:19
distance (1)
  24:10
disturbed (1)
  7:20
disturbing (1)
  36:15
doctor (1)
  22:7
dodge (1)
  23:10
domestic (4)
  6:3,6;37:9,24
done (1)
  29:20
door (8)
  10:11,24;19:10;
  21:24;24:11,12;28:23,

24
double (1)
  5:8
doubt (2)
  19:16;31:9
down (8)
  20:12;21:15;32:12,
  24;33:3,9,15,20
downtown (1)
  27:21
Dr (1)
  22:7
drink (2)
  36:22,25
drive (1)
  21:25
drop (3)
  23:14,15;24:5
drove (1)
  10:24
dude (5)
  13:10;18:3;19:7;
  24:11;25:24
dude's (1)
  19:17
dumb (1)
  14:11
during (2)
  27:1;34:5

**E**

ear (1)
  18:7
earlier (4)
  20:4;24:24;28:4;
  35:8
earrings (1)
  18:6
eat (1)
  6:25
effect (1)
  11:12
eight (2)
  9:19;11:24
either (2)
  12:15;38:11
else (4)
  14:9;32:7;35:9,12
embarrassed (2)
  13:21;20:3
emotions (1)
  17:8
enough (1)
  36:5
Erika (15)
  7:3,19;10:15;13:8;
  17:1;18:1;21:2;25:25;
  26:15,25;27:8;28:10;
  29:8;36:11;38:6
errata (1)
  39:5
especially (1)

26:13
even (22)
  9:3,12,15;11:9;
  12:25;13:4,9,11,17;
  14:19;15:25;16:3,18;
  19:3;25:7,12;26:22;
  27:12;29:18;31:15,17,
  18
everybody (3)
  19:18;33:23,25
everyone (2)
  20:24;25:19
evidence (1)
  36:4
exact (1)
  28:14
EXAMINATION (2)
  5:3;28:2
except (1)
  41:3
excuse (1)
  14:12
ex-girlfriend (3)
  7:17;13:8;17:17
expect (1)
  19:21
explain (5)
  8:10,18;19:4,6;32:15
explaining (1)
  15:2
eye (6)
  9:12;10:7,10,12;
  21:1;24:14
eyes (3)
  21:3;33:6,9

**F**

face (4)
  7:20;18:5,6;32:25
facility (1)
  5:23
fact (3)
  16:19;24:22;39:3
facts (1)
  30:16
factual (3)
  23:22;29:24;30:9
fair (1)
  32:9
familiar (1)
  6:18
family (6)
  5:14;9:1;28:6;29:1;
  33:24;40:14
fast (1)
  32:10
feel (3)
  11:12;33:23;37:4
fell (1)
  18:4
felony (3)
  37:9,23;38:1

felony-level (1)
  6:5
felt (3)
  11:7,9;14:11
female (1)
  7:3
few (2)
  36:9;38:13
Fifth (7)
  6:12;34:19;37:10,18,
  25;38:2,3
fight (7)
  12:1;13:2;19:2,3,14;
  32:19,19
fighting (6)
  9:20;11:24;18:3;
  21:12;25:15,17
fights (1)
  24:2
figure (1)
  26:6
figured (2)
  23:7;30:10
find (4)
  10:15;25:6;27:16;
  36:11
fine (1)
  6:14
first (6)
  4:25;5:5;16:18;25:7;
  29:3,5
five (1)
  23:25
fix (1)
  20:20
fluid (1)
  22:9
focus (2)
  10:15;21:2
focused (1)
  20:11
follow (1)
  21:7
follows (3)
  4:3;5:1;41:3
follow-up (1)
  28:7
foregoing (1)
  41:2
forever (1)
  18:24
form (2)
  22:22;39:24
found (3)
  11:4;25:12;41:2
friend (3)
  6:16;12:7;13:8
front (1)
  21:24
fucking (1)
  8:2
further (1)
  38:8

CASE 0:16-cv-01031-PAM-DTS   Document 105-2   Filed 07/16/18   Page 15 of 19

Randall Jackson - March 14, 2017
Kevin Khottavongsa vs. City of Brooklyn Center, et al.

