UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Kevin Flicek, as Trustee
for the Heirs and Next of Kin of
Sinthanouxay Khottavongsa,

        Plaintiff,

vs.

City of Brooklyn Center, Police Officers
Alan Salvosa, Cody Turner, and Gregg Nordby,
acting in their individual capacities as
City of Brooklyn Center Police Officers,

        Defendants.

Court File No. 16-cv-1031 PAM/DTS

---

**STIPULATION OF DISMISSAL WITH PREJUDICE**

---

The undersigned attorneys hereby advise the Court that all of Plaintiff's claims in the above-entitled cause of action have been fully compromised and settled.  Therefore,

IT IS HEREBY STIPULATED BY AND BETWEEN all the parties hereto, through their respective undersigned attorneys, that this entire lawsuit may be, and hereby is, dismissed on its merits and with prejudice, pursuant to the terms set forth in the Settlement Agreement and Release and without costs or disbursements to any of the parties.

IT IS FURTHER STIPULATED, that without further notice, a Judgment of Dismissal with Prejudice and upon the merits of all of Plaintiff's claims, without costs or disbursements to any of the parties, may be entered herein.

IVERSON REUVERS CONDON

Dated:  September 7, 2018
 s/ Jason M. Hiveley
Jason M. Hiveley, (#311546)
Stephanie A. Angolkar, #388336
9321 Ensign Avenue South
Bloomington, MN 55438
Phone: (952) 548-7200
jasonh@irc-law.com
stephanie@irc-law.com

*Attorneys for Defendants*

GUSTAFSON GLUEK PLLC

Dated: September 7, 2018
s/Joshua J. Rissman
Daniel E. Gustafson (#202241)
Amanda M. Williams (#0341691)
Joshua J. Rissman (#391500)
120 South Sixth Street, Suite 2600
Minneapolis, MN 55402
Phone: (612) 333-8844
dgustafson@gustafsongluek.com
awilliams@gustafsongluek.com
jrissman@gustafsongluek.com

William A. Gengler (#0210626)
**Lockridge Grindal Nauen P.L.L.P**
100 Washington Ave S, Suite 2200
Minneapolis, MN 55401
Phone: (612) 339-6900
wagengler@locklaw.com

*Attorneys for Plaintiff*