**G**

gave (3)
    7:4,11;32:13
gentleman (5)
    9:4;12:4;28:22;29:9;
    34:15
gentlemen (3)
    8:7,7;9:9
girl (3)
    13:25;17:10;32:20
girlfriend (11)
    6:16;7:3,19;10:23;
    12:6;18:18;21:13,13,
    24;33:25;34:12
goes (1)
    7:12
good (1)
    24:22
grabbed (8)
    8:8,8;12:5,21;16:20;
    18:12;21:9;29:8
grip (1)
    31:20
groove (2)
    36:15,16
ground (9)
    18:4;20:12,12,13,25;
    24:6;31:8,10;33:17
group (2)
    8:7;15:10
guess (1)
    30:8
gun (3)
    20:10;21:6;33:21
guy (13)
    13:24;14:17;15:10,
    11,15,19,23;17:22;
    18:12;22:12,13;26:19;
    30:24
guys (3)
    17:24;21:14;22:4

**H**

hand (1)
    17:25
handcuffs (1)
    35:10
hands (1)
    32:24
happen (6)
    9:14;11:18;19:22;
    21:23;39:10;40:18
happened (22)
    6:19,20;8:24;9:2,16;
    10:18;11:2,8;12:20,24;
    16:19;21:18,19;25:12,
    18;26:8;31:16,17;
    32:10;36:1;40:13,15
happening (5)
    8:21;13:3;20:7;24:1,

3
hard (2)
    23:12;32:4
harm (1)
    39:2
hate (1)
    40:15
head (5)
    18:5;23:11;26:13;
    31:25;32:1
hear (5)
    20:18;24:4;25:1;
    34:12,15
heard (1)
    24:5
hearing (1)
    26:15
heat (1)
    14:14
height (3)
    15:22;16:9;30:23
hella (1)
    31:1
help (3)
    9:1;24:13,21
helped (1)
    10:12
hereby (1)
    41:1
herself (1)
    12:10
Hey (2)
    14:24;29:18
hit (13)
    18:1,2,15;20:5;22:5,
    10;23:9,11,12;26:12,
    16;31:25;32:1
Hiveley (17)
    4:19,19;5:4,10;10:4;
    20:19;22:2,24;23:17;
    27:22;37:6;38:10;39:3,
    21;40:5,9,19
holding (2)
    22:4;36:9
homeless (2)
    13:13;16:15
Homey (1)
    14:24
honestly (3)
    11:5;13:14;33:23
hope (1)
    20:4
hoping (1)
    27:14
hotel (10)
    7:6;10:24,25;13:13;
    15:3;16:6;22:1;27:7;
    32:21;36:15
hotels (2)
    16:22,23
huge (1)
    22:9
hurt (5)

11:6;23:8;26:25;
    27:2;39:8
husband (10)
    9:8;12:4;17:22;29:7,
    11;30:5,9,10,11,16

**I**

idea (5)
    22:10;25:14;27:10;
    33:15;36:24
incident (6)
    5:19;9:4,16;25:10,
    11;27:1
Incorporated (1)
    4:8
incorrect (1)
    39:11
incorrectly (1)
    39:11
indicating (5)
    18:13,14;20:17;
    23:10;31:19
individual (1)
    17:17
individuals (2)
    26:7;36:6
Initially (1)
    35:3
injuries (2)
    9:11,13
inside (1)
    13:4
instantly (1)
    26:3
instead (1)
    17:3
instructed (1)
    33:16
insurance (1)
    40:6
intentions (1)
    8:18
interested (1)
    16:3
International (1)
    4:8
Interruption (1)
    20:22
into (5)
    9:17,22;18:17;24:19;
    25:20
introduce (1)
    4:15
involve (1)
    38:5
involved (1)
    12:2
involving (1)
    5:19
irrelevant (3)
    6:13;37:11,14
irritated (2)

8:3;9:18

**J**

JACKSON (9)
    4:2,12,24;5:7,8,10;
    40:23;41:1,24
J-a-c-k-s-o-n (1)
    5:8
January (2)
    5:20;6:14
Jason (2)
    4:19;5:10
Josh (3)
    4:17;5:16;28:4
July (1)
    6:10
jumped (1)
    10:22

**K**

keep (1)
    31:22
kept (6)
    18:1;19:7;23:9;
    24:11,12;26:15
Kevin (3)
    4:13;5:14;28:5
Khottavongsa (7)
    4:13;5:14,15,19;
    11:17;28:5,6
kids (1)
    9:8
kill (1)
    34:10
killed (1)
    9:4
kind (8)
    9:20;16:2;22:5;28:9;
    30:25;32:11;33:8;37:3
knew (6)
    20:4;29:13;30:4,5,7,
    9
knocked (1)
    34:7
known (2)
    27:18;29:16

**L**

lady (9)
    7:17;13:24;14:7;
    18:16,17;19:9;26:20;
    29:8,24
language (7)
    8:14,14;14:12;19:12;
    26:21,22;30:2
last (6)
    5:6,8;6:10;16:7;
    20:3;27:18
later (1)
    9:25

laundromat (19)
    7:10,18;8:19,25;9:7;
    12:6,7,25;16:21;17:19;
    18:18;22:15;24:8;
    28:10,13,21,23;29:16;
    36:20
laundry (2)
    13:24;14:7
law (2)
    35:19,19
lawsuit (1)
    5:13
lawyer (2)
    38:22;40:5
learn (1)
    9:25
least (1)
    35:19
leave (6)
    16:23;26:16,16;
    28:12,18,21
leaving (2)
    12:8;17:18
Leeann (1)
    6:24
left (1)
    7:1
leg (4)
    9:12;22:6,9;23:9
lie (2)
    17:9;19:25
life (1)
    18:21
lighter (1)
    15:25
lights (1)
    10:16
light-skinned (2)
    15:25;16:11
line (2)
    41:4,6
lines (2)
    37:8,17
liquor (6)
    7:2,2;13:16;16:6;
    36:17,19
listen (1)
    32:16
literally (1)
    23:16
little (7)
    7:20;8:3;9:17;15:11,
    19;24:13;27:5
look (4)
    10:14;18:1,1;21:5
looked (5)
    7:19,20;22:11,12;
    30:17
looking (3)
    10:17;16:25;19:16
lose (2)
    34:2,4
lost (1)

CASE 0:16-cv-01031-PAM-DTS   Document 105-2   Filed 07/16/18   Page 16 of 19

Randall Jackson - March 14, 2017
Kevin Khottavongsa vs. City of Brooklyn Center, et al.

34:4
**lot (9)**
   10:16,16,16,18;18:9;
   22:9;24:7;29:14,25
**loved (1)**
   19:18

### M

**mace (7)**
   10:9,10,13;23:16;
   27:6;33:6,9
**maced (10)**
   9:6,7;10:8;11:24;
   18:20;21:2;23:18,24;
   27:4;36:8
**maces (2)**
   18:17,19
**machine (1)**
   7:13
**main (1)**
   26:11
**makes (1)**
   29:11
**Man (3)**
   13:25;14:25;15:2
**many (3)**
   26:6;29:2,4
**March (1)**
   4:9
**married (1)**
   30:8
**match (1)**
   8:9
**material (1)**
   6:13
**matter (2)**
   4:12;16:19
**maybe (2)**
   15:14;19:17
**mean (5)**
   19:19;23:2;24:14;
   26:14;35:22
**means (1)**
   38:14
**mechanic (4)**
   17:24;22:14;24:21;
   29:15
**mechanic's (1)**
   22:13
**members (1)**
   33:24
**mentioned (3)**
   22:17;35:8;36:17
**messed (1)**
   17:14
**mike (2)**
   12:12;20:20
**mind (1)**
   20:5
**minded (1)**
   7:15
**Minneapolis (2)**
   27:20,21
**Minnesota (1)**
   4:11
**minute (1)**
   23:25
**minutes (2)**
   23:25,25
**miscommunication (2)**
   29:23;32:15
**miss (2)**
   16:7;20:3
**missed (2)**
   9:24;10:7
**mission (3)**
   12:15;13:16;36:14
**misunderstanding (1)**
   19:8
**Mitchell (1)**
   22:7
**mixed (1)**
   17:8
**mom (2)**
   11:1;19:17
**moment (4)**
   11:22;20:7;23:18;
   25:1
**months (1)**
   17:2
**more (6)**
   21:2,3;26:22;37:2,8;
   38:4
**mother (3)**
   9:5;25:7,8
**much (6)**
   13:10;15:20;17:23;
   23:19;31:16;40:19
**must (1)**
   8:4

### N

**name (6)**
   5:6,7,8,10;14:17;
   28:4
**narrative (1)**
   22:23
**neck (2)**
   29:8;31:21
**need (1)**
   14:14
**needed (1)**
   7:6
**neighborhood (1)**
   29:14
**nervous (1)**
   26:22
**news (3)**
   9:5;11:4;25:10
**next (4)**
   11:1;12:15;21:9;
   37:20
**nice (4)**
   24:16,17,20;29:17
**nobody (3)**
   9:14;35:9;40:18
**none (1)**
   26:12
**normally (4)**
   19:21;26:3;30:10,12
**North (1)**
   4:11
**notary (1)**
   39:24
**notice (1)**
   17:15
**noting (1)**
   41:3
**nowadays (1)**
   16:23
**Number (4)**
   6:17,22;27:17;41:4

### O

**oath (1)**
   4:22
**object (5)**
   22:5,16,20,22;32:4
**objected (1)**
   23:3
**Objection (1)**
   10:2
**occurred (1)**
   5:19
**off (7)**
   6:17,22;9:20;19:1,
   13;31:8;40:22
**officer (5)**
   10:9;11:9;24:12,25;
   33:10
**officers (5)**
   5:12;11:16;12:24;
   23:19;40:10
**older (3)**
   15:15;30:19,22
**once (3)**
   12:24;21:4;38:12
**One (22)**
   8:7;9:18;11:16;12:3;
   14:12;17:24;18:4;
   19:25;20:10;21:9,11,
   13;22:4;23:13,25;24:9,
   10;34:17;35:12,20,21;
   38:4
**ones (1)**
   19:19
**only (11)**
   9:18;14:19,22,22;
   16:5;21:11;26:9,10;
   28:23;35:21;39:9
**open (1)**
   24:11
**opened (1)**
   10:11
**opinion (1)**
   35:23
**order (1)**
   37:24
**out (30)**
   5:22;7:5;10:10,12,
   15;11:4,14;18:1,1,7,25,
   25;19:10,13;21:5,24;
   24:14;25:6,12,14;26:1,
   6;29:1,2,5,8;33:6,9;
   34:7;36:11
**outcome (1)**
   32:18
**outside (11)**
   7:14;8:6,7;10:23;
   12:5,5,6;13:7;17:16,
   19;28:25
**over (5)**
   9:11;16:17;19:18;
   20:13,19
**own (2)**
   8:25;22:14
**owner (1)**
   30:4
**owners (1)**
   17:19
**owns (1)**
   7:18

### P

**page (2)**
   41:3,6
**pain (1)**
   11:12
**pants (1)**
   17:13
**paramedics (1)**
   25:21
**park (1)**
   13:16
**parking (1)**
   24:7
**passed (2)**
   11:6;23:19
**pay (1)**
   21:6
**people (24)**
   8:24;9:19;10:17;
   11:6,11,24;17:15;
   18:14,25,25;19:11;
   20:1;24:20,21,23;
   25:14;29:2,5,17,19,22;
   35:16,18;36:2
**perception (1)**
   30:14
**period (11)**
   7:4;11:15;12:10;
   13:17,18;17:3,8,11;
   20:1;25:13;33:24
**person (1)**
   35:20
**personal (1)**
   37:16
**Phillips (1)**
   38:6
**phone (1)**
   27:16
**phrase (1)**
   39:11
**physical (1)**
   35:20
**Pickett (1)**
   4:11
**picture (1)**
   18:8
**pictures (3)**
   10:21;21:22;22:8
**pissed (1)**
   19:12
**place (1)**
   27:18
**placed (1)**
   9:17
**plaintiff (1)**
   4:18
**Plaintiffs (1)**
   5:17
**plan (1)**
   12:9
**plead (5)**
   6:12;37:10,18,25;
   38:3
**please (5)**
   4:15,22;5:5;37:18;
   40:14
**plenty (1)**
   8:1
**Plus (1)**
   39:13
**point (8)**
   23:16;29:5;32:10,10,
   22;33:2,4;34:2
**pole (8)**
   20:5;22:17;26:9,13;
   31:23,25;32:1,2
**poles (2)**
   8:22;11:25
**police (33)**
   5:12;9:17;10:9,20;
   11:9,16,22;16:25;18:7,
   23;20:8,10,24;21:4,19,
   20,21;24:3,12,16;
   25:19,25;33:10,13,16,
   22,25;35:9,22;36:3;
   37:15;40:4,10
**possible (1)**
   33:5
**Possibly (1)**
   35:25
**potentially (1)**
   39:9
**pregnant (5)**
   17:2,3,7,12;20:1
**preliminary (1)**
   5:22
**prepared (1)**
   38:13

CASE 0:16-cv-01031-PAM-DTS   Document 105-2   Filed 07/16/18   Page 17 of 19

Randall Jackson - March 14, 2017
Kevin Khottavongsa vs. City of Brooklyn Center, et al.

pretty (4)
  9:12;29:17,22;39:12
Prison (2)
  37:7;38:5
private (1)
  40:5
probably (4)
  4:13;15:18;31:18;
  36:1
problem (1)
  7:3
procedures (1)
  21:7
PROCEEDINGS (2)
  4:1;20:22
properly (1)
  39:13
protection (1)
  37:24
protective (1)
  19:18
punch (2)
  31:5,12
punched (4)
  31:8,14,15,18
punching (1)
  31:24
put (4)
  9:22;10:10;21:10;
  32:24
puzzling (2)
  19:23,24

**Q**

quarrels (1)
  29:21
quarters (1)
  7:11
quick (6)
  10:19;12:21;25:23,
  24;26:2,8

**R**

racing (1)
  20:5
ran (3)
  8:7;25:24,24
R-a-n-d-a (1)
  5:7
RANDALL (7)
  4:2,12,24;5:7;40:23;
  41:1,24
reached (1)
  16:20
read (1)
  41:1
ready (1)
  19:14
real (2)
  11:7;22:6
realize (1)

9:25
really (17)
  10:14,18,19;11:5,5;
  13:9,10,20;15:24;16:2,
  3;19:12;20:17,25;
  24:16,20;26:24
reason (1)
  41:5
recall (3)
  32:23;33:3;34:18
received (2)
  9:11,13
recollection (1)
  17:4
record (8)
  4:16;5:6;13:1;23:4;
  37:4,14,16;40:22
recorded (1)
  39:14
refer (1)
  22:17
referred (1)
  15:9
refresh (1)
  17:4
regarding (1)
  5:18
release (1)
  6:10
relevant (1)
  6:8
remember (11)
  16:10,10;18:2;19:4;
  23:13;26:17;29:3;
  30:17;33:4,8;34:23
rephrase (1)
  29:4
report (1)
  16:25
reporter (2)
  4:22;38:12
representing (2)
  5:11;40:6
resistant (1)
  32:14
resolve (1)
  34:22
restaurant (1)
  12:19
restroom (8)
  7:24;8:1,3;12:16,20;
  14:4;28:15,16
restrooms (1)
  8:2
return (1)
  40:2
returned (1)
  27:6
review (9)
  38:11,14,20,23,24;
  39:15,17,17,23
reviewing (1)
  39:1

ridiculous (1)
  34:25
right (22)
  4:14;12:17,22;15:3;
  20:13,21,23;21:16;
  24:8,9;26:5;27:22;
  28:8;29:5;30:3;33:18,
  20;35:10;38:11,19,24;
  39:15
ripple (1)
  11:12
Rissman (11)
  4:17,17;5:16;10:2;
  22:22;23:3;27:23;28:3,
  5;38:8;40:16
room (4)
  13:24;14:7;19:11,13

**S**

sad (1)
  11:5
Salvation (1)
  27:19
same (4)
  16:9,12;27:15;41:2
sat (3)
  21:8;33:15,20
saying (14)
  7:9;8:12,19;11:10;
  12:11;14:15;18:1,15;
  19:2,7;21:10,12;26:18,
  20
scene (4)
  9:10;20:8;25:22;
  26:2
Scott (1)
  4:7
second (1)
  25:8
Seemed (2)
  18:24;21:3
send (7)
  38:15,20;39:4,6,16,
  21,25
seriously (1)
  14:15
serving (1)
  6:2
set (1)
  37:3
seven (2)
  9:19;11:24
several (1)
  9:11
sheet (4)
  38:16;39:5,5,6
shit (3)
  8:11;21:8;23:8
shook (1)
  24:18
shop (7)
  8:25;17:25;22:14,14;

24:21;29:15,20
short (1)
  12:4
shortly (1)
  23:24
shot (1)
  21:8
shoulders (1)
  16:17
sic (1)
  4:10
Sin (2)
  5:14;11:17
Sin's (1)
  5:15
Sinth (1)
  28:6
sit (3)
  20:12,14;26:3
sitting (4)
  20:15,16;33:3,8
situation (2)
  13:21;21:18
six (1)
  17:1
Skinny (1)
  30:24
slam (1)
  31:21
slammed (1)
  31:22
slow (1)
  32:12
smoke (3)
  13:15;15:6;16:5
smoking (1)
  7:14
soap (1)
  16:21
soft (2)
  18:11;23:7
Somebody (3)
  23:15;31:25;33:21
someone (3)
  23:13;30:12;31:8
sometimes (1)
  16:1
somewhere (1)
  14:9
son (2)
  5:15;11:6
sorry (3)
  20:18;33:1;40:13
sound (1)
  6:18
speak (1)
  40:1
speaking (3)
  4:7;30:1;36:16
speculation (1)
  10:3
spell (1)
  5:6

spoke (1)
  29:18
spot (1)
  39:24
spouse (1)
  30:13
squad (7)
  9:22,24;10:1;12:23;
  21:24;24:6,8
squared (1)
  40:1
stand-up (1)
  8:9
started (6)
  7:4;8:21,22;10:17;
  15:2;21:3
starting (2)
  6:21;28:9
startled (1)
  17:6
state (1)
  5:5
stated (1)
  36:9
statement (2)
  17:1;22:17
statements (1)
  26:4
stating (1)
  36:8
station (5)
  10:20;21:16,22;
  24:16;25:25
staying (5)
  7:5;13:13;15:3;
  16:22;27:19
still (3)
  10:13;22:8;27:8
Stillwater (2)
  5:23;37:7
stirred (1)
  29:25
stocky (1)
  30:25
stomp (2)
  18:4,5
stomped (1)
  18:6
stop (2)
  19:8;32:11
stopped (1)
  7:1
store (5)
  7:2,2;13:16;36:17,19
straight (2)
  13:22;29:7
straps (1)
  16:17
strong (1)
  31:1
struck (2)
  11:25;22:3
stuff (8)

CASE 0:16-cv-01031-PAM-DTS   Document 105-2   Filed 07/16/18   Page 18 of 19

Randall Jackson - March 14, 2017
Kevin Khottavongsa vs. City of Brooklyn Center, et al.

| | | | | |
|---|---|---|---|---|
| 7:13;16:22,23;19:4,<br>25;24:22;26:13;29:25<br>**subject (1)**<br>15:5<br>**Subway (2)**<br>6:25;7:1<br>**sudden (1)**<br>17:7<br>**sued (1)**<br>5:13<br>**Super (3)**<br>7:6,8;18:21<br>**sure (13)**<br>12:3,22;13:22;15:7;<br>16:14;28:15;29:6,25;<br>31:8,16;32:20;35:14;<br>40:17<br>**surrounded (1)**<br>8:16<br>**swelled (1)**<br>22:6<br>**swinging (4)**<br>8:22;11:25;18:10,11<br>**sworn (1)**<br>4:25<br><br>**T**<br><br>**talked (2)**<br>25:7,8<br>**talking (6)**<br>8:13;11:23;23:14;<br>25:1;26:19;28:17<br>**tall (1)**<br>15:17<br>**taller (1)**<br>16:8<br>**tase (1)**<br>24:25<br>**taser (1)**<br>11:16<br>**tasing (1)**<br>25:2<br>**tattoos (1)**<br>16:10<br>**telling (1)**<br>13:5<br>**terms (1)**<br>24:1<br>**testifies (1)**<br>5:1<br>**testimony (1)**<br>22:19<br>**Thanks (1)**<br>38:9<br>**thinking (1)**<br>19:24<br>**though (3)**<br>9:13;11:5;12:25<br>**thought (6)**<br>29:21,23,24;30:25;<br>33:7;38:17<br>**thousand (1)** | 14:10<br>**threaten (1)**<br>34:9<br>**three (1)**<br>28:20<br>**threw (1)**<br>9:20<br>**throat (3)**<br>8:8,9;18:13<br>**throw (1)**<br>7:13<br>**throwing (1)**<br>18:15<br>**times (4)**<br>14:20,23;31:3;36:9<br>**Today (5)**<br>4:9;32:6;37:7;38:5;<br>39:10<br>**together (1)**<br>29:12<br>**told (10)**<br>7:11;9:5;11:2,3;<br>12:25;17:6;20:11,24;<br>25:9;28:18<br>**took (5)**<br>10:21;18:7,24;21:22;<br>26:5<br>**touch (1)**<br>27:12<br>**transcribed (3)**<br>38:18;39:11,13<br>**transcript (6)**<br>38:12,15,20,24,25;<br>39:4<br>**transfer (1)**<br>7:7<br>**transit (5)**<br>6:17,17,23,24;7:7<br>**tried (3)**<br>18:4;31:3,4<br>**tripping (1)**<br>14:6<br>**true (2)**<br>34:18;41:2<br>**trustee (1)**<br>5:14<br>**truth (2)**<br>4:25;22:12<br>**Try (2)**<br>12:19;23:10<br>**trying (35)**<br>6:7;8:10,17;10:14,<br>15;13:19,22;17:18;<br>19:4,6,15,20;21:2,5,6,<br>7;24:13;31:13,21,22,<br>23,24;32:1,14,15,16,<br>16,17,19,20;33:6,9;<br>36:10,14;37:4<br>**Tuesday (1)**<br>4:9<br>**turned (1)**<br>18:5<br>**two (2)** | 14:13;23:25<br>**type (1)**<br>35:13<br><br>**U**<br><br>**unexpected (1)**<br>13:18<br>**Unfortunately (1)**<br>13:2<br>**up (16)**<br>6:9;7:12;11:22;<br>12:20;13:15;14:2,24,<br>25;15:5;16:21;17:14;<br>22:6;29:25;30:11;<br>32:11,13<br>**upset (2)**<br>26:20;35:9<br>**use (6)**<br>7:23;8:1,3;14:3,8;<br>28:15<br>**used (2)**<br>11:16;28:16<br><br>**V**<br><br>**versus (2)**<br>4:14;37:15<br>**video (5)**<br>4:12,16;12:23;13:2;<br>39:14<br>**VIDEOGRAPHER (4)**<br>4:6,7,21;40:21<br>**violating (1)**<br>37:24<br>**violent (2)**<br>35:13,16<br>**vision (2)**<br>18:21;36:10<br><br>**W**<br><br>**waiting (3)**<br>10:23;21:25;26:1<br>**waive (2)**<br>38:19,24<br>**walking (2)**<br>19:10;28:25<br>**wash (2)**<br>7:12;16:21<br>**washcloth (2)**<br>7:4;16:21<br>**washing (1)**<br>7:13<br>**watch (2)**<br>26:9;35:6<br>**way (4)**<br>5:22;7:2;38:17;39:8<br>**weapon (1)**<br>23:12<br>**weapons (1)**<br>21:5<br>**wear (1)** | 16:2<br>**weed (6)**<br>7:14;13:14,14;14:14;<br>15:6;16:6<br>**weeks (1)**<br>38:13<br>**weigh (1)**<br>15:20<br>**weighed (1)**<br>15:21<br>**weight (2)**<br>15:22;16:12<br>**weird (1)**<br>21:17<br>**weren't (3)**<br>13:1;32:16;36:2<br>**what's (5)**<br>7:21;14:2,24,25;<br>18:22<br>**whatsoever (2)**<br>11:21;13:24<br>**Where's (1)**<br>15:1<br>**Whereupon (2)**<br>4:2;40:23<br>**whole (14)**<br>8:17;9:16;13:12,21;<br>14:9,13;17:13;18:12;<br>19:24;20:16;26:19;<br>31:20;32:18;36:14<br>**wife (4)**<br>9:7;17:21;19:17;<br>30:11<br>**willingly (1)**<br>28:21<br>**window (1)**<br>7:19<br>**windowsill (1)**<br>33:3<br>**wish (2)**<br>8:23;9:1<br>**without (1)**<br>31:4<br>**WITNESS (11)**<br>20:21,23;22:18;23:6;<br>27:25;39:1,19;40:3,8,<br>12,17<br>**witnesses (1)**<br>15:9<br>**woman (3)**<br>8:11;15:10,13<br>**words (6)**<br>7:18;8:5;13:23;<br>19:20;28:14;29:9<br>**work (3)**<br>12:18;17:10;29:20<br>**working (2)**<br>22:13;40:10<br>**worried (1)**<br>23:10<br>**Wow (2)**<br>13:4,6<br>**wrong (2)** | 7:22;38:17<br><br>**X**<br><br>**x-rays (1)**<br>22:8<br><br>**Y**<br><br>**year (1)**<br>4:9<br>**yelling (4)**<br>18:25;19:1;23:13,15<br>**yesterday (1)**<br>15:8<br>**young (1)**<br>15:16<br>**younger (3)**<br>17:22;22:12,13<br><br>**1**<br><br>**10:10 (1)**<br>40:24<br>**12/11/72 (1)**<br>5:9<br>**14th (1)**<br>4:9<br>**16 (1)**<br>6:14<br>**160 (1)**<br>15:21<br>**18th (1)**<br>6:11<br><br>**2**<br><br>**2005 (1)**<br>38:1<br>**2010 (1)**<br>37:23<br>**2013 (1)**<br>37:9<br>**2015 (2)**<br>5:20;6:14<br>**2017 (2)**<br>4:10;6:11<br><br>**3**<br><br>**30 (1)**<br>39:7<br><br>**5**<br><br>**5 (2)**<br>6:17,22<br>**5-6 (1)**<br>15:18<br>**5-7 (1)**<br>15:18 |

CASE 0:16-cv-01031-PAM-DTS   Document 105-2   Filed 07/16/18   Page 19 of 19

Randall Jackson - March 14, 2017
Kevin Khottavongsa vs. City of Brooklyn Center, et al.

| | | | | |
|---|---|---|---|---|
| **8** | | | | |
| **8 (2)**<br>  7:6,8<br>**8:25 (1)**<br>  4:10 | | | | |
| **9** | | | | |
| **9:25 (1)**<br>  4:3<br>**970 (1)**<br>  4:10 | | | | |